# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

KINDERSTART.COM LLC, a California limited liability company, on behalf of itself and all others similarly situated

v.

GOOGLE, INC., a Delaware corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C 06 2057

RS

TO: (Name and address of defendant)

GOOGLE, INC.
1600 Amphitheatre Parkway
Mountain View, CA 94043

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gregory J. Yu, Esq.
GLOBAL LAW GROUP
2015 Pioneer Ct., Suite P-1
San Mateo, CA 94403
(650) 570-4140

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Helen L. Almacen
(BY) DEPUTY CLERK

DATE March 17, 2006

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and ~~Complaint~~ ** below was made by me [1] | DATE April 12, 2006 |
| Name of SERVER Savannah Payne | TITLE Employee of Registered Process Server |

*Check one box below to indicate appropriate method of service*

[X] Served Personally upon the Defendant. Place where served: CSC Lawyers, 2730 Gateway Oaks Drive, Suite 100, Sacramento, CA 95833 by serving Becky DeGeorge as Authorized Agent

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

** - plus the following additional documents:

[ ] Returned unexecuted:

[ ] Other (specify):
First Amended Class Action Complaint
Order Setting Initial Case Management Conference
Standing Order of Magistrate Judge Richard Seeborg
Joint Case Management Statement and Proposed Order – Form
Standing Order of San Jose Division
Notice of Assignment of Case to a U.S. Magistrate Judge
ECF Registration Handout
General Order No. 45
Dispute Resolution Procedures in the Northern District of California

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 12, 2006
Date

Signature of Server  /s/ Savannah Payne

1023 H St. #B3, Sacto, CA 95814
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure