# PROOF OF SERVICE

CIVIL NO. C 06-02057 RS

I was at the time of service at least 18 years of age and not a party to this action. My business address is 2015 Pioneer Court, Suite A, San Mateo, CA 94403. Pursuant to F.R.Civ.P. 4(h)(1), I mailed the following documents, by depositing at a U.S. post office box, postage prepaid,

> SUMMONS
> FIRST AMENDED CLASS ACTION COMPLAINT
> ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE
> STANDING ORDER OF MAGISTRATE JUDGE RICHARD SEEBORG
> JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER – FORM
> STANDING ORDER OF SAN JOSE DIVISION
> NOTICE OF ASSIGNMENT OF CASE TO A U.S. MAGISTRATE JUDGE
> ECF REGISTRATION HANDOUT
> GENERAL ORDER NO. 45
> DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA

such documents placed in an envelope addressed to the following:

> Hillary E. Ware
> Commercial Litigation Counsel
> Google, Inc.
> 1600 Amphitheatre Parkway
> Mountain View, CA 94043
> On behalf of Defendant Google, Inc.

I declare under penalty of perjury that the foregoing document is true and correct.

Executed at San Mateo, State of California, this 12th day of April 2006.

By: _____
    Blanca Whitehead

Proof of Service / C 06-02057 RS                                            KSC_Serv01_Mail.prf