**PROOF OF SERVICE**

CIVIL NO. C 06-02057 RS

I was at the time of service at least 18 years of age and not a party to this action. My business address is 2015 Pioneer Court, Suite A, San Mateo, CA 94403. Pursuant to F.R.Civ.P. 4(h)(1), I mailed the following documents, by depositing at a U.S. post office box, postage prepaid,

**SUMMONS, RETURNED AND EXECUTED**

such document placed in an envelope addressed to the following:

Hillary E. Ware
Commercial Litigation Counsel
Google, Inc.
1600 Amphitheatre Parkway
Mountain View, CA 94043
On behalf of Defendant Google, Inc.

I declare under penalty of perjury that the foregoing document is true and correct.

Executed at San Mateo, State of California, this 13th day of April 2006.

By: _Blanca Whitehead_
Blanca Whitehead

Proof of Service / C 06-02057 RS                         KSC_Serv02_Mail.prf