# United States District Court FILED

## NORTHERN DISTRICT OF CALIFORNIA

APR 13 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

KINDERSTART.COM LLC, a California limited
liability company, on behalf of itself and all others
similarly situated

v.

GOOGLE, INC., a Delaware corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C 06 2057

RS

TO: (Name and address of defendant)

GOOGLE, INC.
1600 Amphitheatre Parkway
Mountain View, CA 94043

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gregory J. Yu, Esq.
GLOBAL LAW GROUP
2015 Pioneer Ct., Suite P-1
San Mateo, CA 94403
(650) 570-4140

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Helen L. Almacen
(BY) DEPUTY CLERK

DATE  March 17, 2006

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| ** below<br>Service of the Summons and Complaint was made by me [1] | | DATE<br>April 12, 2006 |
| Name of SERVER<br>Savannah Payne | | TITLE<br>Employee of Registered Process Server |

*Check one box below to indicate appropriate method of service*

☒    Served Personally upon the Defendant. Place where served: CSC Lawyers, 2730 Gateway Oaks Drive, Suite 100, Sacramento, CA 95833 by serving Becky Defcorge as Authorized Agent

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

       ** - plus the following additional documents:

☐    Returned unexecuted:

       First Amended Class Action Complaint
       Order Setting Initial Case Management Conference
       Standing Order of Magistrate Judge Richard Seeborg
       Joint Case Management Statement and Proposed Order – Form

☐    Other *(specify):*

       Standing Order of San Jose Division
       Notice of Assignment of Case to a U.S. Magistrate Judge
       ECF Registration Handout
       General Order No. 45
       Dispute Resolution Procedures in the Northern District of California

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    April 12, 2006
           *Date*

           *Signature of Server*

           1023 H St. #B3, Sacto, CA 95814
           *Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure