# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

KinderStart.com LLC, on behalf of itself and all others similarly situated,

Plaintiff(s),

v.

Google, Inc.

Defendant(s).

No. C 06-02057 RS

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

### REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: April 25, 2006

Signature _____

Counsel for Plaintiffs
(Plaintiff, Defendant, or indicate "pro se")

Gregory J. Yu, Esq.
Global Law Group

Plaintiffs' Declination and Request for Reassignment

**PROOF OF SERVICE**

CIVIL NO. C 06-02057 RS

I was at the time of service at least 18 years of age and not a party to this action. My business address is 2015 Pioneer Ct., Suite P-1, San Mateo, CA 94403-1736. Pursuant to Fed.R.Civ.P. 5(b)(2)(D), on April 25, 2006, at or about 9:35 a.m. I served the following document:

**PLAINTIFFS' DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

by transmitting it by electronic mail to the recipients' legally-designated electronic mail addresses, with a hard copy sent by depositing it, postage prepaid, via U.S. mail, addressed to the following:

>   Hilary E. Ware
>   Commercial Litigation Counsel
>   Google, Inc.
>   1600 Amphitheatre Parkway
>   Mountain View, CA 94043
>   hware@google.com
>   On behalf of Defendant Google, Inc.
>
>   David H. Kramer, Esq.
>   Wilson, Sonsini, Goodrich & Rosati
>   650 Page Mill Rd.
>   Palo Alto, CA 94304-1024
>   dkramer@wsgr.com
>
>   Attorneys for Defendant Google, Inc.

I declare under penalty of perjury that the foregoing document is true and correct. Executed at San Mateo, State of California, this 25th of April 2006.

By:       s/s Gregory J. Yu    .
       Gregory J. Yu

Proof of Service