**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

**April 26, 2006**

**CASE NUMBER: CV 06-02057 RS**
**CASE TITLE: KINDERSTART.COM LLC-v-GOOGLE INC**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable Jeremy Fogel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 4/26/06

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk

NEW CASE FILE CLERK:     4/26/06

| | | | |
|---|---|---|---|
| Copies to: Courtroom Deputies | 4/26/06 | Special Projects | |
| Log Book Noted | 4/26/06 | Entered in Computer | 4/26/06 |

CASE SYSTEMS ADMINISTRATOR:

| | | | |
|---|---|---|---|
| Copies to: All Counsel | 4/26/06 | Transferor CSA | 45/26/06Bjw |