1  DAVID H. KRAMER, State Bar No. 168452
   LISA A. DAVIS, State Bar No. 179854
2  BART E. VOLKMER, State Bar No. 223732
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone:  (650) 493-9300
5  Facsimile:   (650) 565-5100
   DKramer@wsgr.com
6
   JONATHAN M. JACOBSON
7  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
8  12 East 49th Street, 30th Floor
   New York, NY  10017-8203
9  Telephone:  (212) 999-5800
   Facsimile:  (212) 999-5899
10 JJacobson@wsgr.com

11 Attorneys for Defendant
   Google Inc.
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                      SAN JOSE DIVISION

16

17 | KINDERSTART.COM, LLC, a California | ) | CASE NO.:  C 06-2057 JF (RS) |
   | limited liability company, on behalf of itself and | ) | |
18 | all others similarly situated, | ) | **[PROPOSED] ORDER RE** |
   |  | ) | **DEFENDANT'S MOTION TO** |
19 |          Plaintiffs, | ) | **DISMISS THE FIRST AMENDED** |
   |  | ) | **COMPLAINT** |
20 |     v. | ) | |
   |  | ) | Before:  Hon. Jeremy Fogel |
21 | GOOGLE INC., a Delaware corporation, | ) | Date:  June 30, 2006 |
   |  | ) | Time:  9:00 a.m. |
22 |          Defendant. | ) | Courtroom:  3 |

---

[PROPOSED] ORDER RE GOOGLE'S MOTION TO                                    2870680_1.DOC
DISMISS FIRST AMENDED COMPLAINT
Case No. 06-2057 JF (RS)

1  Defendant Google Inc.'s Motion to Dismiss Kinderstart.com LLC's First Amended
2  Complaint came on for hearing before this Court on June 30, 2006 in Department 3, the
3  Honorable Jeremy Fogel presiding.  The Court has reviewed the parties' submissions and heard
4  oral argument and good cause appearing IT IS HEREBY ORDERED THAT Google's motion to
5  dismiss is GRANTED in its entirety.

6

7  Dated: _____, 2006                    _____
8                                                                                    The Honorable Jeremy Fogel