1  DAVID H. KRAMER, State Bar No. 168452
   LISA A. DAVIS, State Bar No. 179854
2  BART E. VOLKMER, State Bar No. 223732
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100
   DKramer@wsgr.com
6
   JONATHAN M. JACOBSON
7  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
8  12 East 49th Street, 30th Floor
   New York, NY 10017-8203
9  Telephone: (212) 999-5800
   Facsimile: (212) 999-5899
10 JJacobson@wsgr.com

11 Attorneys for Defendant
   Google Inc.
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                          SAN JOSE DIVISION

16

17 KINDERSTART.COM, LLC, a California         )   CASE NO.: C 06-2057 JF (RS)
   limited liability company, on behalf of itself and )
18 all others similarly situated,              )   **[PROPOSED] ORDER RE SPECIAL**
                                               )   **MOTION TO STRIKE PURSUANT**
19              Plaintiffs,                    )   **TO CCP § 425.16**
                                               )
20       v.                                    )   Before: Hon. Jeremy Fogel
                                               )   Date: June 30, 2006
21 GOOGLE, Inc., a Delaware corporation,       )   Time: 9:00 a.m.
                                               )   Courtroom: 3
22              Defendant.                     )
                                               )
23                                             )
                                               )
24                                             )
                                               )
25

26

27

28

[PROPOSED] ORDER RE SPECIAL MOTION TO                                    2870684_1.DOC
STRIKE PURSUANT TO CCP § 425.16
Case No. 06-2057 JF (RS)

1  Defendant Google Inc.'s Special Motion to Strike allegations of Plaintiff Kinderstart.com
2  LLP's First Amended Complaint pursuant to CCP § 425.16 came on for hearing before this
3  Court on June 30, 2006 in Department 3, the Honorable Jeremy Fogel presiding.  The Court has
4  reviewed the parties' submissions and heard oral argument and good cause appearing IT IS
5  HEREBY ORDERED THAT Google's special motion to strike is GRANTED in its entirety.

7  Dated: _____, 2006            _____
8                                                                    The Honorable Jeremy Fogel