DAVID H. KRAMER, State Bar No. 168452
LISA A. DAVIS, State Bar No. 179854
BART E. VOLKMER, State Bar No. 223732
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
DKramer@wsgr.com

JONATHAN M. JACOBSON, N.Y. State Bar No. 1350495
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12 East 49th Street, 30th Floor
New York, NY  10017-8203
Telephone:  (212) 999-5800
Facsimile:  (212) 999-5899
JJacobson@wsgr.com

Attorneys for Defendant
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KINDERSTART.COM, LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>        Defendant. | CASE NO.:  C 06-2057 JF (RS)<br><br>**DECLARATION OF BART E. VOLKMER IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT AND DEFENDANT'S SPECIAL MOTION TO STRIKE PURSUANT TO CCP § 425.16**<br><br>Before: Hon. Jeremy Fogel<br>Date: June 30, 2006<br>Time: 9:00 a.m.<br>Courtroom: 3 |

VOLKMER DECL. ISO GOOGLE'S MOTION TO DISMISS FAC AND SPECIAL MOTION TO STRIKE PURSUANT TO CCP § 425.16
Case No. 06-2057 JF (RS)

2870439_1.DOC

1  I, Bart E. Volkmer, declare as follows:

2  1. I am an attorney duly licensed to practice before this Court, and an associate of the law firm of Wilson, Sonsini, Goodrich & Rosati, counsel to defendant Google, Inc. ("Google"). I am over the age of eighteen and competent to make this declaration. I make each of the following statements based on my personal knowledge, and I could, if necessary, testify to the truth of each of them.

3  2. Attached hereto as Exhibit A is a true and correct copy of Google AdSense™ Online Standard Terms and Conditions printed from https://www.google.com/adsense/localized-terms on April 20, 2006

4  3. Attached hereto as Exhibit B is a true and correct copy of correspondence from Gregory J. Yu to David H. Kramer, dated March 30, 2006.

I declare under penalty of perjury under the laws of the State of California law that the foregoing is true and correct to the best of my knowledge. Executed on May 2, 2006 at Palo Alto, California.

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Bart E. Volkmer
       Bart E. Volkmer

Attorneys for Defendant
Google Inc.