# EXHIBIT B

# GLOBAL LAW GROUP
### 2015 PIONEER COURT, SUITE P-1
### SAN MATEO, CALIFORNIA 94403

GREGORY J. YU  
ADMITTED IN CALIFORNIA AND NEW YORK

(650) 570-4140 • FAX (650) 570-4142  
E-MAIL: GLGROUP@INREACH.COM

March 30, 2006, 4:10 p.m. PST

Our Ref. No.: 4,022.02

**VIA E-MAIL** – *dkramer@wsgr.com*  
**VIA FACSIMILE (650.493.6811) – ONE PAGE ONLY**

David H. Kramer, Esq.  
Wilson, Sonsini, Goodrich & Rosati  
650 Page Mill Rd.  
Palo Alto, CA 94304-1024

Re: *KinderStart.com LLC, et al. v. Google, Inc.*, C 06-2057 RS

Dear Mr. Kramer:

I acknowledge receipt of your faxed letter of March 29, 2006.

Last week, plaintiffs' counsel requested from you a meeting among the respective business people and principals. You now have declined by virtue of this filed but yet unserved lawsuit. I cannot fathom the sensibility of your refusal to allow the respective principals of KinderStart.com LLC and Google to get in a room to meet, whether with or without lawyers. Your letter yesterday means that each and every non-lawyer business person from Google is beyond reach or availability to explore options in a meeting, save to receive a "complete capitulation" (in your words) by plaintiffs as a class. And, by such "persons", I mean someone from Google with decision-making authority.

I further acknowledge your client's legal position as you stated over the phone to me on Tuesday, March 28 that Google exercises in "speech" when it ranks, de-ranks, indexes and de-indexes Web sites in cyberspace.

A meeting between the business people of each side is still possible to receive the results of your client's own investigation of the factual possibility and the associated causes of blockage suffered by the lead plaintiff's site. We await word from you on the presence of a Google business person to meet with a KinderStart.com representative by Monday, April 3, 2006. That would be over two weeks after the filing of the Complaint on March 17, 2006.

Sincerely yours,

**GLOBAL LAW GROUP**

By: _____  
Gregory J. Yu, Esq.  
Attorneys for Plaintiffs KinderStart.com LLC and and members of the Class

4022_GG_A_DK.c03