1  DAVID H. KRAMER, State Bar No. 168452
   LISA A. DAVIS, State Bar No. 179854
2  BART E. VOLKMER, State Bar No. 223732
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100
   DKramer@wsgr.com
6
   JONATHAN M. JACOBSON
7  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
8  12 East 49th Street, 30th Floor
   New York, NY 10017-8203
9  Telephone: (212) 999-5800
   Facsimile: (212) 999-5899
10 JJacobson@wsgr.com

11 Attorneys for Defendant
   Google Inc.
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                          SAN JOSE DIVISION

16

17 KINDERSTART.COM, LLC, a California           )   CASE NO.: C 06-2057 JF (RS)
   limited liability company, on behalf of itself and )
18 all others similarly situated,                )   **DEFENDANT GOOGLE INC.'S**
                                                 )   **DISCLOSURE STATEMENT**
19              Plaintiffs,                      )   **PURSUANT TO FED. R. CIV. P. 7.1**
                                                 )
20         v.                                    )
                                                 )
21 GOOGLE INC., a Delaware corporation,          )
                                                 )
22              Defendant.                       )
                                                 )
23                                               )
                                                 )
24 _____)

25

26

27

28

GOOGLE'S DISCLOSURE STATEMENT
Case No. 06-2057 JF (RS)

1  Pursuant to Fed. R. Civ. P. 7.1, Defendant Google Inc. ("Google") files this Disclosure
2  Statement, stating as follows:
3  1. Google has no parent corporation.
4  2. There are no publicly held companies that own 10% or more of Google's stock.

Dated: May 12, 2006

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ David H. Kramer
      David H. Kramer

Attorneys for Defendant
Google Inc.