UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KINDERSTART.COM,<br>           Plaintiff,<br>V.<br>GOOGLE,<br><br>           Defendant. | Case Number CV-06-2057-JF<br><br>Case Management Conference<br><br><br>Friday, July 28, 2006<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

A Case Management Conference has been set on Friday, July 28, 2006 at 10:30 a.m.

before Judge Jeremy Fogel.  Please report at that time to courtroom 3 on the

5th floor of the U.S. District Court, 280 S. First St., San Jose, California.


May 18, 2006                               For the Court
                                           Richard W. Wieking, Clerk


                                           By:   Diana Munz
                                           Diana Munz
                                           Courtroom Deputy Clerk

Dockets.Justia.com