Gregory J. Yu (State Bar No. 133955)
GLOBAL LAW GROUP
2015 Pioneer Court, Suite P-1
San Mateo, CA   94403
Telephone: (650) 570-4140
Facsimile:  (650) 570-4142
E-mail:  glgroup [at] inreach [dot] com

Attorney for Plaintiffs and Proposed Class and Subclasses

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KINDERSTART.COM LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 06-2057 JF<br><br>**DECLARATION OF SARA LEWIS IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AGAINST FURTHER FREE SPEECH VIOLATIONS** |

I, SARA LEWIS, HEREBY DECLARE AS FOLLOWS:

     1.    My name is Sara Lewis, and I am a resident of South Pasadena, California.  I submit this Declaration in support of Plaintiff's Motion for Preliminary Injunction.  This Declaration is based upon my personal knowledge and, where noted, on my review of relevant business records or independent investigation, or both, as the case may be, regarding the matters set forth below.

     2.    I am a content manager of KinderStart.com LLC, a California limited liability company ("KinderStart"), which is headquartered in Norwalk, California.  I am a former elementary school teacher, and now handle projects, marketing, and research for an organization in the Los Angeles County area.

1  expecting parent seeking accessible, reliable sources of information from the Internet about
2  parenting, infants and toddlers. As an expecting parent seeking easy access to important
3  parenting and child development topics, I found that generalized search engines that produced
4  over 100,000 results with several key words was not very helpful. Specifically, I began assembling
5  a directory and index for www.kinderstart.com for information about traveling with young
6  children, visiting theme parks, fertility clinics, child development/special needs questions, health
7  problems, learning activities, etc. Based on all my combined business, teaching, and parenting
8  skills, I expended at least 2,000 hours since the year 2000 to build up the content of
9  www.kinderstart.com and accumulate a very loyal and committed audience from all over the
10 United States and the world. Since we were interested in delivering this content freely to parents,
11 teachers, health care givers, and educators who trust us, never has KinderStart collected personal
12 contact information or amassed a paid subscriber base from among our many thousands of
13 visitors.
14     4.     Attached to this Declaration is a small sample of referrals and references about
15 www.kinderstart.com from all over the world.
16     5.     On information and belief, www.kinderstart.com was removed from Google Web
17 Index in March 2005. No one at KinderStart, including myself, has ever received any advance
18 notice from Google about the occurrence, cause or reason for the Website's removal. Never has
19 Google contacted me about how or why the Website was so removed or how it could be placed
20 back within the Google index.
21     I DECLARE UNDER PENALTY OF PERJURY, that the above is based on my personal
22 knowledge, except for those matters noted above that are based on my information and belief.
23     Executed on this __6__ day of May, 2006 in South Pasadena, California.
24                                    By: _____
25                                         SARA LEWIS
26
27
28

DECLARATION OF SARA LEWIS FOR
PLAINTIFF'S MOTION                                          Case No. C 06-2057 JF

**KINDERSTART – SELECTED LINKS IDENTIFIED AS OF MAY 3, 2006**
ATTACHMENT TO DECLARATION OF SARA LEWIS DATED MAY 6, 2006

Yahoo Listing – Parenting sites ranked #1
http://dir.yahoo.com/Society_and_Culture/Families/Parenting/Web_Directories/

The Cincinnati Post
The online edition of the Cincinnati Post … • www.**kinderstart**.com. You have to love the **KinderStart** tagline: "Because kids don't come…
www.cincypost.com/2005/01/12/sites011205.html

**Colorado Department of Education** Migrant Education Even Start (MEES) - Early Childhood Education Resources … Great ideas with learning objectives included! **KinderStart**. **Kinderstart** is the largest indexed directory and search
…www.cde.state.co.us/mees/echild.htm

Osteogenesis Imperfecta Foundation: Spring 04 Breakthrough Links
**Kinderstart** (www.**kinderstart**.com) all offer useful information for families
…www.oif.org/site/PageServer?pagename=spring04links

