Gregory J. Yu (State Bar No. 133955)
GLOBAL LAW GROUP
2015 Pioneer Court, Suite P-1
San Mateo, CA 94403
Telephone: (650) 570-4140
Facsimile: (650) 570-4142
E-mail: glgroup [at] inreach [dot] com

Attorney for Plaintiffs and Proposed Class and Subclasses

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KINDERSTART.COM LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 06-2057 JF<br><br>**DECLARATION OF VICTOR B. GOODMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AGAINST FURTHER FREE SPEECH VIOLATIONS** |

I, VICTOR GOODMAN, HEREBY DECLARE AS FOLLOWS:

    1.    My name is Victor B. Goodman, and I am a resident of the City of Los Angeles, State of California. I submit this Declaration in support of Plaintiff's Motion for Preliminary Injunction. This Declaration is based upon my personal knowledge and, where noted, on information and belief following a review of relevant business records or independent investigation, or both, as the case may be regarding the matters set forth below.

    2.    I am member and a manager of KinderStart.com LLC, a California limited liability company ("KinderStart"), which is headquartered in Norwalk, California. I have a Doctorate in Educational Policy Analysis from the University of California, Los Angeles, and have worked extensively in Internet technology and as a teacher in the Los Angeles Unified Public School District.

DECLARATION OF VICTOR B. GOODMAN FOR
PLAINTIFF'S MOTION                                                Case No. C 06-2057 JF

Dockets.Justia.com

3. In 2000, KinderStart was founded and the Website www.kinderstart.com ("KS.com") was launched. KinderStart fueled growth with a financial investment in the high-six figures. I was the director and Sara Lewis was hired to assist in the site development. This site is the largest, oldest and most organized indexed directory on the Internet with information for parents, caregivers and perhaps teachers of children aged seven and under. With over 1,600 categories and sub-categories in its taxonomy, it remains as the Internet's easiest and fastest way for parents to get a wealth and depth of information about subjects ranging from child development, child health issues to issues of pregnancy birth, and education and care of young children and infants. Our site has been recognized and featured by countless state and local public libraries, early childhood programs, *The New York Times*, The University of Pittsburgh School of Education, and various state and federal governments around the world. Also, KinderStart has joint promotional efforts underway with PBS and Teletubbies, just to name a few. These endorsements were the result of extremely hard work from our team and volunteers.

4. The outcome for www.kinderstart.com was a robust, valuable, and freely-available index and organization of data and search engine which KinderStart carefully compiled. This index serves a real function, as unlike broad general search engines it is sharp, focused and highly relevant to our core audiences. Our traffic continued to expand in a geometric quality as hundreds of thousands of parents and caregivers found our focus useful. By February 2005, our Website was presenting 10 million page views monthly to an estimated 100,000 visitors over the Internet. The site had consistently earned a PageRank of up to '5' and higher under Google's PageRank system. All search services were and are provided to our target audience of parents and caregivers. KinderStart maintains no registry of our visitors.

5. On information and belief, KS.com was abruptly and intentionally removed from Google's Web Index on March 19, 2005 or later. Our PageRank sank to '0'. No one at KinderStart, including myself ever received any advance notice from Google about the occurrence, cause or reason for the Website's removal. Thereafter, I noted many key word selections and permutations that no longer would produce the appearance of KS.com in Google

DECLARATION OF VICTOR B. GOODMAN FOR
PLAINTIFF'S MOTION                                      Case No. C 06-2057 JF

-2-

1  search results pages. Attached is a list of selected relevant search terms that generated favorable
2  and meaningful search results from Google's search engine.

3      6.    During 2005, I attempted to get our Website restored in PageRank, indexing and
4  traffic. Nothing improved. Even after filing this action, there was no material improvement in
5  the recognition of the Website or our traffic. On information and belief, the lost traffic to our
6  Website was sent elsewhere, perhaps to sites with AdWords accounts with Google.

7      7.    After this action was filed, Google inexplicably raised KS.com's PageRank from
8  '0' to '7'.

