1  Gregory J. Yu (State Bar No. 133955)
   GLOBAL LAW GROUP
2  2015 Pioneer Court, Suite P-1
   San Mateo, CA  94403
3  Telephone: (650) 570-4140
   Facsimile:  (650) 570-4142
4  E-mail:  glgroup [at] inreach [dot] com

5  Attorney for Plaintiffs and Proposed Class and Subclasses

6
7
8               UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                    SAN JOSE DIVISION

| KINDERSTART.COM LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 06-2057 JF<br><br>**DECLARATION OF GREGORY J. YU IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AGAINST FURTHER FREE SPEECH VIOLATIONS** |
|---|---|

I, GREGORY J. YU, HEREBY DECLARE AS FOLLOWS:

   1.   My name is Gregory J. Yu, and I am an attorney duly admitted to practice in the State of California.  My office is located in San Mateo, California.

   2.   I am legal counsel to plaintiff KinderStart.com LLC ("KSC") in the above action and am authorized by my client to make this declaration in support of plaintiff's motion for a preliminary injunction, based upon my personal knowledge.

   3.   On April 3, 2006, I had a telephone conversation with counsel to Defendant, David H. Kramer, of Wilson, Sonsini, Goodrich & Rosati about this case.  During such phone call, Attorney Kramer on behalf of Defendant acknowledged that plaintiff KSC's website, www.kinderstart.com had not been included within Google's index of searchable Websites.

DECLARATION OF GREGORY J. YU FOR
PLAINTIFF'S MOTION                                                Case No. C 06-2057 JF

Dockets.Justia.com

4. During the same phone call, Attorney Kramer on behalf of Defendant Google offered to consider "re-inclusion" of KSC's Website within Google's index, but declined to guarantee re-inclusion of the site by Google.

I DECLARE UNDER PENALTY OF PERJURY, that the above is based on my personal knowledge.

Executed on this 25th day of May, 2006 in San Mateo, California.

By: _____
GREGORY J. YU

DECLARATION OF GREGORY J. YU FOR
PLAINTIFF'S MOTION

Case No. C 06-2057 JF