1   Gregory J. Yu (State Bar No. 133955)
    GLOBAL LAW GROUP
2   2015 Pioneer Court, Suite P-1
    San Mateo, CA   94403
3   Telephone:  (650) 570-4140
    Facsimile:  (650) 570-4142
4   E-mail:  glgroup [at] inreach [dot] com

5   Attorney for Plaintiffs and Proposed Class and Subclasses

6

7

8                         UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11  KINDERSTART.COM LLC, a California           Case No. C 06-2057 JF
    limited liability company, on behalf of itself and
12  all others similarly situated,              **DECLARATION OF CALVIN C.
                                                HOAGLAND IN SUPPORT OF
13          Plaintiffs,                         PLAINTIFF'S MOTION FOR
                                                PRELIMINARY INJUNCTION**
14          v.

15  GOOGLE, INC., a Delaware corporation,

16          Defendant.

17

18  I, CALVIN C. HOAGLAND, HEREBY DECLARE AS FOLLOWS:

19          1.      My name is Calvin C. Hoagland.  My business and residence are situated in the

20  State of South Carolina.

21          2.      I am an owner and Chief Executive Officer of a privately owned business named

22  Information Centers Inc. (ICI) that owns and manages various Websites, including but not

23  limited to www.atlanta.com.  I also am a member of Associated Cities, a worldwide network of

24  commercial metropolitan websites of small businesses who own Uniform Resource Locators

25  (URLs) containing major city names.  This network can be found at www.associatedcities.com.

26          3.      In 2005, at least one of ICI's metropolitan Web sites suffered in an unexplained,

27  sudden loss of traffic from Google.  Upon learning of this class action, I e-mailed all our

28  members within the network of Associated Cities on March 23, 2006 as follows:

    DECLARATION OF CALVIN C. HOAGLAND FOR
    PLAINTIFF'S MOTION                                          Case No. C 06-2057 JF

Dockets.Justia.com

To all of our members and interested parties:

It pains me to take this step, but the time is now to take action. We have spent time, energy and money to launch our businesses, hire employees, and earn a living. But the world's largest Search Engine has stepped over the line hundreds of times. We are expected to follow rules that are arbitrary, hypertechnical or even nonexistent. Sites are banished and delisted without notice, sometimes indefinitely. We have little hope to regain our lost business and sites. It is massive carnage, but the only consolation is that no blood has been shed. This is absolutely unfair and un-American.

I have personally contacted Gregory Yu, lead counsel for the Class of Plaintiffs. . . . I urge all of our loyal members to visit www.glawinfo.com. . . .

My company Information Centers Inc is going to join in to help in this class action suit, it is the right thing to do and the cost is very low and will be greartly [sp] reduced as others join in, which will be many as this suit grows.

4.    One of members of the Associated Cities network who owns a URL for a destination in the Caribbean responded in an email back to me on April 25, 2006 as follows:

I noticed a major change from being in the top 2 to not even showing up in pgs. 1-4. I just checked now and we are #2 again. I do think joining in a lawsuit might remove me permanently. At this stage in the game, I am not willing to rock that boat (or in this case, cruise ship).

5.    Other members of the Associated Cities network have, without solicitation from myself, expressed a deep reluctance to get involved in this litigation against Defendant for the fear of facing consequences to their indexing, listing or ranking on Google results pages.

6.    On information and belief, ICI qualifies as one of the members of the Class in this action.

I DECLARE UNDER PENALTY OF PERJURY, that the above is based on my personal knowledge, except for other matters above as indicated, which are based on belief and reasonable investigation.

Executed on this 5th day of May, 2006 in Hilton Head Island, South Carolina.

By: _Calvin C. Hoagland_
CALVIN C. HOAGLAND

DECLARATION OF CALVIN C. HOAGLAND FOR
PLAINTIFF'S MOTION                                    Case No. C 06-2057 JF

-2-