1  Gregory J. Yu (State Bar No. 133955)
   GLOBAL LAW GROUP
2  2015 Pioneer Court, Suite P-1
   San Mateo, CA   94403
3  Telephone:  (650) 570-4140
   Facsimile:  (650) 570-4142
4  E-mail:  glgroup [at] inreach [dot] com

5  Attorney for Plaintiffs and Proposed Class and Subclasses

6

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11  | KINDERSTART.COM LLC, a California limited liability company, on behalf of itself and all others similarly situated, | Case No. C 06-2057 JF |
    | --- | --- |
12  | | **DECLARATION OF MARY PURKISS IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
13  |       Plaintiffs, | |
14  | v. | |
15  | GOOGLE, INC., a Delaware corporation, | |
16  |       Defendant. | |

17

18  I, MARY PURKISS, HEREBY DECLARE AS FOLLOWS:

19       1.       My name is Mary Purkiss.  My business and residence are situated in the State of

20  Arizona.

21       2.       I am a 51% shareholder and President of a privately owned corporation named

22  Beauxties Designs, Inc. (BDI) that owns and manages www.beauxties.com.  While being

23  diagnosed with and treated for breast cancer, I launched BDI and this site in 2001 to promote

24  breast cancer awareness through the Internet sale of jewelry and other personal effects that

25  contain or present the "pink ribbon" as a sign of breast cancer awareness.  My husband Ed

26  Purkiss and I are very fortunate to consider myself as a survivor of this disease.

27

28

3.      BDI bears the message of hope and encouragement about breast cancer as follows:

> Every day, all of us at Beaux Tie Designs speak to many wonderful survivors and supporters of the breast cancer cause, who share stories of their breast cancer experience. Many of these stories are heart-wrenching, difficult, and amazing all at the same time. … We would like to share these wonderful stories with you as a tribute in honor and memory of these special people!  If you know of someone who should be added to our Inspirational Gallery, please <u>click here</u>.

www.beauxties.com (Tab "Survivor Gifts and Stories / Inspirational Stories").

4.      For every item purchased on our site, the customer will automatically designate 15% of the purchase price to promote breast cancer awareness with a direct transfer of such funds to the Arizona Institute for Breast Health.  BDI's website www.beauxties.com is shown as a link on the website (www.aibh.org) of Arizona Institute for Breast Health in Scottsdale, Arizona.  Our customers, who hail from all 50 states, support breast cancer awareness and share their impressions on our site.  By way of example only, one customer posted this on our site:

> Thank you! I love that you donate! Not only did I like your products, but a portion went to the Arizona Institute for Breast Health!  ***Sue S. - Oceanside, CA***

5.      BDI has no physical store front or pedestrian traffic.  Instead, 99% of our visitors and customers come through the Internet by way of search engine traffic.

6.      In the month of December 2005, www.beauxties.com suffered in an unexplained, sudden loss of traffic from Google.  Our PageRank on the home page went down to '0' and the site was no longer indexed at all on Google.  Even on the most basic key word searches, our site used to have ranking on the first several pages of the results pages, but www.beauxties.com was nowhere to be found.  This condition of total site blockage by Google remains today.

7.      On information and belief, BDI qualifies as one of the members of the Class in this action.

I DECLARE UNDER PENALTY OF PERJURY, that the above is based on my personal knowledge and, where indicated, on information and belief.

Executed on this __5th__ day of May, 2006 in Phoenix, Arizona.

DECLARATION OF MARY PURKISS FOR
PLAINTIFF'S MOTION                                              Case No. C 06-2057 JF

By: _____
      MARY PURKISS