Gregory J. Yu (State Bar No. 133955)
GLOBAL LAW GROUP
2015 Pioneer Court, Suite P-1
San Mateo, CA 94403
Telephone: (650) 570-4140
Facsimile: (650) 570-4142
E-mail: glgroup [at] inreach [dot] com

Attorney for Plaintiffs and Proposed Class and Subclasses

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KINDERSTART.COM LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 06-2057 JF<br><br>**DECLARATION OF GLENN CANADY IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

I, GLENN CANADY, HEREBY DECLARE AS FOLLOWS:

    1.    My name is Glenn Canady. My business and residence are in the State of Florida.

    2.    I am a minority owner of a privately owned corporation, 5 Star Technologies, Inc., established in the State of Nevada (Web Firm).

    3.    As of November 2004, the Web Firm owned a group of Websites, each with a unique Uniform Resource Locator (URL), including www.5starshine.com. This one site was removed from the Google Web Index in late 2004 and the traffic to the site dropped. I did not receive any notice or explanation from Google as to the reason for the Website's removal.

    4.    In December 2004 and early 2005, I attempted to get the Website restored in PageRank, indexing and traffic. However until April 15, 2006, after these personal efforts there was no change or improvement in the traffic coming to the Website.

5. Our Web Firm learned about the above litigation action in March 2006, but we refrained from joining as a plaintiff in this action.

6. On or about April 25, 2006, www.newcarbuyingsecrets.com began to get its backlinks restored again, but its PageRank did not rise. I do not have any personal knowledge about the cause for the change in backlinks, or who at Google may have brought about this result.

I DECLARE UNDER PENALTY OF PERJURY, that the above is based on my personal knowledge.

Executed on this 17th day of May, 2006 in Navarre, Florida.

By: _____
GLENN CANADY

DECLARATION OF GLENN CANADY FOR
PLAINTIFF'S MOTION

Case No. C 06-2057 JF