Gregory J. Yu (State Bar No. 133955)
GLOBAL LAW GROUP
2015 Pioneer Court, Suite P-1
San Mateo, CA  94403
Telephone: (650) 570-4140
Facsimile:  (650) 570-4142
E-mail:  glgroup [at] inreach [dot] com

Attorney for Plaintiffs and Proposed Class and Subclasses

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KINDERSTART.COM LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 06-2057 JF<br><br>**DECLARATION OF GARY F. BLADES IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AGAINST FURTHER FREE SPEECH VIOLATIONS** |

I, GARY F. BLADES, HEREBY DECLARE AS FOLLOWS:

1.     I am President of York Medical Systems, Inc. based in Thompson, PA.  I started the business 1994 and began our e-commerce channel sales in 1997.  Our current Web site, www.medicalsafetyglasses.com was officially launched in 2002.

2.     I carefully reviewed and followed the "Google Webmaster Guidelines" posted on Google's Website when making redesign adjustments to our site in January 2006.   This includes adding an "XML" sitemap that Google recommends for proper site indexing and search results.

3.     Almost immediately after the redesign of the site, it stopped appearing at all on search engine results pages of Google using the key word search for "safety glasses".  When the key word search of "medical safety glasses" is performed, www.medicalsafetyglasses.com appears as the top three results on the first page of search results on Google.  It is unknown to me

DECLARATION OF GARY F. BLADES FOR
PLAINTIFF'S MOTION                                                                              Case No. C 06-2057 JF

1. whether www.medicalsafetyglasses.com back in January 2006 still remained within the Google index of Web sites.

2. 4. As of today, for the key word search of "safety glasses", www.medicalsafetyglasses.com appears within the first three or four pages of results pages from Yahoo! and MSN.

3. 5. In or about April 2006, I determined that my site www.medicalsafetyglasses.com was nowhere to be found among at least the top ten pages of results pages of Google for the search term "safety glasses". On information and belief, www.medicalsafetyglasses.com has been deleted from the Google index of Websites, and is no longer searchable using certain key words.

4. 6. Given the urgency to appear on the results pages of Google, I began spending heavily with extensive "AdWords" sponsored links to present our URL in a sponsored link when results appear for "safety glasses". Without this advertising, our URL is nowhere to be viewed or found on the relevant results pages.

5. 7. I began e-mailing the Google Help Team in February 2006 and asked for any possible help to determine the cause for the complete loss of appearance on results pages for the key word search "safety glasses". Attached is a true and correct copy of the response I received from Google on April 27, 2006.

I DECLARE UNDER PENALTY OF PERJURY, that the above is based on my personal knowledge.

Executed on this 5 day of May, 2006 in Thompson, Pennsylvania.

By: _____
GARY F. BLADES

DECLARATION OF GARY F. BLADES FOR
PLAINTIFF'S MOTION

Case No. C 06-2057 JF

-2-

# Greg Yu

| | |
|---|---|
| **From:** | Gary Blades [yorkmed@nep.net] |
| **Sent:** | Friday, April 28, 2006 10:02 AM |
| **To:** | glgroup@inreach.com |
| **Subject:** | Fw: [#55048718] Dropped from index? |

```
----- Original Message -----
From: "York Medical" <yorkmed@nep.net>
To: "York Medical Systems, Inc." <yorkmed@nep.net>
Sent: Friday, April 28, 2006 12:12 PM
Subject: Fw: [#55048718] Dropped from index?


>
> ----- Original Message -----
> From: <help@google.com>
> To: "Gary Blades" <yorkmed@nep.net>
> Sent: Thursday, April 27, 2006 8:49 PM
> Subject: Re: [#55048718] Dropped from index?
>
>
>> Hi Gary,
>>
>> Thank you for your reply. Please note that we don't currently offer a
>> feature that allows you to determine which page your site appears on
>> for a particular query. We appreciate your interest, and we'll keep
>> it in mind as we work to improve Google.
>>
>> Regards,
>> The Google Team
>>
>> Original Message Follows:
>> ------------------------
>> From: "Gary Blades" <yorkmed@nep.net>
>> Subject: Re: [#55048718] Dropped from index?
>> Date: Wed, 26 Apr 2006 09:11:28 -0400
>>
>> I just need to know where in your database are  results for my
>> keyword "safety glasses".
>>
>> How can I begin to make changes to improve ranking unless I know what
>> the current ranking is?
>>
>>
>> ----- Original Message -----
>> From: <help@google.com>
>> To: <yorkmed@nep.net>
>> Sent: Wednesday, April 26, 2006 7:48 AM
>> Subject: Re: [#55048718] Dropped from index?
>>
>>
>> > Thank you for your note. This is an automated reply to your inquiry
>> about
>> > your site's inclusion in the Google search results. We're always
>> working
>> > hard to provide comprehensive online assistance, and you'll likely find
>> an
>> > answer to your question at the following links:
>> >
>> > http://google.com/support/bin/answer.py?answer=20921
>> >
```

1

```
>> > http://google.com/support/bin/answer.py?answer=19760
>> >
>> > If you have additional questions, we recommend reviewing the Google
>> > Help
>> > Center at http://www.google.com/support for our most up-to-date
>> > information. You might also try our online discussion forum at
>> > http://groups.google.com/groups?q=google.public.support.general
>> >
>> > Finally, if you've exhausted our online help content, and you're
>> > still having trouble finding an answer to your question, please
>> > feel free to reply to this email. It's important to keep in mind
>> > that we'll only be able to respond to your note if we can provide
>> > additional information that's not currently available on our Help
>> > Center.
>> >
>> > Thanks again for taking the time to write.
>> >
>> > Regards,
>> > The Google Team
>> >
>> >
>>
>>
>
>
>
>
```