1  DAVID H. KRAMER, State Bar No. 168452
   COLLEEN BAL, State Bar No. 167637
2  LISA A. DAVIS, State Bar No. 179854
   BART E. VOLKMER, State Bar No. 223732
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
6  DKramer@wsgr.com

7  JONATHAN M. JACOBSON
   WILSON SONSINI GOODRICH & ROSATI
8  Professional Corporation
   12 East 49th Street, 30th Floor
9  New York, NY 10017-8203
   Telephone: (212) 999-5800
10 Facsimile: (212) 999-5899
   JJacobson@wsgr.com
11
   Attorneys for Defendant
12 Google Inc.

13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                          SAN JOSE DIVISION
16

17
   KINDERSTART.COM, LLC, a California          )  CASE NO.: C 06-2057 JF (RS)
18 limited liability company, on behalf of itself and )
   all others similarly situated,               )  **[PROPOSED] ORDER RE
19                                              )  DEFENDANT GOOGLE INC.'S
                  Plaintiffs,                   )  MISCELLANEOUS
20                                              )  ADMINISTRATIVE REQUEST
           v.                                   )  UNDER L.R. 7-11 TO CONTINUE
21                                              )  OR VACATE PRELIMINARY
   GOOGLE INC., a Delaware corporation,         )  INJUNCTION HEARING DATE**
22                                              )
                  Defendant.                    )
23                                              )
                                                )
24                                              )
                                                )
25

26

27

28

[PROPOSED] ORDER RE GOOGLE'S
MISCELLANEOUS ADMINISTRATIVE REQUEST TO
CONTINUE OR VACATE HEARING DATE
Case No. 06-2057 JF (RS)

1   Having considered Defendant Google Inc.'s Miscellaneous Administrative Request
2 Under L.R. 7-11 to Continue or Vacate Preliminary Injunction Date, and all papers in support
3 and opposition thereof, and good cause appearing,

4   IT IS HEREBY ORDERED that Defendant Google Inc.'s miscellaneous administrative
5 request is GRANTED.

6   1.   Plaintiff Kinderstart.com, LLC's Motion for Preliminary Injunction Against
7 Further Free Speech Violations is hereby stricken.

8   2.   The June 30, 2006 hearing date set for Kinderstart.com's preliminary injunction
9 motion is hereby vacated.

10   3.   After the Court has decided Defendant Google Inc.'s Special Motion to Strike
11 Pursuant to CCP § 425.16 and Defendant Google Inc.'s Motion to Dismiss the First Amended
12 Complaint, Plaintiff Kinderstart.com may submit a revised motion, with respect to any remaining
13 claims, that conforms with the page limits set forth in Civil Local Rule 7-2(b).

16 Dated: _____, 2006    _____
                                       The Honorable Jeremy Fogel