DAVID H. KRAMER, State Bar No. 168452
COLLEEN BAL, State Bar no. 167637
LISA A. DAVIS, State Bar No. 179854
BART E. VOLKMER, State Bar No. 223732
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
DKramer@wsgr.com

JONATHAN M. JACOBSON
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12 East 49th Street, 30th Floor
New York, NY  10017-8203
Telephone:  (212) 999-5800
Facsimile:  (212) 999-5899
JJacobson@wsgr.com

Attorneys for Defendant
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KINDERSTART.COM, LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>　　　　Defendant. | CASE NO.:  C 06-2057 JF (RS)<br><br>**DECLARATION OF DAVID H. KRAMER IN SUPPORT OF DEFENDANT GOOGLE INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST UNDER L.R. 7-11 TO CONTINUE OR VACATE PRELIMINARY INJUNCTION HEARING DATE** |

1     I, David H. Kramer, declare:

2     1.    I am a partner at Wilson Sonsini Goodrich & Rosati, counsel for Defendant Google Inc ("Google"). I have personal knowledge of the facts set forth herein, and would and could testify competently thereto if called as a witness.

    2.    Gregory J. Yu, counsel for plaintiff Kinderstart.com LLC ("Kinderstart"), and I have previously discussed whether Kinderstart would agree to postpone the hearing date on Kinderstart's motion for preliminary injunction until after the Court decides Google's motion to dismiss and anti-SLAPP motion. Kinderstart has refused that approach and has instead sought to have its preliminary injunction motion heard on or before the same date that Google's motions are heard. I tried calling Mr. Yu again today to try once again to convince him to postpone the hearing date on Kinderstart's motion for preliminary injunction, but I was unable to reach him.

    I declare under penalty of perjury that the foregoing is true and correct. Signed this 31st day of May, 2006 in Palo Alto, California.

    /s/
    David H. Kramer

DECLARATION OF DAVID H. KRAMER IN SUPPORT OF GOOGLE'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO CONTINUE OR VACATE HEARING DATE
Case No. 06-2057 JF (RS)

-1-