Gregory J. Yu (State Bar No. 133955)
GLOBAL LAW GROUP
2015 Pioneer Court, Suite P-1
San Mateo, CA 94403
Telephone: (650) 570-4140
Facsimile: (650) 570-4142
E-mail: glgroup [at] inreach [dot] com

Attorney for Plaintiffs and Proposed Class and Subclasses

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KINDERSTART.COM LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 06-2057 JF<br><br>**[PROPOSED] ORDER RE: DEFENDANT GOOGLE'S MISCELLANEOUS ADMINISTRATIVE REQUEST UNDER LOCAL RULE 7-11 TO CONTINUE OR VACATE PRELIMINARY INJUNCTION DATE** |

Having considered Defendant Google's Miscellaneous Administrative Request Under L.R. 7-11 to Continue or Vacate Preliminary Injunction Date, Plaintiff's Opposition thereto and all supporting documents and on any other documents on file herein,

IT IS HEREBY ORDERED THAT Defendant's Request is DENIED, and that the designated and noticed hearing date of June 30, 2006 for Plaintiff's Motion for Preliminary Injunction remain unchanged.

Dated: _____, 2006    By:_____
                                          The Honorable Jeremy Fogel

[PROPOSED] ORDER RE DEFENDANT'S
MISCELLANEOUS ADMINISTRATIVE REQUEST
UNDER L.R. 7-11                                                    Case No. C 06-2057 JF