Gregory J. Yu (State Bar No. 133955)
GLOBAL LAW GROUP
2015 Pioneer Court, Suite P-1
San Mateo, CA  94403
Telephone: (650) 570-4140
Facsimile:  (650) 570-4142
E-mail:  glgroup [at] inreach [dot] com

Attorney for Plaintiffs and Proposed Class and Subclasses

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KINDERSTART.COM LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 06-2057 JF<br><br>**[PROPOSED] ORDER RE: PLAINTIFF'S ADMINISTRATIVE MOTION UNDER LOCAL RULE 7-11 TO EXCEED PAGE LENGTH OF MOTION FOR PRELIMINARY INJUNCTION** |

Having considered Plaintiff KinderStart.com LLC's Administrative Motion Under L.R. 7-11 to Exceed Page Length of Plaintiff's Motion for Preliminary Injunction filed May 26, 2006, and any opposition and supporting documents on file herein, for good cause,

IT IS HEREBY ORDERED THAT Plaintiff's Administrative Motion under L.R. 7-11 to exceed the page length of 25 pages for its Motion for Preliminary Injunction as prescribed under L.R. 7-2(b) is GRANTED, and that such motion with all supporting exhibits and documents as filed on May 26, 2006 be accepted for full consideration by the parties and the Court.

Dated: _____, 2006      By:_____
                                        The Honorable Jeremy Fogel

[PROPOSED] ORDER RE PLAINTIFF'S
ADMINISTRATIVE MOTION TO EXCEED PAGE
LENGTH OF FILED INJUNCTION MOTION                                Case No. C 06-2057 JF