DAVID H. KRAMER, State Bar No. 168452
COLLEEN BAL, State Bar no. 167637
LISA A. DAVIS, State Bar No. 179854
BART E. VOLKMER, State Bar No. 223732
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
DKramer@wsgr.com

JONATHAN M. JACOBSON
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12 East 49th Street, 30th Floor
New York, NY 10017-8203
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
JJacobson@wsgr.com

Attorneys for Defendant
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KINDERSTART.COM, LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>　　　　　　Defendant. | CASE NO.: C 06-2057 JF (RS)<br><br>**DEFENDANT GOOGLE INC.'S OPPOSITION TO KINDERSTART'S MISCELLANEOUS ADMINISTRATIVE REQUEST UNDER L.R. 7-11 TO EXCEED PAGE LENGTH OF MOTION FOR PRELIMINARY INJUNCTION FILED MAY 26, 2006** |

**OPPOSITION TO MOTION FOR ADMINISTRATIVE RELIEF**

Pursuant to Civil L.R. 7-11(b), defendant Google Inc. ("Google") hereby submits this opposition to plaintiff KinderStart.com LLC's ("KinderStart") Motion for Administrative Relief to Exceed Page Length of Motion for Preliminary Injunction Filed May 26, 2006 (Doc. No. 19). Google opposes KinderStart's request for three reasons.

First, the request is untimely. If KinderStart wished to file a brief in excess of the page limit required by Civil L.R. 7-2(b), it should have secured such relief *before* filing a brief in contravention of the Local Rules. Indeed, plaintiff's counsel acknowledges that KinderStart planned to file its preliminary injunction motion as early as May 2, 2006. Google should not be put to the burden of responding to an oversized brief solely on KinderStart's whim.

Second, the request is procedurally improper. Civil L.R. 7-11(a) requires a Motion for Administrative Relief to be accompanied "by either a stipulation under Civil L.R. 7-12 or by a declaration that explains why a stipulation could not be obtained." KinderStart's motion is not supported by a stipulation or a declaration.

Third, the request is substantively flawed. KinderStart has not made a showing that a departure from the Local Rules is necessary to support its preliminary injunction motion which rests on allegations that Google, a private actor, has violated KinderStart's First Amendment rights. Google's previously filed Motion to Dismiss addressed this First Amendment claim in less than five pages, and dealt with all nine of KinderStart's claims for relief within the 25-page limit of Civil L.R. 7-2(b).[1]

---

[1] Contrary to KinderStart's assertion, Google's Motion to Dismiss did not exceed the 25 page limit of Civil L.R. 7-2(b) because tables preceding the motion are not included when calculating the length of a motion.

GOOGLE'S OPP'N TO KINDERSTART'S MISC. ADMIN. REQUEST TO EXCEED THE PAGE LIMIT
Case No. 06-2057 JF (RS)

-1-

For these reasons, Google respectfully requests that the Court deny KinderStart's Motion for Administrative Relief to exceed the applicable page limit and strike KinderStart's oversized brief.

Dated: June 2, 2006

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ David H. Kramer
　　　David H. Kramer

Attorneys for Defendant
Google Inc.