1  DAVID H. KRAMER, State Bar No. 168452
   COLLEEN BAL, State Bar No. 167637
2  LISA A. DAVIS, State Bar No. 179854
   BART E. VOLKMER, State Bar No. 223732
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
6  DKramer@wsgr.com

7  JONATHAN M. JACOBSON
   WILSON SONSINI GOODRICH & ROSATI
8  Professional Corporation
   12 East 49th Street, 30th Floor
9  New York, NY 10017-8203
   Telephone: (212) 999-5800
10 Facsimile: (212) 999-5899
   JJacobson@wsgr.com
11
   Attorneys for Defendant
12 Google Inc.

13
14                       UNITED STATES DISTRICT COURT
15                      NORTHERN DISTRICT OF CALIFORNIA
16                             SAN JOSE DIVISION

17

| | |
|---|---|
| 18 KINDERSTART.COM, LLC, a California limited liability company, on behalf of itself and all others similarly situated, | CASE NO.: C 06-2057 JF (RS) |
| 19 | **[PROPOSED] ORDER RE KINDERSTART'S MISCELLANEOUS ADMINISTRATIVE REQUEST UNDER L.R. 7-11 TO EXCEED PAGE LENGTH OF MOTION FOR PRELIMINARY INJUNCTION FILED MAY 26, 2006** |
| 20      Plaintiffs, | |
| 21      v. | |
| 22 GOOGLE INC., a Delaware corporation, | |
| 23      Defendant. | |

26
27
28

1       Having considered KinderStart.com LLC's Miscellaneous Administrative Request Under

2 L.R. 7-11 to Exceed Page Length of Motion for Preliminary Injunction Filed May 26, 2006, and

3 all papers in support and opposition thereof, and good cause appearing,

4       IT IS HEREBY ORDERED that KinderStart.com LLC's miscellaneous administrative

5 request is DENIED.

6       1.    Plaintiff KinderStart.com, LLC's Motion for Preliminary Injunction Against

7 Further Free Speech Violations is hereby stricken.

8       2.    The June 30, 2006 hearing date set for KinderStart.com's preliminary injunction

9 motion is hereby vacated.

10       3.    After the Court has decided Defendant Google Inc.'s Special Motion to Strike

11 Pursuant to CCP § 425.16 and Defendant Google Inc.'s Motion to Dismiss the First Amended

12 Complaint, Plaintiff KinderStart.com may submit a revised motion, with respect to any

13 remaining claims, that conforms with the page limits set forth in Civil Local Rule 7-2(b).

16 Dated: _____, 2006       _____

17                                         The Honorable Jeremy Fogel