1  DAVID H. KRAMER, State Bar No. 168452
   LISA A. DAVIS, State Bar No. 179854
2  BART E. VOLKMER, State Bar No. 223732
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100
   DKramer@wsgr.com
6
   JONATHAN M. JACOBSON
7  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
8  12 East 49th Street, 30th Floor
   New York, NY 10017-8203
9  Telephone: (212) 999-5800
   Facsimile: (212) 999-5899
10 JJacobson@wsgr.com

11 Attorneys for Defendant
   Google Inc.
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                           SAN JOSE DIVISION

16

17 | KINDERSTART.COM, LLC, a California             ) | CASE NO.: C 06-2057 JF (RS)
   | limited liability company, on behalf of itself and ) |
18 | all others similarly situated,                 ) | **JOINT STIPULATION AND**
   |                                                ) | **[PROPOSED] ORDER SETTING**
19 |                  Plaintiffs,                   ) | **BRIEFING SCHEDULE ON**
   |                                                ) | **PLAINTIFF'S MOTION FOR A**
20 |         v.                                     ) | **PRELIMINARY INJUNCTION**
   |                                                ) |
21 | GOOGLE INC., a Delaware corporation,           ) | Before: Hon. Jeremy Fogel
   |                                                ) | Date: June 30, 2006
22 |                  Defendant.                    ) | Time: 9:00 a.m.
   |                                                ) | Courtroom: 3

---

JOINT STIPULATION RE BRIEFING SCHEDULE ON
PRELIMINARY INJUNCTION
Case No. 06-2057 JF (RS)

1       WHEREAS, on May 26, 2006, Plaintiff KinderStart.com LLC ("KinderStart") filed a Motion for Preliminary Injunction ("Injunction Motion") and noticed it for a hearing on June 30, 2006;

      WHEREAS, on May 31, 2006, Defendant Google Inc. ("Google") filed a Miscellaneous Administrative Request Under Civil L.R. 7-11 ("Google's Pending 7-11 Request") to Continue or Vacate the Hearing Date on KinderStart's Motion for Preliminary Injunction (to which KinderStart filed an opposition on June 1, 2006);

      WHEREAS, on June 1, 2006, KinderStart filed a Motion for Leave to File Excess Pages on its Motion for Preliminary Injunction (to which Google filed an opposition on June 2, 2006);

      Pursuant to Civil L.R. 6-2 and 7-12, KinderStart and Google jointly submit this stipulation to request the Court to enter a modified briefing schedule on KinderStart's Preliminary Injunction motion as follows:

      **June 16, 2006** – Google's Opposition to KinderStart's Motion for Preliminary Injunction

      **June 23, 2006** – KinderStart's Reply in Support of its Motion for Preliminary Injunction

      **June 30, 2006** – Hearing on KinderStart's Motion for Preliminary Injunction

*provided, however*, that this stipulation shall be subject to the Court's decision on Google's Pending 7-11 Request (that could result in the vacating and/or rescheduling of the hearing date on the Injunction Motion). The parties are not otherwise hereby modifying or waiving the arguments contained in their respective motions, requests, or related oppositions thereto referred to in the above recital clauses.

Dated: June 6, 2006                               WILSON SONSINI GOODRICH & ROSATI
                                                                        Professional Corporation

                                                                        By:          /s/
                                                                                        David H. Kramer

                                                                        Attorneys for Defendant Google Inc.

Dated: June 6, 2006

GLOBAL LAW GROUP

By: _____/s/_____
       Gregory J. Yu

Attorneys for Plaintiff KinderStart.com LLC
and for the Members of the Class

## ECF CERTIFICATION

I, David H. Kramer, am the ECF User whose identification and password are being used to file this Joint Case Stipulation & Proposed Order. In compliance with General Order 45.X.B, I hereby attest that Gregory J. Yu has concurred in this filing.

Dated: June 6, 2006

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____/s/_____
       David H. Kramer

Attorneys for Defendant Google Inc.

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The briefing schedule set forth above is hereby approved by the Court.

Dated: _____

_____
The Honorable Jeremy Fogel
United States District Judge