1  Gregory J. Yu (State Bar No. 133955)
   GLOBAL LAW GROUP
2  2015 Pioneer Court, Suite P-1
   San Mateo, CA  94403
3  Telephone: (650) 570-4140
   Facsimile:  (650) 570-4142
4  E-mail:  glgroup [at] inreach [dot] com

5  Attorney for Plaintiffs and Proposed Class and Subclasses

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

| | |
|---|---|
| KINDERSTART.COM LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 06-2057 JF<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |

Having considered Defendant Google's Motion to Dismiss the First Amended Class Action Complaint ("First Amended Complaint"*)* under Federal Rule 12(b)(6), any opposition, reply and all other documents on file as well as argument and evidence presented at the hearing on this motion,

IT IS HEREBY ORDERED THAT Defendant's motion be denied in its entirety and that Defendant answer the First Amended Complaint within 20 court days from the date of this order.

Dated: _____, 2006     By:_____
                                          The Honorable Jeremy Fogel

[PROPOSED] ORDER DENYING DEFENDANT'S
MOTION TO DISMISS FIRST AMENDED COMPLAINT                    Case No. C 06-2057 JF