Gregory J. Yu (State Bar No. 133955)
GLOBAL LAW GROUP
2015 Pioneer Court, Suite P-1
San Mateo, CA 94403
Telephone: (650) 570-4140
Facsimile: (650) 570-4142
E-mail: glgroup [at] inreach [dot] com

Attorney for Plaintiffs and Proposed Class and Subclasses

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| KINDERSTART.COM LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 06-2057 JF<br><br>**DECLARATION OF VICTOR B. GOODMAN IN SUPPORT OF OPPOSITION TO DEFENDANT'S SPECIAL MOTION TO STRIKE PURSUANT TO CCP § 425.16** |
|---|---|

I, VICTOR B. GOODMAN, HEREBY DECLARE AS FOLLOWS:

1. My name is Victor B. Goodman. This Declaration is based upon my personal knowledge and, where noted, on information and belief following a review of relevant business records or independent investigation, or both, as the case may be regarding the matters set forth below.

2. I am member and a manager of KinderStart.com LLC, a California limited liability company ("KinderStart"), which is headquartered in Norwalk, California.

3. After KS.com was launched in 2000, by 2005 Google searches by visitors became the largest source of our referrals and a vital, essential channel of exposure of KinderStart to the Internet. KinderStart does not own and operate a separate physical location to the outside world.

DECLARATION OF VICTOR B. GOODMAN RE
OPPOSITION TO DEFENDANT'S SPECIAL      - 1 -            Case No. C 06-2057 JF
MOTION

4.  After KS.com was abruptly and intentionally removed from Google's Web Index on March 19, 2005 or later, its PageRank sank to '0' and did not rise for the rest of 2005. Over the next several months, the monthly traffic of visitors to KS.com fell by 70% and the monthly revenue from KinderStart's participation in the AdSense program fell by 80%.

5.  In the history of KinderStart and KS.com, we have not issued any press releases or intentionally sought to put the issues of KS.com's traffic or its PageRank as a matter of public controversy. The only publicity has been the result of our outside attorney and his representation of the class of plaintiffs in this litigation.

I DECLARE UNDER PENALTY OF PERJURY, that the above is based on my personal knowledge, and where indicated, upon information and belief.

Executed on this __8__ day of June, 2006 in Los Angeles, California.

By: _____
VICTOR B. GOODMAN

DECLARATION OF VICTOR B. GOODMAN RE
OPSITION TO DEFENDANT'S SPECIAL      - 2 -           Case No. C 06-2057 JF
MOTION