Gregory J. Yu (State Bar No. 133955)
GLOBAL LAW GROUP
2015 Pioneer Court, Suite P-1
San Mateo, CA 94403
Telephone: (650) 570-4140
Facsimile: (650) 570-4142
E-mail: glgroup [at] inreach [dot] com

Attorney for Plaintiffs and Proposed Class and Subclasses

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KINDERSTART.COM LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 06-2057 JF<br><br>**DECLARATION OF GLENN CANADY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO (1) DEFENDANT'S SPECIAL MOTION TO STRIKE PURSUANT TO CCP § 425.16** |

I, GLENN CANADY, HEREBY DECLARE AS FOLLOWS:

1. My name is Glenn Canady. My business and residence are in the State of Florida.

2. I am a minority owner of a privately owned corporation, established in the State of Nevada (the "Web Firm").

3. As of November 2004, the Web Firm owned a group of Websites, each with a unique Uniform Resource Locator (URL). A number of our Websites were suddenly removed from the Google Web Index in late 2004 and the traffic to the site dropped. PageRanks of these sites fell all the way down to '0'. I did not receive any notice or explanation from Google as to the reason for the Website's removal or the PageRank drop. Up until March 31, 2006, none of these sites experienced any material improvement or change in PageRank.

4.  Our Web Firm learned about the above litigation action in March 2006, but we refrained from joining as a plaintiff in this action.

5.  As a result of the PageRanks of our Websites falling to '0', a number of actual or potential business partners refused or declined to associate with the Web Firm and our sites. Some of those e-mail comments included the following:

- "At the present time I cannot link to your site because you do not have any page rank on Google. When your page rank increases I will link to you."
- "Please remove it [your site]. We can't consider PR [PageRank] 0 sites."
- "Your links page has a PR [PageRank] 0 which is hurtful to our page rank if we were to exchange links."
- "I am sorry I cannot add your link because your site has no PR [PageRank]."

I DECLARE UNDER PENALTY OF PERJURY, that the above is based on my personal knowledge.

Executed on this __8__ day of June, 2006 in Navarre, Florida.

By: _____
GLENN CANADY

DECLARATION OF GLENN CANADY RE
OPPOSITION TO DEFENDANT'S SPECIAL
MOTION                           -2-                           Case No. C 06-2057 JF