Gregory J. Yu (State Bar No. 133955)
GLOBAL LAW GROUP
2015 Pioneer Court, Suite P-1
San Mateo, CA 94403
Telephone: (650) 570-4140
Facsimile: (650) 570-4142
E-mail: glgroup [at] inreach [dot] com

Attorney for Plaintiffs and Proposed Class and Subclasses

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KINDERSTART.COM LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 06-2057 JF<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S SPECIAL MOTION TO STRICK PURSUANT TO CCP § 425.16** |

Having considered Defendant Google's Motion to Strike Count One, Count Eight, and Count Nine of Plaintiffs' First Amended Complaint under California Code of Civil Procedure ("CCP") §§ 425.16 *et seq.*, any opposition, reply and all other documents on file as well as argument and evidence presented at the hearing on this motion,

IT IS HEREBY ORDERED THAT Defendant's motion as to all of the aforementioned counts in the amended complaint be denied in its entirety based on the finding in fact and at law that Defendant' speech and conduct are deemed "commercial speech" under CCP § 425.17, and that as a result of the denial no attorneys' fees or costs shall be awarded to Defendant.

Dated: _____, 2006     By:_____
                                                               The Honorable Jeremy Fogel