1  Gregory J. Yu (State Bar No. 133955)
   GLOBAL LAW GROUP
2  2015 Pioneer Court, Suite P-1
   San Mateo, CA   94403
3  Telephone: (650) 570-4140
   Facsimile:  (650) 570-4142
4  E-mail:  glgroup [at] inreach [dot] com

5  Attorney for Plaintiffs and Proposed Class and Subclasses

8                     UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

| | |
|---|---|
| KINDERSTART.COM LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 06-2057 JF<br><br>**[PROPOSED] ORDER TO SHORTEN TIME FOR MOTION FOR SPECIFIED DISCOVERY BY PLAINTIFF ON DEFAMATION AND LIBEL COUNT** |

Having considered plaintiff KinderStart.com LLC's motion under Civil Local Rule ("L.R.") 6-3 to shorten time for motion regarding specified discovery by Plaintiff KSC prior to the adjudication of defendant Google's Motion to Strike pursuant to California Code of Civil Procedure section 425.16, any opposition to the L.R. 6-3 motion, and all other documents and pleadings on file as well as argument and evidence presented at the hearing on this motion,

IT IS HEREBY ORDERED THAT the plaintiff's discovery motion be accelerated from August 4 to June 30, 2006 or such later time as set by the court, and that defendant's opposition be filed no later than seven days prior to the hearing.  Plaintiff has waived its right to a reply.

Dated: _____, 2006      By:_____
                                         The Honorable Jeremy Fogel

[PROPOSED] ORDER TO SHORTEN TIME FOR
PLAINTIFF'S MOTION FOR SPECIFIED DISCOVERY                       Case No. C 06-2057 JF