Gregory J. Yu (State Bar No. 133955)
GLOBAL LAW GROUP
2015 Pioneer Court, Suite P-1
San Mateo, CA   94403
Telephone: (650) 570-4140
Facsimile:  (650) 570-4142
E-mail:  glgroup [at] inreach [dot] com

Attorney for Plaintiffs and Proposed Class and Subclasses

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KINDERSTART.COM LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>    Defendant. | Case No. C 06-2057 JF<br><br>**DECLARATION OF GREGORY J. YU IN SUPPORT OF PLAINTIFF'S MOTION UNDER LOCAL RULE 7-7(b) FOR ORDER SHORTENING TIME FOR MOTION FOR SPECIFIED DISCOVERY** |

I, GREGORY J. YU, HEREBY DECLARE AS FOLLOWS:

    1.    I am legal counsel to plaintiff KinderStart.com LLC ("KSC") in the above action and am authorized by my client to make this declaration in support of Plaintiff's motion for an order shortening time for motion for specified discovery by Plaintiff.

    2.    Plaintiffs have timely filed its opposition to Defendant's Special Motion to Strike Pursuant to CCP § 425.16 on June 9, 2006, which is 21 days prior to the calendared hearing date of June 30, 2006.

    3.    On June 13, 2006, I sent a letter to Mr. Kramer as an informal discovery request of specified information from Google on PageRank™ determination of www.kinderstart.com and of other Websites generally.  This was required for Plaintiff's assembly of evidence to demonstrate a likelihood of its success on the defamation and libel count, in connection with its

DECLARATION OF GREGORY J. YU FOR
PLAINTIFF'S LR 7-7 MOTION TO SHORTEN TIME                    Case No. C 06-2057 JF

1  procedural burden under CCP § 425.16(b).  I requested a reply from Google by June 15, 2006.

2      4.    On June 15, 2006, Mr. Kramer replied timely to my June 13, 2006 letter.  He
3  indicated that a response to KSC's request was not possible due to the time constraints of the
4  filing Google's reply to Plaintiffs' two oppositions to Google's pending motions and the current
5  unavailability of his contact person at Google until June 19, 2006.

6      5.    Today, on June 16, 2006, I requested a stipulation of Mr. Kramer to continue the
7  hearing date for the anti-SLAPP motion in order to allow the Court and plaintiff sufficient time
8  to address the discovery requirements of plaintiff in connection with the pending anti-SLAPP
9  motion.  On behalf of Defendant, Mr. Kramer declined to accept this stipulation by the close of
10  business today.

11      6.    On today's date, I requested a stipulation of Defendant to have the motion for
12  specified discovery heard on June 30, 2006, with the conditions that (a) Defendant's opposition
13  would be due June 23, 2006 and (b) Plaintiff would waive its right to a reply.  On behalf of
14  Defendant, Mr. Kramer declined to accept this stipulation by the close of business today.

15  I DECLARE UNDER PENALTY OF PERJURY, that the above is true and correct and
16  based on my personal knowledge.

17  Executed on this 16th day of June, 2006 in San Mateo, California.

                By:    s/s Gregory J. Yu
                    GREGORY J. YU

DECLARATION OF GREGORY J. YU FOR
PLAINTIFF'S LR 7-11 MOTION TO SHORTEN TIME          Case No. C 06-2057 JF