Gregory J. Yu (State Bar No. 133955)
GLOBAL LAW GROUP
2015 Pioneer Court, Suite P-1
San Mateo, CA 94403
Telephone: (650) 570-4140
Facsimile: (650) 570-4142
E-mail: glgroup [at] inreach [dot] com

Attorney for Plaintiffs and Proposed Class and Subclasses

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KINDERSTART.COM LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>    Defendant. | Case No. C 06-2057 JF<br><br>**[PROPOSED] ORDER TO CONTINUE DEFENDANT'S SPECIAL MOTION TO STRIKE PURSUANT TO CCP § 425.16** |

    Having considered plaintiff KinderStart.com LLC's administrative motion under Civil L.R. 7-7(b) to continue defendant Google's Motion to Strike pursuant to California Code of Civil Procedure ("CCP") § 425.16, any opposition thereto, and all other documents and pleadings on file as well as argument and evidence presented at the hearing, if any, on this motion,

    IT IS HEREBY ORDERED THAT Defendant's anti-SLAPP motion under CCP § 425.16 be continued to a date as further ordered by the court following allowance and completion of proper discovery by Plaintiff on Count Eight, defamation and libel, of the First Amended Class Action Complaint.

Dated: _____, 2006      By:_____
                                                              The Honorable Jeremy Fogel