DAVID H. KRAMER, State Bar No. 168452
COLLEEN BAL, State Bar No. 167637
LISA A. DAVIS, State Bar No. 179854
BART E. VOLKMER, State Bar No. 223732
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
DKramer@wsgr.com

JONATHAN M. JACOBSON
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12 East 49th Street, 30th Floor
New York, NY  10017-8203
Telephone:  (212) 999-5800
Facsimile:  (212) 999-5899
JJacobson@wsgr.com

Attorneys for Defendant
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KINDERSTART.COM, LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>Defendant. | CASE NO.:  C 06-2057 JF (RS)<br><br>**[PROPOSED] ORDER DENYING KINDERSTART'S MOTIONS UNDER LOCAL RULE 6-3 AND LOCAL RULE 7-7** |

Having considered Plaintiff KinderStart's Motions: (1) Under Local Rule 6-3, to Shorten Time on KinderStart's Motion for Discovery currently set for hearing on August 4, 2006; and (2) Under Local Rule 7-7 to Continue the Hearing on Google's Special Motion to Strike currently set for June 30, 2006, and the papers in support and opposition thereof, and good cause appearing,

IT IS HEREBY ORDERED that KinderStart's Motions are DENIED.

Dated: _____, 2006        _____
                                             The Honorable Jeremy Fogel
                                             United States District Court Judge

[PROPOSED] ORDER DENYING                   -1-
KINDERSTART'S MOTIONS
Case No. 06-2057 JF (RS)