UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KinderStart.com LLC, et al.

CASE NO. C 06-02057 JF

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Google Inc.

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓   have not yet reached an agreement to an ADR process
    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  07/28/2006

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Gregory J. Yu | KinderStart.com LLC | (650) 570-4140 | glgroup@inreach.com |
| David H. Kramer | Google Inc. | (650) 320-4741 | dkramer@wsgr.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: June 28, 2006                                                Gregory J. Yu
                                                                    Attorney for Plaintiff

Dated: June 28, 2006                                                David H. Kramer
                                                                    Attorney for Defendant

Rev 12.05