DAVID H. KRAMER, State Bar No. 168452
COLLEEN BAL, State Bar no. 167637
LISA A. DAVIS, State Bar No. 179854
BART E. VOLKMER, State Bar No. 223732
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
DKramer@wsgr.com

JONATHAN M. JACOBSON
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12 East 49th Street, 30th Floor
New York, NY  10017-8203
Telephone:  (212) 999-5800
Facsimile:  (212) 999-5899
JJacobson@wsgr.com

Attorneys for Defendant
Google Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| KINDERSTART.COM, LLC, a California limited liability company, on behalf of itself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., a Delaware corporation, <br><br> Defendant. | CASE NO.:  C 06-2057 JF (RS) <br><br> **DEFENDANT GOOGLE INC.'S ADR CERTIFICATION** |

**ADR Certification**

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: June 28, 2006         WILSON SONSINI GOODRICH & ROSATI
                             Professional Corporation

                             By: /s/ David H. Kramer
                                 David H. Kramer

                             Attorneys for Defendant
                             GOOGLE INC.

Dated: June 28, 2006         GOOGLE INC.

                             By: /s/ Michael Kwun
                                 Michael Kwun

## **ECF CERTIFICATION**

I, David H. Kramer, am the ECF User whose identification and password are being used to file this ADR Certification. In compliance with General Order 45.X.B, I hereby attest that Michael Kwun has concurred in this filing.

Dated: June 28, 2006

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ David H. Kramer
     David H. Kramer

Attorneys for Defendant
GOOGLE INC.