# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**JUDGE JEREMY FOGEL**            **COURTROOM DEPUTY**: Martha Brown

**DATE**:  6/30/06                **Court Reporter**:  Peter Torreano

**CASE NO. C-**06-02057JF/RS      **CASE NAME:**  KINDERSTART.COM v. GOOGLE

**COUNSEL FOR PLAINTIFF:**        **COUNSEL FOR DEFENDANT:**

GREGORY J. YU                     DAVID KRAMER

                                  JONATHON JACOBSON

                                  COLLEEN BAL

**PROCEEDINGS:**

   MOTION TO DISMISS, MOTION TO STRIKE, CASE MANAGEMENT CONFERENCE

**RESULTS:**

   MATTER IS ARGUED BY COUNSEL.

**ORDER TO BE PREPARED BY:** [ ]  Plaintiff  [ ]  Defendant  [X]  Court

**CASE CONTINUED TO:  9/29/06 AT 9:00 AM** for HEARING ON INJUNCTION AND CMC

**cc:**  KEYBOARD()