# GLOBAL LAW GROUP
### 2015 Pioneer Court, Suite P-1
### San Mateo, California 94403

**Gregory J. Yu**                                          **(650) 570-4140 • Fax (650) 570-4142**
**Admitted in California and New York**                  **E-mail: glgroup@inreach.com**

July 12, 2006

Our Ref. No.: 4,022.01

**VIA E-FILING // VIA E-MAIL** (JFpdf@cand.uscourts.gov)

The Honorable Jeremy Fogel
United States District Court
280 S. First St., Courtroom 3, 5th Floor
San Jose, CA 95113

      Re:    *KinderStart.com LLC, et al. v. Google, Inc.*, C 06-02057 JF

Dear Judge Fogel:

      Plaintiffs hereby notify the Court and Defendants of a requested correction to "TRANSCRIPT of Proceedings held on 6/30/2006 before Judge Jeremy Fogel", filed on 07/06/2006, as Document No. 40 in the Court's Docket for this case.

      Page 18, line 14: The second word on this line should have been transcribed as "farm" instead of "forum".

      Plaintiffs' Counsel advised Defendant's Counsel of this transcription error via electronic mail on 07/11/2006.

      Thank you for your consideration of this matter.

                                              Respectfully submitted,

                                              /s/ Gregory J. Yu

                                              Gregory J. Yu, Esq.
                                              Attorney for Plaintiffs

att. (Transcript of 06/20/2006 hearing, p. 18 only)

cc: Peter Torreano, CSR, CRR – via e-mail (Peter_Torreano@cand.uscourts.gov)

C 06-2057_PLN_Transcript.l01

```
 1    a search engine.
 2            And, as we've explained in the briefs,
 3    Congress, Congressional intent, of course, was
 4    there to protect the players in the Internet, but
 5    I've looked at the distinction and definition
 6    between "Internet information location tool" that
 7    was in the Communications Decency Act and then
 8    the "interactive computer service."
 9            So even those cases including the Howard
10    case, it closely latched onto AOL and said AOL,
11    we basically have an e-mail system and content.
12    Google largely doesn't have native original
13    content.  It is in a colloquial term a massive
14    link forum.  It is collecting sites and pushing
15    them out, and so this is where we see it as an
16    information conduit.
17            And, as I've said in the briefs, no
18    court, and I believe the FCC has not spoken on
19    this, this issue about what is an information
20    location tool, is it is a common carrier or not,
21    I presume and I recognize that there is immunity
22    we've built in.  But by providing immunity for a
23    specific category like the information location
24    tool that doesn't mean that Congress has
25    specifically said with intent that Internet
```