1  Gregory J. Yu (State Bar No. 133955)
   GLOBAL LAW GROUP
2  2015 Pioneer Court, Suite P-1
   San Mateo, CA   94403
3  Telephone: (650) 570-4140
   Facsimile:  (650) 570-4142
4  E-mail:  glgroup [at] inreach [dot] com

5  Attorney for Plaintiffs and Proposed Class and Subclasses

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11 | KINDERSTART.COM LLC, a California | Case No. C 06-2057 JF |
   | limited liability company, on behalf of itself and | |
12 | all others similarly situated, | **PLAINTIFF'S ADMINISTRATIVE REQUEST UNDER LOCAL RULE 7-11 REGARDING SCHEDULING, CASE MANAGEMENT, AND PROPOSED SECOND AMENDED COMPLAINT** |
13 | Plaintiffs, | |
14 | v. | |
15 | GOOGLE, INC., a Delaware corporation, | |
16 | Defendant. | |

17

18 **PROCEDURAL BACKGROUND**

19        On June 30, 2006, this Court heard oral argument on Defendant Google's motion to

20 dismiss Plaintiff KinderStart.com LLC's First Amended Complaint (the "FAC") filed on April

21 12, 2006, under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) (the "12(b) Motion").

22 The Court continued Defendant's Special Motion under California Code of Civil Procedure

23 (CCP § 425.16).   At the hearing, the Court tentatively calendared September 29, 2006 for any

24 new motions regarding Plaintiffs' proposed second amended complaint (the "Proposed SAC").

25 The parties were asked to confirm that date with the Court's clerk.  In the Court's Order of July

26 13, 2006 (the "July 13 Order"), the 12(b) Motion was granted, with leave to amend.  The order

27 specifically allowed Plaintiffs the opportunity amend Counts Two through Nine of the FAC, and

28 did not specify a date by which to file the Proposed SAC.  Further, during the June 30, 2006

PLAINTIFFS' REQUEST UNDER L.R. 7-11
TO CONTINUE HEARING DATE
                                    -1-                              Case No. C 06-2057 JF

1  hearing, the Court continued the Federal Rule of Civil Procedure 26(f) ("Rule 26(f)") case

2  management conference to September 29, 2006.  No scheduling order or deadlines have been set

3  in this case thus far.

4  **BACKGROUND FOR THIS REQUEST**

5        A.  Amendment of Count One – First Amendment and Free Speech.  The July 13

6  Order provides, in the opening paragraph, that the Rule 12(b) Motion "will be granted with leave

7  to amend."  For Count Two through Count Nine, inclusive, of the FAC, the Order states that

8  there is leave to amend, but is silent on this point as to Count One.  The Ninth Circuit generally

9  allows plaintiffs as a matter of right to amend once, even after a motion to dismiss the complaint

10  has been granted.  This is, in part, because in such event no responsive pleading has been made

11  by defendant under Fed. R. Civ. Proc. 15(a).  *Schreiber Distributing v. Serv-Well Furniture Co.,*

12  806 F.2d 1393, 1401 (9th Cir. 1986).  Plaintiffs should have leave to amend unless the Court

13  determines that the complaint is beyond cure with the allegation of other facts.  *Cook, Perkiss &*

14  *Liehe v. N. Cal. Collection Service,* 911 F.2d 242, 247 (9th Cir. 1990).  Here, the July 13 Order

15  does not contain such a determination as to Count One.  Nonetheless, as Plaintiffs are not to

16  presume that leave to amend is indeed granted as to Count One, Plaintiffs seek clarification of

17  the order on this point.

18        B.  Timing for Proposed Second Amended Complaint.  The Rule 12(b) Motion was

19  argued, heard and decided based on allegations appearing in the FAC as of April 12, 2006.

20  Plaintiffs confirmed during the June 30, 2006 hearing that additional information was available

21  and secured by Plaintiffs for inclusion in the Proposed SAC.  Even since the hearing date, there

22  have been several factual developments that properly require careful evaluation, investigation

23  and inclusion within the Proposed SAC.  This is explained in further detail in the accompanying

24  *Declaration of Gregory J. Yu*, attached hereto as Exhibit 1 ("*Yu Third Dec.*"), ¶ 3.

25        C.  Case Management Conference.  Pursuant to Local Rule 16(d), Plaintiffs file this

26  Administrative Request to seek a continuance of the case management conference tentatively set

27  for September 29, 2006.  Since the Proposed SAC when filed and served may result in a new

28  Rule 12(b) motion from Defendant, the Rule 26(f) conference should be held when the motion

has been briefed, heard and decided.  Therefore, it is sensible to set the conference on a date concurrent with a continued motion hearing date.

**SPECIFIED REQUESTS**

    A.  <u>Count One of the FAC</u>.  In the event that the July 13 Order itself does not allow Plaintiffs leave to amend Count One, Plaintiffs request that they be allowed 60 days to complete their investigation described in part in the *Yu Third Dec.* ¶ 3(c), with respect to information regarding the nature, terms, and conditions of relationships between Defendant and various Federal, state and local governments and their respective agencies.  Following such detailed investigation and if leave to amend Count One of the FAC is indeed required by motion before the Court, Plaintiffs are prepared to notice such a motion for a hearing date of September 29, 2006 (or such later date as amenable to the parties and approved by the Court).

    B.  <u>Second Amended Complaint</u>.  Recent factual developments are enabling Plaintiffs to further bolster various allegations under the Proposed SAC.  *Yu Third Dec.* ¶ 3. Accordingly, Plaintiffs estimate that another 60 days is needed for sufficient and proper evaluation and diligence.  Plaintiffs request that the deadline for the Proposed SAC be set for October 6, 2006, with the date for hearing any motions thereon be scheduled for December 1, 2006 (or such later date as amenable to the parties and approved by the Court).

    C.  <u>Case Management Conference</u>.  Plaintiffs propose that the Case Management Conference remain concurrent with the proposed motion hearing date for the Proposed SAC of December 1, 2006 (or such later date as amenable to the parties and approved by the Court). In sum, Plaintiffs propose this schedule to the Court:

| Date | Event |
| --- | --- |
| October 6, 2006 | Plaintiffs file Second Amended Complaint |
| October 27, 2006 | Defendant files its answer or motion (21 days) |
| November 10, 2006 | Plaintiffs file their opposition to any motion (14 days) |
| November 17, 2006 | Defendant files its reply to any opposition (7 days) |
| December 1, 2006 | Court hearing and Case Management Conference |

Defendant flatly declined Plaintiffs' request for a stipulation to this schedule and requested instead that the Proposed SAC be filed by August 11, 2006.  *Yu Third Dec.* ¶ 4.

**CONCLUSION**

In light of the above, the accompanying declaration of Gregory J. Yu, the documents and pleadings on file herein, Plaintiff KSC respectfully request the Court to continue the tentative hearing and case management conference date of September 29, 2006, with further procedings according to the foregoing schedule.

Dated: August 4, 2006            GLOBAL LAW GROUP

By:      /s/ Gregory J. Yu
        Gregory J. Yu, Esq.
Attorney for Plaintiff KinderStart.com LLC and
     for the proposed Class and Subclasses

PLAINTIFFS' REQUEST UNDER L.R. 7-11
TO CONTINUE HEARING DATE
                        -4-                        Case No. C 06-2057 JF