Gregory J. Yu (State Bar No. 133955)
GLOBAL LAW GROUP
2015 Pioneer Court, Suite P-1
San Mateo, CA 94403
Telephone: (650) 570-4140
Facsimile: (650) 570-4142
E-mail: glgroup [at] inreach [dot] com

Attorney for Plaintiffs and Proposed Class and Subclasses

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| KINDERSTART.COM LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>　　　　Defendant. | Case No. C 06-2057 JF<br><br>**[PROPOSED] ORDER RE AMENDMENT OF COMPLAINT AND FURTHER PROCEEDINGS** |
|---|---|

　　　　Having considered Plaintiff KinderStart.com LLC's administrative request under Local Rule 7-11, any opposition thereto, and all other documents and pleadings on file,

　　　　IT IS HEREBY ORDERED THAT

　　　　In connection with the Court's July 13, 2006 order, Plaintiffs shall have leave to amend Count One of First Amended Complaint.

　　　　The parties will comply with the following schedule as to further proceedings in this case:

| | |
|---|---|
| October 6, 2006 | Plaintiffs file their Second Amended Complaint ("SAC") |
| October 27, 2006 | Defendant files its answer or motion(s) as to the SAC |
| November 10, 2006 | Plaintiffs file their opposition to any motion |
| November 17, 2006 | Defendant files its reply to any opposition |
| December 1, 2006 | Court hearing and further Case Management Conference |

[PROPOSED] ORDER RE ADMINISTRATIVE
REQUEST FOR SCHEDULING　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. C 06-2057 JF

1    SO ORDERED.

2

3    Dated: _____, 2006        By:_____
                                                The Honorable Jeremy Fogel
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE ADMINISTRATIVE
REQUEST FOR SCHEDULING                                          Case No. C 06-2057 JF