DAVID H. KRAMER, State Bar No. 168452
COLLEEN BAL, State Bar No. 167637
LISA A. DAVIS, State Bar No. 179854
BART E. VOLKMER, State Bar No. 223732
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
DKramer@wsgr.com

JONATHAN M. JACOBSON
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12 East 49th Street, 30th Floor
New York, NY  10017-8203
Telephone:  (212) 999-5800
Facsimile:  (212) 999-5899
JJacobson@wsgr.com

Attorneys for Defendant
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KINDERSTART.COM, LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>　　　　　Defendant. | CASE NO.:  C 06-2057 JF (RS)<br><br>**[PROPOSED]**<br>**ORDER RE: KINDERSTART'S**<br>**ADMINISTRATIVE MOTION**<br>**UNDER CIVIL L.R. 7-11** |

1  Having considered Plaintiff KinderStart's Administrative Request under Civil L.R. 7-11
2  Regarding Scheduling, Case Management, and Proposed Second Amended Complaint, and
3  Defendant Google Inc.'s opposition thereto, the Court hereby:
4  (1) Enters the following case schedule:
5  **August 11, 2006:**         KinderStart files its Second Amended Complaint ("SAC")
6  **September 1, 2006:**       Google files motion(s) directed to the SAC
7  **September 15, 2006:**      KinderStart's opposition due
8  **September 22, 2006:**      Google's reply due
9  **October 6, 2006:**         Hearing on motion(s) directed to the SAC
10 (2) Vacates the Case Management Conference currently scheduled for September 29,
11 2006. The Court will set a new case management date on October 6, 2006 at the hearing on
12 Google's motion(s) directed to the SAC.
13 IT IS SO ORDERED.

16 Dated: _____, 2006        _____
17                                          The Honorable Jeremy Fogel
                                            United States District Judge

PROPOSED] ORDER RE:                -1-
KINDERSTART'S CIVIL L.R. 7-11 MOTION
Case No. 06-2057 JF (RS)