DAVID H. KRAMER, State Bar No. 168452
LISA A. DAVIS, State Bar No. 179854
BART E. VOLKMER, State Bar No. 223732
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
DKramer@wsgr.com

JONATHAN M. JACOBSON, N.Y. State Bar No. 1350495
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12 East 49th Street, 30th Floor
New York, NY 10017-8203
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
JJacobson@wsgr.com

Attorneys for Defendant
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KINDERSTART.COM, LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>　　　　Defendant. | CASE NO.: C 06-2057 JF (RS)<br><br>**DECLARATION OF BART E. VOLKMER IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO KINDERSTART'S ADMINISTRATIVE REQUEST UNDER CIVIL L.R. 7-11 REGARDING SCHEDULING, CASE MANAGEMENT, AND PROPOSED SECOND AMENDED COMPLAINT** |

I, Bart E. Volkmer, declare as follows:

1. I am an attorney duly licensed to practice before this Court, and an associate of the law firm of Wilson, Sonsini, Goodrich & Rosati, counsel to defendant Google, Inc. ("Google"). I am over the age of eighteen and competent to make this declaration. I make each of the following statements based on my personal knowledge, and I could, if necessary, testify to the truth of each of them.

2. Attached hereto as Exhibit A is a true and correct copy of an electronic mail message sent by counsel for Google to counsel for KinderStart on April 13, 2006.

3. Attached hereto as Exhibit B is a true and correct copy of an electronic mail message sent by counsel for KinderStart to counsel for Google on April 17, 2006.

4. Attached hereto as Exhibit C is a true and correct copy an article published by C-NET on July 13, 2006 entitled "Judge dismisses suit over Google ranking."

5. Attached hereto as Exhibit D are true and correct copies of electronic mail messages sent by counsel for Google to counsel for KinderStart on July 20, 2006 and August 1, 2006.

6. Attached hereto as Exhibit E is a true and correct copy of an electronic mail message sent by counsel for KinderStart to counsel for Google on August 2, 2006 and counsel for Google's response of that date.

7. On August 3, 2006, counsel for KinderStart proposed the following schedule for KinderStart's Second Amended Complaint:

| | |
|---|---|
| SAC | 10/06/2006 |
| Defendant's Motions | 11/10/2006 |
| Plaintiff's Oppositions | 12/01/2006 |
| Defendant's Reply | 12/15/2006 |
| Hearing | 12/22/2006 |

//

//

//

//

//

1  I declare under penalty of perjury under the laws of the State of California and the United
2  States that the foregoing is true and correct to the best of my knowledge. Executed on August 7,
3  2006 at Palo Alto, California.

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Bart E. Volkmer
    Bart E. Volkmer

Attorneys for Defendant
Google Inc.

GOOGLE'S MOTION TO DISMISS
KINDERSTART'S FIRST AMENDED COMPLAINT
Case No. 06-2057 JF (RS)

-2-

2931061_1.DOC