Dockets.Justia.com

# EXHIBIT A

| | |
|---|---|
| **From:** | Kramer, David |
| **Sent:** | Thursday, April 13, 2006 10:47 AM |
| **To:** | glgroup@inreach.com |
| **Subject:** | RE: KinderStart.com LLC v. Google, Inc. / C 06-02057 RS |

Greg:

Thank you for sending this on. Unfortunately, the timing of your service sets up a deadline for me that will be tough to manage. I've got a long-anticipated vacation coming up with my family, and a trial in another matter. I'd like to extend our time to respond to your first amended complaint until May 22. Is that okay with you? Obviously, we would offer a similar courtesy to you should the need arise.

Please let me know.

Thanks,

Dave Kramer


-----Original Message-----
From: glgroup@inreach.com [mailto:glgroup@inreach.com]
Sent: Wednesday, April 12, 2006 9:58 PM
To: Kramer, David
Subject: KinderStart.com LLC v. Google, Inc. / C 06-02057 RS
Importance: High

Dave,
This is a cc of a letter sent to CSC Networks and Hilary Ware.
Greg

Gregory J. Yu, Esq.
Global Law Group
2015 Pioneer Ct., Ste. P-1
San Mateo, CA  94403
650.570.4140
650.570.4142(fax)
glgroup@inreach.com
****************************************************

This e-mail, including any attachments, is a confidential business and/or legal communication, and may contain information that is confidential, proprietary and/or privileged.  This e-mail is intended only for the
individual(s) or entity to whom it is addressed, and may not be forwarded, disclosed or used by anyone else.  If you are not the(an) intended recipient, we apologize and ask that you immediately delete this e-mail from your computer system and notify the sender and the original author of this e-mail at "glgroup@inreach.com".  Thank you.
****************************************************