Dockets.Justia.com

# EXHIBIT B

# Kramer, David

| | |
|---|---|
| **From:** | Greg Yu [glgroup@inreach.com] |
| **Sent:** | Monday, April 17, 2006 2:04 PM |
| **To:** | Kramer, David |
| **Subject:** | KinderStart.com LLC v. Google, Inc. / C 06-02057 RS |

Dave,
Per my last e-mail to you on April 13, I promised to advise you of Plaintiffs' decision on your request of April 13 about the deadline for Defendants to respond or answer the First Amended Complaint.
Plaintiffs decline Defendant's request to extend by 20 days the deadline to respond or answer. As you know, Defendant saw the initial 3/17/06 filed Complaint as early as March 20. I am very mindful of opposing and my client and counsel make the best use of time, and I've already done so many weekends in this matter. Timing is absolutely critical to our side and I would expect that of Google as well.
Regards,
Greg

Gregory J. Yu, Esq.
Global Law Group
2015 Pioneer Ct., Ste. P-1
San Mateo, CA  94403
650.570.4140
650.570.4142 (fax)
glgroup@inreach.com
****************************************************
This e-mail, including any attachments, is a confidential business and/or legal communication, and may contain information that is confidential, proprietary, attorney/client privileged, and/or attorney work product.  This e-mail is intended only for the individual(s) or entity to whom it is addressed, and may not be forwarded, disclosed or used by anyone else unless authorized.  If you are not the(an) intended recipient, we apologize and ask that you immediately delete this e-mail from your computer system and notify the sender and the original author of this e-mail at "glgroup@inreach.com".
Thank you.
****************************************************


-----Original Message-----
From: Greg Yu [mailto:glgroup@inreach.com]
Sent: Thursday, April 13, 2006 3:30 PM
To: 'Kramer, David'
Subject: RE: KinderStart.com LLC v. Google, Inc. / C 06-02057 RS

Dave,
I'll get back to you by Mon 4/17.  There are a number of factors to consider and the decision is largely driven by timing and client issues.
Regards,
Greg

Gregory J. Yu, Esq.
Global Law Group
2015 Pioneer Ct., Ste. P-1
San Mateo, CA  94403
650.570.4140
650.570.4142 (fax)
glgroup@inreach.com
****************************************************
This e-mail, including any attachments, is a confidential business and/or legal communication, and may contain information that is confidential, proprietary, attorney/client privileged, and/or attorney work product.  This e-mail is intended only for the individual(s) or entity to whom it is addressed, and may not be forwarded, disclosed or used by anyone else unless authorized.  If you are not the(an) intended

recipient, we apologize and ask that you immediately delete this e-mail from your computer
system and notify the sender and the original author of this e-mail at
"glgroup@inreach.com".
Thank you.
*************************************************


-----Original Message-----
From: Kramer, David [mailto:DKramer@wsgr.com]
Sent: Thursday, April 13, 2006 10:47 AM
To: glgroup@inreach.com
Subject: RE: KinderStart.com LLC v. Google, Inc. / C 06-02057 RS

Greg:

Thank you for sending this on.  Unfortunately, the timing of your service sets up a
deadline for me that will be tough to manage.  I've got a long-anticipated vacation coming
up with my family, and a trial in another matter.  I'd like to extend our time to respond
to your first
amended complaint until May 22.  Is that okay with you?    Obviously, we
would offer a similar courtesy to you should the need arise.

Please let me know.


Thanks,

Dave Kramer




-----Original Message-----
From: glgroup@inreach.com [mailto:glgroup@inreach.com]
Sent: Wednesday, April 12, 2006 9:58 PM
To: Kramer, David
Subject: KinderStart.com LLC v. Google, Inc. / C 06-02057 RS
Importance: High

Dave,
This is a cc of a letter sent to CSC Networks and Hilary Ware.
Greg

Gregory J. Yu, Esq.
Global Law Group
2015 Pioneer Ct., Ste. P-1
San Mateo, CA   94403
650.570.4140
650.570.4142(fax)
glgroup@inreach.com
*****************************************************
This e-mail, including any attachments, is a confidential business and/or legal
communication, and may contain information that is confidential, proprietary and/or
privileged.  This e-mail is intended only for the
individual(s) or entity to whom it is addressed, and may not be forwarded, disclosed or
used by anyone else.  If you are not the(an) intended recipient, we apologize and ask that
you immediately delete this e-mail from your computer system and notify the sender and the
original author of this e-mail at "glgroup@inreach.com".   Thank you.
*****************************************************


This email and any attachments thereto may contain private, confidential, and privileged
material for the sole use of the intended recipient. Any review, copying, or distribution
of this email (or any attachments thereto) by others is strictly prohibited. If you are
not the intended recipient, please contact the sender immediately and permanently delete
the original and any copies of this email and any attachments thereto.


2