Dockets.Justia.com

EXHIBIT D

# Grubbs, Deborah

| | |
|---|---|
| From: | Kramer, David |
| Sent: | Thursday, July 20, 2006 2:42 PM |
| To: | Greg Yu |
| Subject: | Second Amended Complaint & Schedule |

Greg:

Reading your comments to the press, it appears that you intend to file a Second Amended Complaint. From our briefs and comments at the hearing, it will come as no surprise that we do not believe that there would be merit to such a complaint. While are sure you are aware of your obligations under Rule 11, please keep those obligations in mind as you set out your amended allegations. We had difficulty seeing how there was a good faith basis for some of the allegations Kinderstart made in the past.

In the meantime, please let me know when we can expect to receive your revised complaint so that we can discuss a briefing schedule that makes sense. While the Court's order did not set a deadline, it plainly does not expect you have an indefinite period of time in which to amend.

Thanks,

Dave Kramer
650 320-4741

1

## Kramer, David

**From:** Kramer, David
**Sent:** Tuesday, August 01, 2006 8:16 AM
**To:** glgroup@inreach.com
**Subject:** RE: KinderStart v. Google

Greg:

It has been almost three weeks since you were given leave to file an amended complaint. Your message below promised an update last week, but I've received nothing. When specifically do you intend to file an amendment?

David H. Kramer
Wilson Sonsini Goodrich & Rosati
(650) 320-4741 (direct)

---

**From:** glgroup@inreach.com [mailto:glgroup@inreach.com]
**Sent:** Mon 7/24/2006 5:42 AM
**To:** Kramer, David
**Subject:** KinderStart v. Google

Dave,
Saw your e-mail from last Thursday night.
My uncle in VA passed away that day, I'm now in VA/DC for the service.
After I return to CA on Friday, 7/28, I'll update you.
Regards,
Greg

Gregory J. Yu, Esq.
Global Law Group
2015 Pioneer Ct., Ste. P-1
San Mateo, CA 94403
650.570.4140
650.570.4142(fax)
glgroup@inreach.com
**************************************************
This e-mail, including any attachments, is a confidential business and/or legal communication, and may contain information that is confidential, proprietary and/or privileged. This e-mail is intended only for the individual(s) or entity to whom it is addressed, and may not be forwarded, disclosed or used by anyone else. If you are not the(an) intended recipient, we apologize and ask that you immediately delete this e-mail from your computer system and notify the sender and the original author of this e-mail at "glgroup@inreach.com". Thank you.
**************************************************