Dockets.Justia.com

# EXHIBIT E

| | |
|---|---|
| From: | Kramer, David |
| Sent: | Wednesday, August 02, 2006 1:48 PM |
| To: | Greg Yu |
| Cc: | Grubbs, Deborah; Volkmer, Bart; Bal, Colleen |
| Subject: | RE: KinderStart v. Google |

Greg:

My apologies for the email mixup. Thank you for deleting the prior message. Here is what I intended to send. Will you call me to discuss?

Unfortunately, I have no idea what your message below means. What I need from you today is a date by which you intend to file a Second Amended Complaint. It has been three weeks. Again, the Court certainly did not intend to give you an endless period in which to file an amendment. Right now, I'm afraid it looks to us like you're just delaying and evading any effort at communication.

If we do not get that date from you today we will have to take this matter up with the Court via a miscellaneous administrative request, seeking to impose an immediate deadline. I cannot imagine that the Court will look favorably upon your refusal to participate in a meaningful way in these discussions. Again, we're flexible with respect to a schedule, but we have to know what you intend to do. If you do not intend to file an amendment or have other plans, please let me know.

Thanks,


Dave Kramer

-----Original Message-----
From: Greg Yu [mailto:glgroup@inreach.com]
Sent: Wednesday, August 02, 2006 8:53 AM
To: Kramer, David
Subject: RE: KinderStart v. Google

Dave,
Plaintiffs are monitoring a number of developments. I will advise you when a next step is taken.
Greg

Gregory J. Yu, Esq.
Global Law Group
2015 Pioneer Ct., Ste. P-1
San Mateo, CA  94403
650.570.4140
650.570.4142 (fax)
glgroup@inreach.com


-----Original Message-----
From: Kramer, David [mailto:DKramer@wsgr.com]
Sent: Tuesday, August 01, 2006 8:16 AM
To: glgroup@inreach.com
Subject: RE: KinderStart v. Google

Greg:

It has been almost three weeks since you were given leave to file an amended complaint. Your message below promised an update last week, but I've received nothing. When specifically do you intend to file an amendment?

1

David H. Kramer
Wilson Sonsini Goodrich & Rosati
(650) 320-4741 (direct)

---

From: glgroup@inreach.com [mailto:glgroup@inreach.com]
Sent: Mon 7/24/2006 5:42 AM
To: Kramer, David
Subject: KinderStart v. Google

Dave,
Saw your e-mail from last Thursday night.
My uncle in VA passed away that day, I'm now in VA/DC for the service.
After I return to CA on Friday, 7/28, I'll update you.
Regards,
Greg

Gregory J. Yu, Esq.
Global Law Group
2015 Pioneer Ct., Ste. P-1
San Mateo, CA  94403
650.570.4140
650.570.4142(fax)
glgroup@inreach.com
*************************************************
This e-mail, including any attachments, is a confidential business and/or legal
communication, and may contain information that is confidential, proprietary and/or
privileged.  This e-mail is intended only for the
individual(s) or entity to whom it is addressed, and may not be forwarded, disclosed or
used by anyone else.  If you are not the(an) intended recipient, we apologize and ask that
you immediately delete this e-mail from your computer system and notify the sender and the
original author of this e-mail at "glgroup@inreach.com".  Thank you.
*************************************************



This email and any attachments thereto may contain private, confidential, and privileged
material for the sole use of the intended recipient. Any review, copying, or distribution
of this email (or any attachments thereto) by others is strictly prohibited. If you are
not the intended recipient, please contact the sender immediately and permanently delete
the original and any copies of this email and any attachments thereto.