**E-Filed 8/11/06**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| KINDERSTART.COM LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>                 Plaintiff,<br><br>    v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>                 Defendant. | Case Number C 06-2057 JF (RS)<br><br>ADMINISTRATIVE AND CLARIFICATION ORDER<br><br>[re: docket no. 43] |

    Plaintiff Kinderstart.com LLC ("Kinderstart") requests an extension of certain dates in the instant action and a clarification of this Court's Order dated July 13, 2006. On June 30, 2006, this Court set a tentative date of September 29, 2006 for argument on the anticipated motion of Defendant Google Inc. ("Google") to dismiss Kinderstart's anticipated Second Amended Complaint ("SAC"). The Court also set a case management conference for that date. Kinderstart requests that the motion hearing date and the case management conference be continued until on or after December 1, 2006. Defendant Google opposes this request and asks that the hearing be continued only until October 6, 2006 and that the case management conference be scheduled during the hearing.

Case No. C 06-2057 JF (RS)
ADMINISTRATIVE ORDER
(JFLC1)

1  Having considered both parties' requests, the Court hereby sets the following schedule:

| | |
|---|---|
| September 1, 2006 | Deadline for filing SAC |
| September 22, 2006 | Deadline for filing motion(s) responsive to the SAC |
| October 13, 2006 | Deadline for filing opposition |
| October 20, 2006 | Deadline for filing reply |
| October 27, 2006 | Oral argument on motion(s) and case management conference |

Having granted in part Kinderstart's request for an extension of time for filing its SAC, thus allowing Kinderstart additional time to frame its claims, the Court advises Kinderstart that it may be less inclined to grant further leave to amend its pleadings should Google's motion to dismiss be meritorious.

Additionally, Kinderstart requests clarification as to whether the July 13, 2006 Order dismissed its first claim with or without leave to amend. The Court hereby clarifies that the Order dismissed all of Kinderstart's claims with leave to amend.

IT IS SO ORDERED.

DATED: August 11, 2006

_____
JEREMY FOGEL
United States District Judge

Case No. C 06-2057 JF (RS)
ADMINISTRATIVE ORDER
(JFLC1)

1  This Order has been served upon the following persons:

2  Colleen Bal                          cbal@wsgr.com, eminjarez@wsgr.com

3  David H. Kramer                      dkramer@wsgr.com, dgrubbs@wsgr.com

4  Bart Edward Volkmer, Esq             bvolkmer@wsgr.com

5  Gregory John Yu                      glgroup@inreach.com, gjy@abcye.com

3

Case No. C 06-2057 JF (RS)
ADMINISTRATIVE ORDER
(JFLC1)