DAVID H. KRAMER, State Bar No. 168452
LISA A. DAVIS, State Bar No. 179854
BART E. VOLKMER, State Bar No. 223732
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
DKramer@wsgr.com

JONATHAN M. JACOBSON
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12 East 49th Street, 30th Floor
New York, NY 10017-8203
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
JJacobson@wsgr.com

Attorneys for Defendant
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KINDERSTART.COM, LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>    Defendant. | CASE NO.: C 06-2057 JF (RS)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXCEED PAGE LIMITS FOR BRIEFING IN CONNECTION WITH DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Before: Hon. Jeremy Fogel<br>Date:<br>Time:<br>Courtroom: |

1  WHEREAS, on September 1, 2006, Plaintiff KinderStart.com LLC ("KinderStart") filed a Second Amended Class Action Complaint ("SAC");

3  WHEREAS, on or before September 22, 2006, Defendant Google Inc. ("Google") will file a Notice of Motion including moving and supporting papers to dismiss KinderStart's SAC, after which KinderStart will file an Opposition, and Google will subsequently file a Reply;

6  WHEREAS, Civil L.R. 7-2(b) limits the length of a motion to no more than 25 pages, Civil L.R. 7-3(a) limits the length of an opposition brief to no more than 25 pages, and Civil L.R. 7-3(c) limits the length of any reply brief to no more than 15 pages;

9  Pursuant to Civil L.R. 7-12, KinderStart and Google jointly submit this stipulation to request the Court to permit Defendant Google to file a Motion to Dismiss Plaintiff's SAC not to exceed 35 pages, to permit Plaintiff KinderStart to file an opposition brief not to exceed 35 pages, and to permit Defendant Google to file a reply brief not to exceed 20 pages.

Dated: September 18, 2006

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/
David H. Kramer

Attorneys for Defendant Google Inc.

Dated: September 18, 2006

GLOBAL LAW GROUP

By: /s/
Gregory J. Yu

Attorneys for Plaintiff KinderStart.com LLC
and for the Members of the Class

## ECF CERTIFICATION

I, David H. Kramer, am the ECF User whose identification and password are being used to file this Joint Stipulation and [Proposed] Order to Exceed Page Limits for Briefing in Connection with Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint. In compliance with General Order 45.X.B, I hereby attest that Gregory J. Yu has concurred in this filing.

Dated: September 18, 2006

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____/s/_____
David H. Kramer

Attorneys for Defendant Google Inc.

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The maximum page lengths for the respective briefs of the parties are hereby approved by the Court.

Dated: _____

_____
The Honorable Jeremy Fogel
United States District Judge