DAVID H. KRAMER, State Bar No. 168452
COLLEEN BAL, State Bar No. 167637
LISA A. DAVIS, State Bar No. 179854
BART E. VOLKMER, State Bar No. 223732
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
DKramer@wsgr.com

JONATHAN M. JACOBSON, N.Y. State Bar No. 1350495
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12 East 49th Street, 30th Floor
New York, NY 10017-8203
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
JJacobson@wsgr.com

Attorneys for Defendant
Google, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| KINDERSTART.COM, LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE, Inc., a Delaware corporation,<br><br>　　　　　Defendant. | CASE NO.: C 06-2057 JF (RS)<br><br>**[PROPOSED]**<br>**ORDER GRANTING DEFENDANT GOOGLE'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Before:　　Hon. Jeremy Fogel<br>Date:　　　October 27, 2006<br>Time:　　　9:00 a.m.<br>Courtroom:　3 |

1  Defendant Google Inc.'s Motion to Dismiss the Second Amended Complaint came on for
2  hearing before this Court on October 27, 2006 in Courtroom 3, the Honorable Jeremy Fogel
3  presiding.  The Court has reviewed the parties' submissions and heard oral argument and good
4  cause appearing IT IS HEREBY ORDERED THAT Google's Motion to Dismiss is GRANTED.
5  The SAC is dismissed in its entirety *with prejudice*.

Dated: _____, 2006      _____
                                                          The Honorable Jeremy Fogel