1  DAVID H. KRAMER, State Bar No. 168452
   COLLEEN BAL, State Bar No. 167637
2  LISA A. DAVIS, State Bar No. 179854
   BART E. VOLKMER, State Bar No. 223732
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
6  DKramer@wsgr.com

7  JONATHAN M. JACOBSON, N.Y. State Bar No. 1350495
   WILSON SONSINI GOODRICH & ROSATI
8  Professional Corporation
   12 East 49th Street, 30th Floor
9  New York, NY 10017-8203
   Telephone: (212) 999-5800
10 Facsimile: (212) 999-5899
   JJacobson@wsgr.com
11
   Attorneys for Defendant
12 Google Inc.

13
## UNITED STATES DISTRICT COURT
14
## NORTHERN DISTRICT OF CALIFORNIA
15
## SAN JOSE DIVISION
16

| | |
|---|---|
| KINDERSTART.COM, LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>Defendant. | CASE NO.: C 06-2057 JF (RS)<br><br>**DECLARATION OF BART E. VOLKMER IN SUPPORT OF DEFENDANT GOOGLE'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Before:    Hon. Jeremy Fogel<br>Date:      October 27, 2006<br>Time:      9:00 a.m.<br>Courtroom: 3 |

Volkmer Decl. ISO Google's
Motion to Dismiss SAC
Case No. 06-2057 JF (RS)

2958838_1.DOC

I, Bart E. Volkmer, declare as follows:

1. I am an attorney duly licensed to practice before this Court, and an associate of the law firm of Wilson, Sonsini, Goodrich & Rosati, counsel to defendant Google, Inc. ("Google"). I am over the age of eighteen and competent to make this declaration. I make each of the following statements based on my personal knowledge, and I could, if necessary, testify to the truth of each of them.

2. Attached hereto as Exhibit A is a true and correct copy of a web page printed from http://www.google.com/support/toolbar/bin/answer.py?answer=15626 on September 22, 2006.

3. Attached hereto as Exhibit B is a true and correct copy of a web page printed from http://www.google.com/support/toolbar/bin/answer.py?answer=14292&topic=938) on September 22, 2006.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed on September 22, 2006 at Palo Alto, California.

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Bart E. Volkmer
　　　Bart E. Volkmer

Attorneys for Defendant
Google Inc.