Dockets.Justia.com

EXHIBIT A



# Toolbar Help

Google Help > Toolbar Help > More About the Toolbar > Other Toolbar Features

- Toolbar Home
- **Toolbar Help**
- Toolbar Features

Version Info

## What are all of the options for the Toolbar 3.0?

The Google Toolbar offers a wide range of options to make your web browsing more pleasant and productive.

You can customize which features your Toolbar displays from the Options window (click the "Options" button or click on the Google logo in your Toolbar and select Options from the drop-down menu). The Options window contains three tabs: Browsing, Search, and More.

### Browsing Tab

- Navigation
  - **Address Bar Browse by Name** - Save time by typing names instead of URLs into your browser's address bar.
  - **Pop-up Blocker** - Prevents annoying popup ads from appearing over, under, and next to websites you visit.
  - **PageRank display** - Gives an indication of the PageRank for the page you're currently viewing. PageRank is the importance Google assigns to a page based on which other web pages link to it and many other variables. In order to update this display for each page you visit, the Toolbar sends information about the page you're viewing to the Google servers. We strongly encourage you to read our Privacy Policy for more information on this topic.
- Productivity
  - **SpellCheck** - Checks the spelling of text you enter into any web form. Click the SpellCheck button to start spellchecking; click it again to stop spellchecking. You can select your preferred language from the "Choose language" submenu in the SpellCheck menu. The AutoFix command in the SpellCheck menu will correct all of your text with one click.
  - **WordTranslator** - WordTranslator translates English words into your language when your mouse hovers over them. You can choose your preferred language by clicking the "Translator Settings" button.
  - **AutoFill** - With one click, you can fill in web forms with your

Search Toolbar Help

[Search]

**Learn from other Google Toolbar users**

Ask questions and share answers on the Google Toolbar for Internet Explorer and Google Toolbar for Firefox Forum

Posts are not approved by Google.

Change Language: English

Case 5:06-cv-02057-JF   Document 50-2   Filed 09/22/2006   Page 3 of 6

name, address, and other information, eliminating repetitive typing.
  o **AutoLink** - AutoLink adds links to a web page when it recognizes objects on the page. For example, if you see a street address on a page, click "AutoLink" and Toolbar will underline the address with a link to an online map (US addresses only). AutoLink can also link a package tracking number to the page that shows your package's status.

### Search Tab

- **Configure Search Box on Toolbar**
  o **Open a new window to display results each time you search** - Opens results in a new window when you do a search from the Toolbar.
  o **Drop-down search history** - View your prior searches by clicking the drop-down arrow on the right end of the search box.
  o **Save the search history across browser sessions** - Keeps track of your search history from previous browser sessions.
  o **Automatically search when you select from the search history** - Performs a search again if you select it from your search history list.
  o **Remember last search type** - Search type refers to the kinds of searches you see when you click the drop-down arrow next to Search Web on the Toolbar. Select this option if you want the Toolbar to remember the type of search you selected here, especially if it was something other than a web search (e.g., Current Site, Google Images, I'm Feeling Lucky, and so on).
  o **Use Google as my default search engine in Internet Explorer** - Sets the Internet Explorer browser to search using Google if it can't find the URL you entered.
- **Add Custom Search Buttons to your Toolbar** - When you install other Google applications, they can add buttons to your Toolbar. You can enable and disable these new buttons using these checkboxes.
- **Add Google Search Buttons to your Toolbar**
  o **Search Site** - Enter your search terms in the text box, then click "Search Site" to search only within the pages of the

- current website.
- **I'm Feeling Lucky** - Automatically takes you to the top result Google returned for your query.
- **Search Images** - Searches Google's comprehensive index of web images.
- **Search Groups** - Searches in Google Groups, Google's Usenet archive.
- **Search Froogle** - Use Froogle, Google's product search service, to see links to relevant products and the stores that sell them.
- **Use Google site** - Choose a Google domain to use for your search. For example, choose the google.co.uk domain if you're interested in searching web pages from the United Kingdom. Your first search will be of the entire Web, but your results page will give you the option of viewing only results from within the .uk domain.

**More Tab**

**Find on Page**
- **Highlight button** - Highlights your search terms wherever they appear on the current web page. You can click the "Highlight" button to toggle this feature on or off.
- **Word Find buttons** - Finds the words you searched for wherever they appear on the current page. Word Find buttons appear on the right end of the Toolbar as you type them into the search box. You can click a Word Find button to jump to that term on the page, and click repeatedly to find additional instances of the word. If you add or delete the words from the search box, or replace them, corresponding Word Find buttons appear or disappear for each word.

**Google Shortcuts**
- **BlogThis!** - "Blog" stands for web log, your own online journal for publishing information on the Web. You can set up a free account with Google's Blogger service. If you have an existing Blogger account, you can use that as well. When you use BlogThis!, you create a blog post that points to the web page you're visiting. If you highlight text on the web page, that text will also appear in your blog post.
- **News button** - Takes you to Google News, which culls information from thousands of news sources worldwide and automatically presents the most relevant news first.

**Even More Buttons**

- **Up** - Navigates up one level in the site you're currently visiting. For example, if you're viewing http://www.example.com/articles/funny.html:
  - Clicking "Up" takes you to: http://www.example.com/articles/
  - Clicking "Up" again takes you to: http://www.example.com/

- **Next & Previous** - These buttons take you to the next or the previous result for the first page of results without returning to the Google search results page.

- **Voting Buttons** - Use these buttons to vote for or against a page or search result. Click the happy or unhappy face to tell Google that you like or dislike a particular page. You can also use these buttons to report especially good or bad results after you do a search with Google.

- **Options button** - Opens the Toolbar Options window.

- **Page Info button** - Gives you access to more information about the page you're viewing. From the button's drop-down menu, you can choose:
  - *Cached Snapshot of Page*: Shows a snapshot of the current page as it looked when Google crawled it.
  - *Similar Pages*: Finds web pages similar to the current page.
  - *Backward Links*: Shows which pages link to the current page.
  - *Translate into English*: Translates web pages into English.

- **Button text labels** - You can select how you want the buttons to appear on your Toolbar.
  - All text
  - Selective text only
  - No text

**Was this information helpful?**
○ Yes  ○ No

**You may also be interested in....**

What are the advanced features of the Google Toolbar?

What is Browse By Name?
How do I use AutoLink?

**If this answer does not resolve your issue,** please visit our Internet Explorer Toolbar Help forum or Firefox Toolbar Help forum. Alternatively, you can contact us.

©2006 Google - Toolbar Home - Toolbar Privacy Policy