Dockets.Justia.com

EXHIBIT B



# Toolbar Help

Google Help > Toolbar Help

- Toolbar Home
- **Toolbar Help**
- Toolbar Features
- Version Info

## Does the Google Toolbar track web surfing?

Google takes privacy issues very seriously. While we do not generally collect information about the webpages our users visit, if users are running the Google Toolbar with advanced features enabled, Google may collect information about webpages that they are viewing. The advanced features of the Google Toolbar are PageRank, AutoLink, SpellCheck, and WordTranslator. For the PageRank feature, we need the URLs of the sites users visit so we can send them the PageRank (our measure of the site's importance) for the site they're viewing; for AutoLink, we need the addresses on the page they're visiting so we can turn those addresses into links; for SpellCheck, we need the words users type so we can correct any spelling mistakes; and for WordTranslator, we need the words users hover over so we can provide translations. Please be assured that in all of these cases, we do not require you to provide any personally identifiable information such as your name, email address, or telephone number.

Realizing that some users prefer even this non-personal information not be transmitted, AutoLink, SpellCheck, and WordTranslator will only send information to Google if users choose to use them (this means clicking on the AutoLink or SpellCheck buttons on the Toolbar, or enabling the WordTranslator in the Toolbar Options menu). Also, users who download the Google Toolbar choose whether they want PageRank enabled or disabled before installation is completed. All of these features can also be disabled from the Toolbar Options menu. Finally, of course, it is not necessary to download the Toolbar to search Google from www.google.com

We hope this explanation allays your concerns. If we can address any further concerns, please let us know.

---

**Was this information helpful?**

○ Yes   ○ No

**You may also be interested in...**

What are the advanced features of the Google Toolbar?

---

Change Language: English

**Search Toolbar Help**

[ Search ]

**Learn from other Google Toolbar users**

Ask questions and share answers on the Google Toolbar for Internet Explorer and Google Toolbar for Firefox Forum

Posts are not approved by Google.

Case 5:06-cv-02057-JF   Document 50-3   Filed 09/22/2006   Page 2 of 3

How do I delete my search history?

Google Toolbar for Internet Explorer Privacy Notice

**If this answer does not resolve your issue**, please visit our Internet Explorer Toolbar Help forum or Firefox Toolbar Help forum. Alternatively, you can contact us.

©2006 Google - Toolbar Home - Toolbar Privacy Policy