| | |
|---|---|
| 1 | DAVID H. KRAMER, State Bar No. 168452 |
|   | COLLEEN BAL, State Bar No. 167637 |
| 2 | LISA A. DAVIS, State Bar No. 179854 |
|   | BART E. VOLKMER, State Bar No. 223732 |
| 3 | WILSON SONSINI GOODRICH & ROSATI |
|   | Professional Corporation |
| 4 | 650 Page Mill Road |
|   | Palo Alto, CA 94304-1050 |
| 5 | Telephone:  (650) 493-9300 |
|   | Facsimile:  (650) 565-5100 |
| 6 | DKramer@wsgr.com |

JONATHAN M. JACOBSON
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12 East 49th Street, 30th Floor
New York, NY  10017-8203
Telephone:  (212) 999-5800
Facsimile:  (212) 999-5899
JJacobson@wsgr.com

Attorneys for Defendant
Google Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| KINDERSTART.COM, LLC, a California limited liability company, on behalf of itself and all others similarly situated, | CASE NO.:  C 06-2057 JF (RS) |
|  | **[PROPOSED]** |
| Plaintiffs, | **ORDER GRANTING DEFENDANT GOOGLE INC.'S MOTION TO** |
| v. | **DISMISS/STRIKE SECOND AMENDED COMPLAINT** |
| GOOGLE INC., a Delaware corporation, | Before:    Hon. Jeremy Fogel |
| Defendant. | Date:       October 27, 2006 |
|  | Time:      9:00 a.m. |
|  | Courtroom: 3 |

[PROPOSED] ORDER
CASE NO. C 06-2057 JF (RS)

2958519_1.DOC

Dockets.Justia.com

1  Defendant Google Inc.'s Motion to Dismiss the Second Amended Complaint ("SAC")
2 based upon Rule 8 or in the alternative to Strike Count 3 of the SAC came on for hearing before
3 this Court on October 27, 2006 in Courtroom 3, the Honorable Jeremy Fogel presiding.  The
4 Court has reviewed the parties' submissions and heard oral argument and good cause appearing
5 IT IS HEREBY ORDERED THAT Google's Motion to Dismiss based upon Rule 8 is
6 GRANTED.   The SAC is dismissed in its entirety.

8 Dated: _____, 2006         _____
                                          The Honorable Jeremy Fogel