DAVID H. KRAMER, State Bar No. 168452
COLLEEN BAL, State Bar No. 167637
LISA A. DAVIS, State Bar No. 179854
BART E. VOLKMER, State Bar No. 223732
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
DKramer@wsgr.com

JONATHAN M. JACOBSON
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12 East 49th Street, 30th Floor
New York, NY 10017-8203
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
JJacobson@wsgr.com

Attorneys for Defendant
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KINDERSTART.COM, LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>Defendant. | CASE NO.: C 06-2057 JF (RS)<br><br>**[PROPOSED]**<br>**ORDER GRANTING DEFENDANT**<br>**GOOGLE INC.'S SPECIAL MOTION**<br>**TO STRIKE PURSUANT TO CCP §**<br>**425.16**<br><br>Before:    Hon. Jeremy Fogel<br>Date:      October 27, 2006<br>Time:      9:00 a.m.<br>Courtroom: 3 |

[PROPOSED] ORDER
CASE NO. C 06-2057 JF (RS)

2958514_1.DOC

Dockets.Justia.com

Defendant Google Inc.'s Special Motion to Strike Pursuant to CCP § 425.16 came on for hearing before this Court on October 27, 2006 in Courtroom 3, the Honorable Jeremy Fogel presiding. The Court has reviewed the parties' submissions and heard oral argument and good cause appearing IT IS HEREBY ORDERED THAT Google's Special Motion to Strike Count Four from KinderStart's Second Amended Complaint and Count Nine from KinderStart's First Amended Complaint is GRANTED. The claims are stricken and KinderStart shall pay Google for its reasonable fees and costs for defending against them. Google shall submit an attorney affidavit setting forth those fees and costs within 21-days of the date of this Order.

Dated: _____, 2006                    _____

The Honorable Jeremy Fogel