# EXHIBIT A

Dockets.Justia.com

Case 5:06-cv-02057-JF Document 53-2 Filed 09/22/2006 Page 2 of 16

# KinderStart.Com Forums

[Register] [Edit Profile] [Edit Your Preferences] [Search]
[Private Messages] [Memberslist] [FAQ] [Login]

Next Page | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

| | Username | From | Joined | Posts | Email | URL | ICQ | AIM | YIM | MSN |
|---|---|---|---|---|---|---|---|---|---|---|
| 1051 | LyndOn | | Sep 11, 2004 | 0 | | | | | | |
| 1052 | incestsex21 | | Sep 12, 2004 | 0 | | | | | | |
| 1053 | incest-sex21 | | Sep 12, 2004 | 0 | | | | | | |
| 1054 | fella | phone sex | Sep 13, 2004 | 0 | | | | | | |
| 1055 | helpdesk | | Sep 16, 2004 | 0 | | | | | | |
| 1056 | animexxx | | Sep 16, 2004 | 0 | | | | | | |
| 1057 | xxxrated | | Sep 16, 2004 | 0 | | | | | | |
| 1058 | Virgil | | Sep 16, 2004 | 0 | | | | | | |
| 1059 | M2rtin | | Sep 16, 2004 | 0 | | | | | | |
| 1060 | erewer | | Sep 16, 2004 | 0 | | | | | | |
| 1061 | xxxpasses | | Sep 17, 2004 | 0 | | | | | | |
| 1062 | mukedo | | Sep 17, 2004 | 1 | | | | | | |
| 1063 | rommys | romy schneider< | Sep 17, 2004 | 0 | | | | | | |

Case 5:06-cv-02057-JF Document 53-2 Filed 09/22/2006 Page 3 of 16

| # | Username | | Joined | Posts | |
|---|---|---|---|---|---|
| 1064 | video sexe - | | Sep 19, 2004 | 0 | |
| 1065 | teddyf | phone sex | Sep 19, 2004 | 0 | |
| 1066 | sites | | Sep 19, 2004 | 0 | |
| 1067 | 2000 | | Sep 19, 2004 | 0 | |
| 1068 | 2001 | | Sep 19, 2004 | 0 | |
| 1069 | 2002 | | Sep 19, 2004 | 0 | |
| 1070 | pmom | | Sep 19, 2004 | 0 | |
| 1071 | heronimius | | Sep 20, 2004 | 0 | |
| 1072 | dannyf | phone sex | Sep 20, 2004 | 0 | |
| 1073 | pingp | | Sep 21, 2004 | 0 | |
| 1074 | ctr | | Sep 22, 2004 | 0 | |
| 1075 | incest-sex743 | | Sep 23, 2004 | 0 | |
| 1076 | incest-sq743 | | Sep 23, 2004 | 0 | |
| 1077 | dertunik | | Oct 01, 2004 | 0 | |
| 1078 | L9wrence | | Oct 03, 2004 | 0 | |
| 1079 | karen | | Oct 08, 2004 | 28 | |
| 1080 | 5five5 | | Oct 08, 2004 | 0 | |
| 1081 | peipsitint | | Oct 08, 2004 | 0 | |
| 1082 | terepere | | Oct 08, 2004 | 0 | |
| 1083 | PrussakaS | | Oct 08, 2004 | 0 | |
| 1084 | incest-67239 | | Oct 09, 2004 | 0 | |
| 1085 | solereso | | Oct 11, 2004 | 0 | |

Case 5:06-cv-02057-JF Document 53-2 Filed 09/22/2006 Page 4 of 16

| | | | | | | |
|---|---|---|---|---|---|---|
| 1086 | pupugaja | | Oct 17, 2004 | 0 | | |
| 1087 | eslimjruS | | Oct 18, 2004 | 0 | | |
| 1088 | Vstrecha | | Oct 18, 2004 | 0 | | |
| 1089 | Nakarnaval | | Oct 19, 2004 | 0 | | |
| 1090 | desimovies | | Oct 20, 2004 | 0 | | |
| 1091 | xlebvcemugolova | | Oct 20, 2004 | 0 | | |
| 1092 | johnimirror | | Oct 20, 2004 | 0 | | |
| 1093 | bigsiski | | Oct 20, 2004 | 0 | | |
| 1094 | jerryspring | | Oct 20, 2004 | 1 | | |
| 1095 | Beso | Tulsa, OK | Oct 20, 2004 | 0 | | |
| 1096 | TrifalaGuggul | | Oct 21, 2004 | 0 | | |
| 1097 | fefitres | | Oct 21, 2004 | 0 | | |
| 1098 | kolokolchik | | Oct 22, 2004 | 0 | | |
| 1099 | iljjamoi | | Oct 22, 2004 | 0 | | |
| 1100 | missyb0101 | | Oct 22, 2004 | 4 | | |

Next Page | 1 2 3 4 5 6 7 8 9
10 11 12 13 14 15 16 17 18 19
20 21 22 23 24 25 26 27 28 29
30

Powered by phpBB Version 1.4.2
Copyright © 2000 - 2001 The phpBB Group

Back to KinderStart Home

Copyright 2000 KinderStart.Com, Inc.
All rights reserved.

