1  DAVID H. KRAMER, State Bar No. 168452
   COLLEEN BAL, State Bar No. 167637
2  LISA A. DAVIS, State Bar No. 179854
   BART E. VOLKMER, State Bar No. 223732
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
5  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
6  Facsimile: (650) 565-5100
   DKramer@wsgr.com
7

8  JONATHAN M. JACOBSON
   WILSON SONSINI GOODRICH & ROSATI
9  Professional Corporation
   12 East 49th Street, 30th Floor
10 New York, NY 10017-8203
   Telephone: (212) 999-5800
11 Facsimile: (212) 999-5899
   JJacobson@wsgr.com
12

13 Attorneys for Defendant
   Google Inc.

14                       UNITED STATES DISTRICT COURT

15                      NORTHERN DISTRICT OF CALIFORNIA

16                              SAN JOSE DIVISION

17

18 KINDERSTART.COM, LLC, a California       )   CASE NO.: C 06-2057 JF (RS)
   limited liability company, on behalf of itself and )
19 all others similarly situated,           )   **[PROPOSED]**
                                            )   **ORDER GRANTING DEFENDANT**
20          Plaintiffs,                     )   **GOOGLE INC.'S REQUEST FOR**
                                            )   **JUDICIAL NOTICE**
21                                          )
         v.                                 )
22                                          )   Before:    Hon. Jeremy Fogel
   GOOGLE INC., a Delaware corporation,     )   Date:      October 27, 2006
23                                          )   Time:      9:00 a.m.
            Defendant.                      )   Courtroom: 3
24                                          )
                                            )
25                                          )
                                            )
26                                          )
                                            )
27 _____)

28

[PROPOSED] ORDER
CASE NO. C 06-2057 JF (RS)

1  Defendant Google Inc.'s Request for Judicial Notice came on for hearing before this
2  Court on October 27, 2006 in Courtroom 3, the Honorable Jeremy Fogel presiding.  The Court
3  has reviewed the parties' submissions and heard oral argument and good cause appearing IT IS
4  HEREBY ORDERED THAT Google's Request for Judicial Notice is GRANTED.  The Court
5  takes judicial notice of the contents of the web pages attached to the Declarations of Bart
6  Volkmer and Matthew Cutts.

Dated: _____, 2006            _____
                                                                           The Honorable Jeremy Fogel