Technology: Bookmark these Web sites for school use
The St. Petersburg Times, Florida, Web site, including archives, weather, sports and forums. … For parents (www.**kinderstart**.com): **KinderStart** is a good source of information for parents about early childhood …
www.sptimes.com/2003/08/04/Technology/Bookmark_these_Web_si.shtml

Internet Resources for the Family - Adoption Resources
Maryland and Virginia. **KinderStart**. **KinderStart** is the largest (and most popular) indexed directory and search engine …
www.kidshelp.org/adoption.htm

Teacher Sites
 http://kidbibs.com/home.htm. **KinderStart** - Learning Activities and Crafts.
http://www.**kinderstart**.com/learningactivitiesandcrafts …
www.liberty.k12.ga.us/fle/teachers.htm

**The Paraeducator Resource and Learning Center (PRLC) University of Vermont** Unit 1: Related Web Sites.. links to topics related to collaboration. **KinderStart** - Child Development. This site maintains a powerful search engine …www.uvm.edu/~cdci/prlc/unit1_sites.html

Favorite Things : Fine Living Selects : Celebrate Black History Month : Fine Living … Use the placemats for a celebratory family dinner. www.**kinderstart**.com. An African American Cookbook …
http://www.fineliving.com/fine/favorite_things_selects/text/0,1663,FINE_8073_17700,00.html

ivf-infertility.com | Links | Infertility
Provides links to infertility related sites and organisations. … www.pregnancymd.org. **KINDERSTART**. www.**kinderstart**.com …
www.ivf-infertility.com/help/links/infertility.php -

SuffolkWeb: Parenting Sites **Kinderstart** Search Engine - This search engine will provide many links to quality gifted sites … education and healthcare information. **Kinderstart** - A very easy to use search engine …
www.suffolk.lib.ny.us/youth/parenting.html

AllAllergy.Net - Allergy & Asthma Organisations
… **KinderStart**.com. USA. **KinderStart**.com is the Web's largest index-directory of information about parenting, pregnancy …

1

www.allallergy.net/organizations/index.cfm/cceoc/H/cntry/z/page/p4

Prevent Child Abuse Indiana
Indiana Youth Institute. **KinderStart** is a web page that offers parenting and child development information …
www.pcain.org/index.asp?action=links

Children and Grief
Grief Net. **Kinderstart**. The Children's Room. Grief and Pre-Teens …
hns.org/**…**/Resources/ChildrenandGrief/tabid/275/Default.aspx –

Missouri Dental Association Children's Dental Health
Children's Dental Health Education. Brushing Up on Tooth Brushing. **Kinderstart**: Brushing, Hygiene, Flossing …
www.modental.org/YourDentalHealth/ChildrensDentalHealth.aspx

Protecting Our Health
**Kinderstart** Autism Resources. Institute for Community Inclusion, Children's Hospital, Boston MA (about Asperger's …
www.protectingourhealth.org/newscience/learning/learninglinks.htm

Kathy Schrock's Guide for Educators - S.O.S.- Site of the School(PDF) **Kathy** Schrock's Guide for Educators – Discovery Channel School- http://discoveryschool.com/schrockguide/ (**kathy**@kathyschrock.net … and Crafts
http://www.**kinderstart**.com/learningactivitiesandcrafts
…school.discovery.com/**schrock**guide/pdf/sos2001.pdf

Los Angeles Unified School District
Parents/Guardian Resources. Announcement. Marcia Page Scholarship for African American Females for Mathematics, Engineering and Technology Excellence. … **KinderStart** Search Engine - Because Kids don't come with instructions …
http://notebook.lausd.net/portal/page?_pageid=33,161841&_dad=ptl&_schema=PTL_EP

http://www.speechteach.co.uk/p_resource/parent/kinderstart.htm

http://www.cde.state.co.us/FedPrograms/PDSSP/download/pi_addres093005.pdf (PDF)

http://www.cde.state.co.us/fedprograms/nclb/parents.asp.
**KinderStart** – Parent Involvement.
http://www.**kinderstart**.com/educationdaycarechildcare/parentinvolvement.html …
www.cde.state.co.us/FedPrograms/PDSSP/download/pi_addres093005.pdf -

http://www.pitt.edu/~ppdsp/Technology/studentsearch.html

Welcome to The Guidance Channel! … **KinderStart** is the largest and most popular indexed directory and search engine focused on … the care of young children, **KinderStart** is useful for parents, grandparents, foster…www.guidancechannel.com/default.aspx?M=ln&cat=6