9      8.    When Google dropped our Website, they denied parents and caregivers access to
10 this useful resource. Google essentially muted the multitude of voices found at the KS.com site
11 that assists parents around the U.S. and the world to locate vital information about infant and
12 toddler health and education needs. All this was done without any warning whatsoever to
13 KinderStart, our linked organizations and sites within our index, and parents and caregivers.

14     9.    Parents and other visitors to KS.com are harmed, even permanently, from not
15 being exposed to the beneficial free speech offered by KinderStart. As infants, toddlers and
16 children get older and grow quickly, it is absolutely essential to present and replenish our content
17 and appeal and reach out to new parents and caregivers every single day. Thousands of expectant
18 and new parents need fresh, valuable Internet content as their newborns become infants, then
19 toddlers, then kindergarteners and beyond. For this reason, KS.com is an absolutely essential
20 channel of information, viewpoints, and opinions on the growth, health, nurture, and care of our
21 country's most precious resource. As an educator and parent myself, this is expression of the
22 highest order over the Internet and in the public domain at large.

23     I DECLARE UNDER PENALTY OF PERJURY, that the above is based on my personal
24 knowledge, and where indicated, upon information and belief.
25     Executed on this _25_ day of May, 2006 in Los Angeles, California.
26
27     By: _____
          VICTOR B. GOODMAN
28

DECLARATION OF VICTOR B. GOODMAN FOR
PLAINTIFF'S MOTION                           Case No. C 06-2057 JF

| 28 | 1109 | 0.00% | http://64.233.187.104/search |
| 29 | 1101 | 0.00% | http://216.239.57.104/search |
| 30 | 1075 | 0.00% | http://216.239.63.104/search |

### Top 20 of 83660 Total Search Strings

| # | Hits | | Search String |
|---|---|---|---|
| 1 | 887 | 0.62% | child development |
| 2 | 378 | 0.27% | toddler recipes |
| 3 | 338 | 0.24% | alphabet letters |
| 4 | 260 | 0.18% | kindergarten activities |
| 5 | 258 | 0.18% | baby photography |
| 6 | 193 | 0.14% | infant teething |
| 7 | 171 | 0.12% | baby swings |
| 8 | 168 | 0.12% | kids games online |
| 9 | 162 | 0.11% | educational websites for kids |
| 10 | 155 | 0.11% | kinderstart |
| 11 | 154 | 0.11% | online kids games |
| 12 | 147 | 0.10% | recipes for toddlers |
| 13 | 145 | 0.10% | hand painted furniture |
| 14 | 144 | 0.10% | learning activities |
| 15 | 141 | 0.10% | hack hotmail |
| 16 | 136 | 0.10% | food minerals |
| 17 | 124 | 0.09% | simple magic tricks |
| 18 | 121 | 0.09% | dinosaur crafts |
| 19 | 114 | 0.08% | yahoo passwords |
| 20 | 113 | 0.08% | email for kids |

### Top 13 of 13 Total Usernames

| # | Hits | | Files | | KBytes | | Visits | | Username |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 25310 | 0.06% | 25310 | 0.13% | 6554 | 0.01% | 9 | 0.00% | cisco |
| 2 | 26 | 0.00% | 26 | 0.00% | 5 | 0.00% | 1 | 0.00% | thompsonbe |
| 3 | 19 | 0.00% | 19 | 0.00% | 359 | 0.00% | 1 | 0.00% | cmsinkey |
| 4 | 17 | 0.00% | 17 | 0.00% | 269 | 0.00% | 1 | 0.00% | Karen |
| 5 | 11 | 0.00% | 11 | 0.00% | 4 | 0.00% | 1 | 0.00% | u155239 |
| 6 | 3 | 0.00% | 3 | 0.00% | 51 | 0.00% | 1 | 0.00% | SEBATHIAN |
| 7 | 3 | 0.00% | 3 | 0.00% | 53 | 0.00% | 1 | 0.00% | grossbell |
| 8 | 3 | 0.00% | 3 | 0.00% | 0 | 0.00% | 1 | 0.00% | mmcleod1 |
| 9 | 2 | 0.00% | 2 | 0.00% | 1 | 0.00% | 1 | 0.00% | U183811 |
| 10 | 2 | 0.00% | 2 | 0.00% | 31 | 0.00% | 1 | 0.00% | linzeh |