phpBB Created this page in 0.396298 seconds.

```
<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN">
<HTML>
<HEAD>
<BASE HREF="http://www.kinderstart.com/phpBB/">

<TITLE>KinderStart.Com Forums - Members List</TITLE>
<meta name="description" content="KinderStart.com (http://www.kinderstart.com) is a user-friendly search engine specifically designed for everything related to pregnancy, parenting, child development, work-at-home parents, and young kids.  It is the information source for parents, would be parents, teachers, caregivers or anyone interested in young children.">
   <meta name="keywords" content="kids,children,child developement,adoption,child care,family dynamics,news,baby,baby's,mom,dad,parenting,youngsters,birth,pregnancy,school,kindergarden"></HEAD>
<BODY BGCOLOR="#FFFFFF" TEXT="#000000" LINK="#011001" VLINK="#2100cc">
<font face="sans-serif">
<table CELLSPACING=0 CELLPADDING=0 WIDTH="100%" >
<tr>
<td>
<table border="0" cellspacing="0" cellpadding="0" width="100%">
  <tr>
    <td width="188" bgcolor="#FFFF99" valign="top"><a href="/"><img src="/images/logo.gif" width="188" height="96" border="0"></a></td>
    <td width="85%">

      <table border="0" cellspacing="0" cellpadding="0" width="100%">
        <tr>
          <td><img src="/images/tag_line.gif" width="277" height="59"></td>
        </tr>
            <form action="/cgi-bin/search.cgi" method="post">
        <tr bgcolor="#FFFF99">
          <td width="100%">

            <div align="left"><img src="/images/search.gif" width="36" height="37" align="absmiddle">
       <select name="engine">
                        <option value="KinderStart" selected>KinderStart</option>
                                <option value="Alta Vista">Alta Vista</option>
                                        <option value="AskJeeves">Ask Jeeves</option>
                                                <option value="Excite">Excite</option>
                                                        <option value="Google">Google</option>
                                                                <option value="HotBot">HotBot</option>
                                                                        <option value="Infoseek">GO</option>
                                                                                <option value="LookSmart">LookSmart</option>
                                                                                        <option value="Lycos">Lycos</option>
                                                                                                <option value="Netscape">Netscape</option>
                                                                                                        <option value="Webcrawler">Webcrawler</option>
                                                                                                                </select>

            <input type="text" name="query" size="15">
            <input type="hidden" name="engine" value="KinderStart">
            <input type="image" src="/images/go.gif" width="36" height="37" align="absmiddle" border="0">
                <a href="/newbietour/tour.html"><img src="/images/help.gif" width="36" height="37" align="absmiddle" border="0"></a></div>
          </td>
          </form>
        </tr>
      </table>

    </td>
  </tr>
</table>

</td>
</tr>
</table>
<TABLE BORDER=0 WIDTH="95%" CELLPADDING="5" ALIGN="CENTER">
<TR>
        <TD ALIGN="CENTER" WIDTH="50%" ROWSPAN="2"><a href="/phpBB/index.php"><IMG SRC="images/header.gif" border="0"></a><br>
                </TD>
        <TD ALIGN="CENTER">
                <FONT FACE="sans-serif" SIZE="+1" COLOR="#000000">KinderStart.Com Forums</font>
        </TD>
</TR>
<TR>
        <TD ALIGN="CENTER">
                <FONT FACE="sans-serif" SIZE="1" COLOR="#000000">
                [<a href="/phpBB/bb_register.php?mode=agreement">Register</a>] 
                [<a href="/phpBB/bb_profile.php?mode=edit">Edit Profile</a>] 
                [<a href="/phpBB/prefs.php">Edit Your Preferences</a>] 
                [<a href="/phpBB/search.php">Search</a>]<br>

                [<a href="/phpBB/viewpmsg.php">Private Messages</a>] 
                [<a href="/phpBB/bb_memberlist.php">Memberslist</a>] 
                [<a href="/phpBB/faq.php">FAQ</a>] 
                [<a href="/phpBB/login.php">Login</a>]

                </font>
        </TD>
</TR>
</TABLE>
<TABLE BORDER="0" CELLPADDING="1" CELLSPACING="0" ALIGN="CENTER" VALIGN="TOP" WIDTH="95%">
    <tr>
      <td align=right>
<font size=-1>
<a href="bb_memberlist.php?start=1100&sortby=">Next Page</a> | <a href="bb_memberlist.php?&start=0&sortby=">1</a>
<a href="bb_memberlist.php?&start=50&sortby=">2</a>
<a href="bb_memberlist.php?&start=100&sortby=">3</a>
<a href="bb_memberlist.php?&start=150&sortby=">4</a>
<a href="bb_memberlist.php?&start=200&sortby=">5</a>
```

```
<a href="bb_memberlist.php?&start=250&sortby=">6</a>
<a href="bb_memberlist.php?&start=300&sortby=">7</a>
<a href="bb_memberlist.php?&start=350&sortby=">8</a>
<a href="bb_memberlist.php?&start=400&sortby=">9</a>
<BR><a href="bb_memberlist.php?&start=450&sortby=">10</a>
<a href="bb_memberlist.php?&start=500&sortby=">11</a>
<a href="bb_memberlist.php?&start=550&sortby=">12</a>
<a href="bb_memberlist.php?&start=600&sortby=">13</a>
<a href="bb_memberlist.php?&start=650&sortby=">14</a>
<a href="bb_memberlist.php?&start=700&sortby=">15</a>
<a href="bb_memberlist.php?&start=750&sortby=">16</a>
<a href="bb_memberlist.php?&start=800&sortby=">17</a>
<a href="bb_memberlist.php?&start=850&sortby=">18</a>
<a href="bb_memberlist.php?&start=900&sortby=">19</a>
<BR><a href="bb_memberlist.php?&start=950&sortby=">20</a>
<a href="bb_memberlist.php?&start=1000&sortby=">21</a>
22
<a href="bb_memberlist.php?&start=1100&sortby=">23</a>
<a href="bb_memberlist.php?&start=1150&sortby=">24</a>
<a href="bb_memberlist.php?&start=1200&sortby=">25</a>
<a href="bb_memberlist.php?&start=1250&sortby=">26</a>
<a href="bb_memberlist.php?&start=1300&sortby=">27</a>
<a href="bb_memberlist.php?&start=1350&sortby=">28</a>
<a href="bb_memberlist.php?&start=1400&sortby=">29</a>
<BR><a href="bb_memberlist.php?&start=1450&sortby=">30</a>
</td>
</tr>
</table>
  <table width="95%" border="0" cellspacing="2" cellpadding="0" bordercolor="#000000" bgcolor="#000000" align="center">
          <tr nowrap>
            <td>

        <table width="100%" border="0" cellspacing="1" cellpadding="0">
        <TR>
                <td bgcolor="#ccccff"> </td>
                <td bgcolor="#ccccff" width="25%" height="25" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <B><a href="/phpBB/bb_memberlist.php?sortby=user&start=1050">Username</a></B></font></TD>
                <td bgcolor="#ccccff" width="30%" height="25"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <B><a href="/phpBB/bb_memberlist.php?sortby=from&start=1050">From</a></B></font></TD>
                <td bgcolor="#ccccff" width="8%" height="25" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"><B>Joined</B></font></TD>
                <td bgcolor="#ccccff" width="8%" height="25" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"><b><a href="/phpBB/bb_memberlist.php?sortby=posts&start=1050">Posts</a></b></font></td>
                <td bgcolor="#ccccff" width="8%" height="25" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"><B>Email</B></font></TD>
                <td bgcolor="#ccccff" width="6%" height="25" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"><B>URL</B></font></TD>
                <td bgcolor="#ccccff" width="6%" height="25" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"><B>ICQ</B></font></TD>