ParentsPage Health
Child & Teen Health. The health and physical well-being of your child or teen is one of your most important concerns as a parent. … the school years. **KinderStart**.com - Health/Medical/Dental. www.**kinderstart**.com/healthmedicaldental. The …
www.nassaulibrary.org/parent/health.html

ParentsPage General Parenting Sites
Child Care. Finding affordable, quality child care is one of a parents most difficult tasks. … communities of our county. **Kinderstart**. www.**kinderstart**.com/educationdaycarechildcare/
**KinderStart** is a very easy to …www.nassaulibrary.org/parent/childcare.html

2

[Parenting & Relationships - Omaha Public Library](#)
Dale Clark (Main) Library | 215 S. 15th Street, Omaha NE, 68102 | 402-444-4800.
**KinderStart** - **KinderStart** is the largest (and most popular) indexed directory and search engine focused on children zero to seven on the 'net.
www.omaha.lib.ne.us/subjects/lifestyle/rela/relamain.html

[KidsWeb: Fun and Games: Online Games - MCPL](#)
**KinderStart** Online Games. http://www.**kinderstart**.com/artsandentertainment/onlinegames/ So many games in one place! Some will test your homework skills, but most games are just plain fun. (407 hits) LifeSavers Candystand Arcade
www.mcpl.lib.mo.us/KidsWeb/Fun_and_Games/Online_Games/more3.html

[Parenting](#)
… **KinderStart** (http://www.**kinderstart**.com/) **KinderStart** is self described as the largest (and most popular) indexed …
www.midyork.org/sites/Parenting

[ECC Links for Teachers](#)
Early Childhood Center. Links for. Teachers. Preschool Printables. A teacher site that contains printables for classroom use, i.e., awards, calendars, name plates, lesson plans, . .
http://www.preschoolprintables.com/ **Kinderstart**. A search engine for children ages 0-6 …
http://www.**kinderstart**.com/ Chateau Meddybemps. Uncommon Amusements for Grownups & Adults …
www.epcusd.w-cook.k12.il.us/ecc/lnktchrs.htm

[Positively beastly - smh.com.au](#)
… children are getting in their inboxes. **KinderStart** is a Web-based email service that scans incoming … with "this word censored by **KinderStart**". If an incoming email contains more …
www.smh.com.au/articles/2002/07/18/1026898887382.html

[Family Resources Resources](#)
… friendly-fun.com/ 3. **KinderStart** - Because Kids Don t Come With Instructions! **KinderStart**.com (http://www.**kinderstart**.com) is a user …
www.genetree.com/resources/family-resources-parenting-resources.asp

[NIFL-FAMILY 2001: [NIFL-FAMILY:35] Re: **KinderStart**.Com - Excell](#)
[NIFL-FAMILY:35] Re: **KinderStart**.Com - Excellent Sources for Information on S… From: NinaMB@aol.com. Date: Sun May 06 2001 - 02:46:05 EDT
www.nifl.gov/nifl-family/2001/0378.html -

[LookSmart Junior High - Best results for "Working mothers / Surveys"](#) … Moms. Work At. **KinderStart** - Family Dynamics : HomeWorkingMom.com. A Mom's First Step … Working Moms, encourage working women who chose to … … **kinderstart**.com · More like this … gradewinner.com/p/search?tb=art&pi=gdw&qt=Working mothers / Surveys

[The National Autistic Society - Useful websites for parents/carers ...](#)
**KinderStart Autism** and PDD resources within this vast index-directory of information about parenting, child development, health, education etc relating to **…**
www.nas.org.uk/nas/jsp/polopoly.jsp?d=121&a=3795 - 60k

Montessori [Resources for **Parenting**](#)
General **Parenting** Links. **KinderStart** — a user-friendly search engine specifically designed for everything related to pregnancy, **parenting**, child development **…**
www.montessoriconnections.com/ parents/parentresources.shtml –

3