                <td bgcolor="#ccccff" width="6%" height="25" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"><B>AIM</B></font></TD>
                <td bgcolor="#ccccff" width="5%" height="25" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"><B>YIM</B></font></TD>
                <td bgcolor="#ccccff" width="6%" height="25" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"><B>MSN</B></font></TD>
        </TR>
        <TR>
                <td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1051 </font></TD>
                <td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1051">Lyndon</a></font></TD>
                <td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
                <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Sep 11, 2004 </font></td>
                <td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
                <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
                <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://www.terra.es/personal7/vbyment/"><img src="/phpBB/images/www_icon.gif"
width="34" height="17" border="0" alt="Visit Lyndon's Web Site"></a> </font></TD>
                <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
                <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
                <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
                <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        </TR>
        <TR>
                <td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1052 </font></TD>
                <td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1052">incestsex21</a></font></TD>
                <td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
                <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Sep 12, 2004 </font></td>
                <td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
                <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
                <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://firstincest.pervertedtaboo.com/broth-34/"><img src="/phpBB/images/www_icon.gif"
width="34" height="17" border="0" alt="Visit incestsex21's Web Site"></a> </font></TD>
                <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
                <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
                <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
                <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        </TR>
        <TR>
                <td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1053 </font></TD>
                <td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1053">incest-sex21</a></font></TD>
                <td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
                <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Sep 12, 2004 </font></td>
                <td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
                <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
                <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://firstincest.pervertedtaboo.com/older-50/"><img src="/phpBB/images/www_icon.gif"
width="34" height="17" border="0" alt="Visit incest-sex21's Web Site"></a> </font></TD>
                <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
                <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
                <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
                <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        </TR>
        <TR>
                <td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1054 </font></TD>
                <td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1054">fella</a></font></TD>
                <td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <html><a href=http://duvx.com/book.php?book=phonesex><font color=cccccc>phone sex</font></a></html></font></TD>
                <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Sep 13, 2004 </font></td>
```

```
        <td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
    </TR>
    <TR>
        <td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1055 </font></TD>
        <td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1055">helpdesk</a></font></TD>
        <td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Sep 16, 2004 </font></td>
        <td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://www.help-desk-support-software.com/"><img src="/phpBB/images/www_icon.gif"
width="34" height="17" border="0" alt="Visit helpdesk's Web Site"></a> </font></TD>
        <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
    </TR>
    <TR>
        <td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1056 </font></TD>
        <td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1056">animexxx</a></font></TD>
        <td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Sep 16, 2004 </font></td>
        <td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://www.pantyhose-sex-free-pictures.com/animexxx/"><img
src="/phpBB/images/www_icon.gif" width="34" height="17" border="0" alt="Visit animexxx's Web Site"></a> </font></TD>
        <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
    </TR>
    <TR>
        <td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1057 </font></TD>
        <td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1057">xxxrated</a></font></TD>
        <td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Sep 16, 2004 </font></td>
        <td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://www.1adult-sex.com/xxxrated/"><img src="/phpBB/images/www_icon.gif" width="34"
height="17" border="0" alt="Visit xxxrated's Web Site"></a> </font></TD>
        <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
    </TR>
    <TR>
        <td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1058 </font></TD>
        <td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1058">Virgil</a></font></TD>
        <td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Sep 16, 2004 </font></td>
        <td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://www.o-incest.com"><img src="/phpBB/images/www_icon.gif" width="34" height="17"
border="0" alt="Visit Virgil's Web Site"></a> </font></TD>
        <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
    </TR>
    <TR>
        <td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1059 </font></TD>
        <td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1059">M2rtin</a></font></TD>
        <td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Sep 16, 2004 </font></td>
        <td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://www.incest-fucking.com"><img src="/phpBB/images/www_icon.gif" width="34"
height="17" border="0" alt="Visit M2rtin's Web Site"></a> </font></TD>
        <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
    </TR>
    <TR>
        <td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1060 </font></TD>
        <td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1060">erewer</a></font></TD>
        <td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Sep 16, 2004 </font></td>
        <td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://www.pantyhose-sex-free-pictures.com/xxx-rated/"><img
src="/phpBB/images/www_icon.gif" width="34" height="17" border="0" alt="Visit erewer's Web Site"></a> </font></TD>
        <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
    </TR>
    <TR>
```

bb_memberlist[1].txt

```
<td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1061 </font></TD>
<td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1061">xxxpasses</a></font></TD>
<td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
<td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Sep 17, 2004 </font></td>
<td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
<td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
<td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://www.1adult-sex.com/xxxpasses/"><img src="/phpBB/images/www_icon.gif" width="34"
height="17" border="0" alt="Visit xxxpasses's Web Site"></a> </font></TD>
<td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
<td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
<td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
<td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
</TR>
<TR>
<td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1062 </font></TD>
<td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1062">mukedo</a></font></TD>
<td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
<td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Sep 17, 2004 </font></td>
<td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1 </font></td>
<td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="mailto:info@exclusivetravelturkey.com"><img src="/phpBB/images/email.gif" width="33"
height="17" border="0" alt="Email mukedo"></a> </font></TD>
<td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://www.exclusivetravelturkey.com"><img src="/phpBB/images/www_icon.gif" width="34"
height="17" border="0" alt="Visit mukedo's Web Site"></a> </font></TD>
<td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
<td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
<td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
<td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
</TR>
<TR>
<td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1063 </font></TD>
<td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1063">rommys</a></font></TD>
<td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <html><a href=http://www.angelfire.com/grrl/romyschneider/><font color=cccccc>romy
schneider</font><</font></TD>
<td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Sep 17, 2004 </font></td>
<td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
<td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
<td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://www.angelfire.com/grrl/romyschneider/"><img src="/phpBB/images/www_icon.gif"
width="34" height="17" border="0" alt="Visit rommys's Web Site"></a> </font></TD>
<td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
<td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
<td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
<td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
</TR>
<TR>
<td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1064 </font></TD>
<td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1064">video sexe -</a></font></TD>
<td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
<td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Sep 19, 2004 </font></td>
<td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
<td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
<td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://www.video-sexe-ultra.com"><img src="/phpBB/images/www_icon.gif" width="34"
height="17" border="0" alt="Visit video sexe -'s Web Site"></a> </font></TD>
<td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
<td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
<td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
<td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
</TR>
<TR>
<td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1065 </font></TD>
<td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1065">teddyf</a></font></TD>
<td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <html><a href=http://www.royalfreehost.com/fetish/phone-sex/><font color=cccccc>phone
sex</font></a></font></TD>
<td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Sep 19, 2004 </font></td>
<td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
<td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
<td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
<td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
<td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
<td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
<td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
</TR>
<TR>
<td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1066 </font></TD>
<td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1066">sites</a></font></TD>
<td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
<td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Sep 19, 2004 </font></td>
<td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
<td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
<td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://www.hotcybernews.com/2004/"><img src="/phpBB/images/www_icon.gif" width="34"
height="17" border="0" alt="Visit sites's Web Site"></a> </font></TD>
<td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
<td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
<td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
<td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
</TR>
<TR>
<td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1067 </font></TD>
<td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1067">2000</a></font></TD>
<td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
<td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Sep 19, 2004 </font></td>
<td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
<td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
<td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://www.bunnie-squad.com"><img src="/phpBB/images/www_icon.gif" width="34"
```

```
height="17" border="0" alt="Visit 2000's Web Site"></a> </font></TD>
                <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
                <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
                <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
                <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        </TR>
        <TR>
                <td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1068 </font></TD>
                <td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1068">2001</a></font></TD>
                <td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
                <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Sep 19, 2004 </font></td>
                <td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
                <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
                <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://www.bunnie-squad.com/2001/"><img src="/phpBB/images/www_icon.gif" width="34"
height="17" border="0" alt="Visit 2001's Web Site"></a> </font></TD>
                <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
                <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
                <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
                <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        </TR>
        <TR>
                <td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1069 </font></TD>
                <td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1069">2002</a></font></TD>
                <td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
                <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Sep 19, 2004 </font></td>
                <td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
                <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
                <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://www.bunnie-squad.com/2002/"><img src="/phpBB/images/www_icon.gif" width="34"
height="17" border="0" alt="Visit 2002's Web Site"></a> </font></TD>
                <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
                <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
                <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
                <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        </TR>
        <TR>
                <td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1070 </font></TD>
                <td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1070">pmom</a></font></TD>
                <td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
                <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Sep 19, 2004 </font></td>
                <td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
                <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
                <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://www.hotcybernews.com/pmom/"><img src="/phpBB/images/www_icon.gif" width="34"
height="17" border="0" alt="Visit pmom's Web Site"></a> </font></TD>
                <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
                <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
                <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
                <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        </TR>
        <TR>
                <td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1071 </font></TD>
                <td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1071">heronimius</a></font></TD>
                <td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
                <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Sep 20, 2004 </font></td>
                <td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
                <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
                <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://www.1adult-sex.com/dragon-ball-z-xxx/"><img src="/phpBB/images/www_icon.gif"
width="34" height="17" border="0" alt="Visit heronimius's Web Site"></a> </font></TD>
                <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
                <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
                <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
                <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        </TR>
        <TR>
                <td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1072 </font></TD>
                <td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1072">dannyf</a></font></TD>
                <td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <html><a href=http://phone-sex.9cy.com/><font color=cccccc>phone sex</font></a></html></font></TD>
                <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Sep 20, 2004 </font></td>
                <td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
                <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
                <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
                <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
                <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
                <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
                <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        </TR>
        <TR>
                <td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1073 </font></TD>
                <td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1073">pingp</a></font></TD>
                <td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
                <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Sep 21, 2004 </font></td>
                <td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
                <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
                <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://www.ping-pong-table-tennis.com/"><img src="/phpBB/images/www_icon.gif"
width="34" height="17" border="0" alt="Visit pingp's Web Site"></a> </font></TD>
                <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
                <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
                <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
                <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        </TR>
        <TR>
                <td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1074 </font></TD>
                <td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1074">ctr</a></font></TD>
                <td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
```

```
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Sep 22, 2004 </font></td>
        <td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://www.call-center-services-software.com"><img src="/phpBB/images/www_icon.gif"
width="34" height="17" border="0" alt="Visit ctr's Web Site"></a> </font></TD>
        <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
    </TR>
    <TR>
        <td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1075 </font></TD>
        <td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1075">incest-sex743</a></font></TD>
        <td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Sep 23, 2004 </font></td>
        <td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://firstincest.pervertedtaboo.com/update.html"><img
src="/phpBB/images/www_icon.gif" width="34" height="17" border="0" alt="Visit incest-sex743's Web Site"></a> </font></TD>
        <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
    </TR>
    <TR>
        <td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1076 </font></TD>
        <td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1076">incest-sq743</a></font></TD>
        <td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Sep 23, 2004 </font></td>
        <td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://incestporn.pervertedtaboo.com"><img src="/phpBB/images/www_icon.gif" width="34"
height="17" border="0" alt="Visit incest-sq743's Web Site"></a> </font></TD>
        <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
    </TR>
    <TR>
        <td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1077 </font></TD>
        <td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1077">dertunik</a></font></TD>
        <td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Oct 01, 2004 </font></td>
        <td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://xxxfree.sexjur.com//free-xxx-adult-image-galleries/"><img
src="/phpBB/images/www_icon.gif" width="34" height="17" border="0" alt="Visit dertunik's Web Site"></a> </font></TD>
        <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
    </TR>
    <TR>
        <td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1078 </font></TD>
        <td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1078">L9wrence</a></font></TD>
        <td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Oct 03, 2004 </font></td>
        <td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://www.about-rape.com"><img src="/phpBB/images/www_icon.gif" width="34"
height="17" border="0" alt="Visit L9wrence's Web Site"></a> </font></TD>
        <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
    </TR>
    <TR>
        <td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1079 </font></TD>
        <td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1079">karen</a></font></TD>
        <td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Oct 08, 2004 </font></td>
        <td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 28 </font></td>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
    </TR>
    <TR>
        <td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1080 </font></TD>
        <td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1080">5five5</a></font></TD>
        <td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Oct 08, 2004 </font></td>
        <td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://www.1adult-sex.com/get-xxx-password/"><img src="/phpBB/images/www_icon.gif"
width="34" height="17" border="0" alt="Visit 5five5's Web Site"></a> </font></TD>
        <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
    </TR>
```

```
<TR>
        <td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1081 </font></TD>
        <td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1081">peipsitint</a></font></TD>
        <td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Oct 08, 2004 </font></td>
        <td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://www.1adult-sex.com/hardcore-simpsons-hardcore/"><img
src="/phpBB/images/www_icon.gif" width="34" height="17" border="0" alt="Visit peipsitint's Web Site"></a> </font></TD>
        <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
</TR>
<TR>
        <td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1082 </font></TD>
        <td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1082">terepere</a></font></TD>
        <td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Oct 08, 2004 </font></td>
        <td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://www.1adult-sex.com/hardcore-simpsons-hardcore/"><img
src="/phpBB/images/www_icon.gif" width="34" height="17" border="0" alt="Visit terepere's Web Site"></a> </font></TD>
        <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
</TR>
<TR>
        <td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1083 </font></TD>
        <td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1083">PrussakaS</a></font></TD>
        <td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Oct 08, 2004 </font></td>
        <td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://www.1adult-sex.com/amateur-xxx-gallery-picture/"><img
src="/phpBB/images/www_icon.gif" width="34" height="17" border="0" alt="Visit PrussakaS's Web Site"></a> </font></TD>
        <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
</TR>
<TR>
        <td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1084 </font></TD>
        <td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1084">incest-67239</a></font></TD>
        <td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Oct 09, 2004 </font></td>
        <td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://firstincest.pervertedtaboo.com/tupdate.html"><img
src="/phpBB/images/www_icon.gif" width="34" height="17" border="0" alt="Visit incest-67239's Web Site"></a> </font></TD>
        <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
</TR>
<TR>
        <td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1085 </font></TD>
        <td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1085">solereso</a></font></TD>
        <td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Oct 11, 2004 </font></td>
        <td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://www.1adult-sex.com/sarah-michelle-gellar-xxx/"><img
src="/phpBB/images/www_icon.gif" width="34" height="17" border="0" alt="Visit solereso's Web Site"></a> </font></TD>
        <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
</TR>
<TR>
        <td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1086 </font></TD>
        <td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1086">pupugaja</a></font></TD>
        <td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Oct 17, 2004 </font></td>
        <td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://www.1adult-sex.com/achatfree/"><img src="/phpBB/images/www_icon.gif" width="34"
height="17" border="0" alt="Visit pupugaja's Web Site"></a> </font></TD>
        <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
</TR>
<TR>
        <td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1087 </font></TD>
        <td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1087">eslimjruS</a></font></TD>
        <td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Oct 18, 2004 </font></td>
        <td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://www.1adult-sex.com/xxxmature/"><img src="/phpBB/images/www_icon.gif" width="34"
height="17" border="0" alt="Visit eslimjruS's Web Site"></a> </font></TD>
```

```
        <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
    </TR>
    <TR>
        <td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1088 </font></TD>
        <td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1088">Vstrecha</a></font></TD>
        <td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Oct 18, 2004 </font></td>
        <td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://www.1adult-sex.com/xxxdisney-cartoonxxx/"><img src="/phpBB/images/www_icon.gif" width="34" height="17" border="0" alt="Visit Vstrecha's Web Site"></a> </font></TD>
        <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
    </TR>
    <TR>
        <td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1089 </font></TD>
        <td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1089">Nakarnaval</a></font></TD>
        <td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Oct 19, 2004 </font></td>
        <td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://www.1adult-sex.com/de-fotos-site/"><img src="/phpBB/images/www_icon.gif" width="34" height="17" border="0" alt="Visit Nakarnaval's Web Site"></a> </font></TD>
        <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
    </TR>
    <TR>
        <td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1090 </font></TD>
        <td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1090">desimovies</a></font></TD>
        <td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Oct 20, 2004 </font></td>
        <td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://www.1adult-sex.com/desi-xxx-desi-movies/"><img src="/phpBB/images/www_icon.gif" width="34" height="17" border="0" alt="Visit desimovies's Web Site"></a> </font></TD>
        <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
    </TR>
    <TR>
        <td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1091 </font></TD>
        <td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1091">xlebvcemugolova</a></font></TD>
        <td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Oct 20, 2004 </font></td>
        <td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://www.1adult-sex.com/black-xxx-free-black-xxx/"><img src="/phpBB/images/www_icon.gif" width="34" height="17" border="0" alt="Visit xlebvcemugolova's Web Site"></a> </font></TD>
        <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
    </TR>
    <TR>
        <td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1092 </font></TD>
        <td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1092">johnimirror</a></font></TD>
        <td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Oct 20, 2004 </font></td>
        <td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://www.1adult-sex.com/gay-sex-shop/"><img src="/phpBB/images/www_icon.gif" width="34" height="17" border="0" alt="Visit johnimirror's Web Site"></a> </font></TD>
        <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
    </TR>
    <TR>
        <td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1093 </font></TD>
        <td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1093">bigsiski</a></font></TD>
        <td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Oct 20, 2004 </font></td>
        <td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://www.1adult-sex.com/hardcore-xxx-big-breast-pics/"><img src="/phpBB/images/www_icon.gif" width="34" height="17" border="0" alt="Visit bigsiski's Web Site"></a> </font></TD>
        <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
    </TR>
    <TR>
        <td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1094 </font></TD>
        <td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1094">jerryspring</a></font></TD>
        <td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
```

```
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Oct 20, 2004 </font></td>
        <td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1 </font></td>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://how2bsuccessful.com/next/?chid=128"><img src="/phpBB/images/www_icon.gif"
width="34" height="17" border="0" alt="Visit jerryspring's Web Site"></a> </font></TD>
        <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
    </TR>
    <TR>
        <td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1095 </font></TD>
        <td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1095">Beso</a></font></TD>
        <td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Tulsa, OK</font></TD>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Oct 20, 2004 </font></td>
        <td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="mailto:beso@catholicmoms.zzn.com"><img src="/phpBB/images/email.gif" width="33"
height="17" border="0" alt="Email Beso"></a> </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
    </TR>
    <TR>
        <td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1096 </font></TD>
        <td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1096">TrifalaGuggul</a></font></TD>
        <td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Oct 21, 2004 </font></td>
        <td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://www.1adult-sex.com/xxx-sex-nude-adult-hardcore-male-female-action/"><img
src="/phpBB/images/www_icon.gif" width="34" height="17" border="0" alt="Visit TrifalaGuggul's Web Site"></a> </font></TD>
        <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
    </TR>
    <TR>
        <td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1097 </font></TD>
        <td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1097">fefitres</a></font></TD>
        <td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Oct 21, 2004 </font></td>
        <td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://www.1adult-sex.com/"><img src="/phpBB/images/www_icon.gif" width="34"
height="17" border="0" alt="Visit fefitres's Web Site"></a> </font></TD>
        <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
    </TR>
    <TR>
        <td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1098 </font></TD>
        <td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1098">kolokolchik</a></font></TD>
        <td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Oct 22, 2004 </font></td>
        <td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://www.pantyhose-sex-free-pictures.com/free-xxx-picture/"><img
src="/phpBB/images/www_icon.gif" width="34" height="17" border="0" alt="Visit kolokolchik's Web Site"></a> </font></TD>
        <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
    </TR>
    <TR>
        <td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1099 </font></TD>
        <td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1099">iljjamoi</a></font></TD>
        <td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Oct 22, 2004 </font></td>
        <td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 0 </font></td>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://www.pantyhose-sex-free-pictures.com/xxx-sex-picture/"><img
src="/phpBB/images/www_icon.gif" width="34" height="17" border="0" alt="Visit iljjamoi's Web Site"></a> </font></TD>
        <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
    </TR>
    <TR>
        <td bgcolor="#ccccff" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 1100 </font></TD>
        <td bgcolor="#ccccff" width="25%" height="30" nowrap><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="/phpBB/bb_profile.php?mode=view&user=1100">missyb0101</a></font></TD>
        <td bgcolor="#CCCCCC" width="30%" height="30"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> </font></TD>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> Oct 22, 2004 </font></td>
        <td bgcolor="#CCCCCC" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> 4 </font></td>
        <td bgcolor="#ccccff" width="8%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="mailto:info@mylittlepockets.com"><img src="/phpBB/images/email.gif" width="33"
height="17" border="0" alt="Email missyb0101"></a> </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000"> <a href="http://www.mylittlepockets.com"><img src="/phpBB/images/www_icon.gif" width="34"
height="17" border="0" alt="Visit missyb0101's Web Site"></a> </font></TD>
        <td bgcolor="#ccccff" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        <td bgcolor="#ccccff" width="5%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
```

```
            <td bgcolor="#CCCCCC" width="6%" height="30" nowrap align="center"><FONT FACE="sans-serif" SIZE="2" COLOR="#000000">   </font></TD>
        </TR>
</table></table>
  <TABLE BORDER="0" CELLPADDING="1" CELLSPACING="0" ALIGN="CENTER" VALIGN="TOP" WIDTH="95%">
      <tr>
        <td align="left">
<font size=-1>
<a href="bb_memberlist.php?start=1100&sortby=">Next Page</a> | <a href="bb_memberlist.php?&start=0&sortby=">1</a>
<a href="bb_memberlist.php?&start=50&sortby=">2</a>
<a href="bb_memberlist.php?&start=100&sortby=">3</a>
<a href="bb_memberlist.php?&start=150&sortby=">4</a>
<a href="bb_memberlist.php?&start=200&sortby=">5</a>
<a href="bb_memberlist.php?&start=250&sortby=">6</a>
<a href="bb_memberlist.php?&start=300&sortby=">7</a>
<a href="bb_memberlist.php?&start=350&sortby=">8</a>
<a href="bb_memberlist.php?&start=400&sortby=">9</a>
<BR><a href="bb_memberlist.php?&start=450&sortby=">10</a>
<a href="bb_memberlist.php?&start=500&sortby=">11</a>
<a href="bb_memberlist.php?&start=550&sortby=">12</a>
<a href="bb_memberlist.php?&start=600&sortby=">13</a>
<a href="bb_memberlist.php?&start=650&sortby=">14</a>
<a href="bb_memberlist.php?&start=700&sortby=">15</a>
<a href="bb_memberlist.php?&start=750&sortby=">16</a>
<a href="bb_memberlist.php?&start=800&sortby=">17</a>
<a href="bb_memberlist.php?&start=850&sortby=">18</a>
<a href="bb_memberlist.php?&start=900&sortby=">19</a>
<BR><a href="bb_memberlist.php?&start=950&sortby=">20</a>
<a href="bb_memberlist.php?&start=1000&sortby=">21</a>
22
<a href="bb_memberlist.php?&start=1100&sortby=">23</a>
<a href="bb_memberlist.php?&start=1150&sortby=">24</a>
<a href="bb_memberlist.php?&start=1200&sortby=">25</a>
<a href="bb_memberlist.php?&start=1250&sortby=">26</a>
<a href="bb_memberlist.php?&start=1300&sortby=">27</a>
<a href="bb_memberlist.php?&start=1350&sortby=">28</a>
<a href="bb_memberlist.php?&start=1400&sortby=">29</a>
<BR><a href="bb_memberlist.php?&start=1450&sortby=">30</a>
<BR>
            </td>
             </tr>
           </table>
        </td>
     </tr>
   </table>

<FONT FACE="sans-serif" SIZE="-2" COLOR="#000000">
<CENTER>Powered by <a href="http://www.phpbb.com/" target="_blank">phpBB</a> Version 1.4.2<BR>
Copyright &copy; 2000 - 2001 <a href="http://www.phpbb.com/credits.php" target="_blank">The phpBB Group</a>
</CENTER>
</font><BR>

<TABLE width="100%" border="0">
  <TR>
    <TD bgcolor="#FF6600" colspan="3"><IMG src="/images/peachdot.gif" alt="______________________________________________________________" width="1" height="2"></TD>
  </TR>
  <TR><TD><BR></TD></TR>
  <TR valign="top">
    <TD align="center" width="20%">
      <FONT size="-1" face="arial, geneva, helvetica">
            </FONT>
    </TD>
    <TD align="center" width="60%">

        <FONT size="-1" face="arial, geneva, helvetica">
    <A href="/">Back to KinderStart Home</A>
    </FONT>

    </TD>
    <TD align="center" width="20%">
      <FONT size="-1" face="arial, geneva, helvetica">
            </FONT>
    </TD>
  </TR>
  <TR valign="top" align="center">
    <TD colspan="3">
      <P><BR>
      <FONT size="-2" face="arial, geneva, helvetica">
      Copyright 2000 KinderStart.Com, Inc.<BR> All rights reserved.<BR>
      <BR>
      </FONT>
      </P>
    </TD>
  </TR>
</TABLE><center><font size=-2>phpBB Created this page in 0.396298 seconds.</font></center>
</FONT>
</BODY>

<SCRIPT language="Javascript">
<!--

// FILE ARCHIVED ON 20050325203024 AND RETRIEVED FROM THE
// INTERNET ARCHIVE ON 20060922021950.
```

```
// JAVASCRIPT APPENDED BY WAYBACK MACHINE, COPYRIGHT INTERNET ARCHIVE.
// ALL OTHER CONTENT MAY ALSO BE PROTECTED BY COPYRIGHT (17 U.S.C.
// SECTION 108(a)(3)).

   var sWayBackCGI = "http://web.archive.org/web/20050325203024/";

   function xResolveUrl(url) {
      var image = new Image();
      image.src = url;
      return image.src;
   }
   function xLateUrl(aCollection, sProp) {
      var i = 0;
      for(i = 0; i < aCollection.length; i++) {
         if (typeof(aCollection[i][sProp]) == "string") {
          if (aCollection[i][sProp].indexOf("mailto:") == -1 &&
             aCollection[i][sProp].indexOf("javascript:") == -1) {
            if(aCollection[i][sProp].indexOf("http") == 0) {
                aCollection[i][sProp] = sWayBackCGI + aCollection[i][sProp];
            } else {
                aCollection[i][sProp] = sWayBackCGI + xResolveUrl(aCollection[i][sProp]);
            }
         }
         }
      }
   }

   xLateUrl(document.getElementsByTagName("IMG"),"src");
   xLateUrl(document.getElementsByTagName("A"),"href");
   xLateUrl(document.getElementsByTagName("AREA"),"href");
   xLateUrl(document.getElementsByTagName("OBJECT"),"codebase");
   xLateUrl(document.getElementsByTagName("OBJECT"),"data");
   xLateUrl(document.getElementsByTagName("APPLET"),"codebase");
   xLateUrl(document.getElementsByTagName("APPLET"),"archive");
   xLateUrl(document.getElementsByTagName("EMBED"),"src");
   xLateUrl(document.getElementsByTagName("BODY"),"background");
   var forms = document.getElementsByTagName("FORM");
   if (forms) {
       var j = 0;
       for (j = 0; j < forms.length; j++) {
              f = forms[j];
              if (typeof(f.action)  == "string") {
                 if(typeof(f.method)  == "string") {
                     if(typeof(f.method) != "post") {
                        f.action = sWayBackCGI + f.action;
                     }
                 }
              }
        }
    }

//-->
</SCRIPT>

</HTML>
```