1   DAVID H. KRAMER, State Bar No. 168452                 **E-filed 9/26/06**
    LISA A. DAVIS, State Bar No. 179854
2   BART E. VOLKMER, State Bar No. 223732
    WILSON SONSINI GOODRICH & ROSATI
3   Professional Corporation
    650 Page Mill Road
4   Palo Alto, CA 94304-1050
    Telephone:  (650) 493-9300
5   Facsimile:  (650) 565-5100
    DKramer@wsgr.com
6
    JONATHAN M. JACOBSON
7   WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
8   12 East 49th Street, 30th Floor
    New York, NY  10017-8203
9   Telephone:  (212) 999-5800
    Facsimile:  (212) 999-5899
10  JJacobson@wsgr.com

11  Attorneys for Defendant
    Google Inc.
12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                    SAN JOSE DIVISION

16

17  KINDERSTART.COM, LLC, a California          )   CASE NO.:  C 06-2057 JF (RS)
    limited liability company, on behalf of itself and   )
18  all others similarly situated,              )   **JOINT STIPULATION AND
                                                )   [PROPOSED] ORDER TO EXCEED
19              Plaintiffs,                      )   PAGE LIMITS FOR BRIEFING IN
                                                )   CONNECTION WITH
20          v.                                  )   DEFENDANT'S MOTION TO
                                                )   DISMISS PLAINTIFF'S SECOND
21  GOOGLE INC., a Delaware corporation,        )   AMENDED COMPLAINT
                                                )
22              Defendant.                       )   Before:  Hon. Jeremy Fogel
                                                )   Date:
23                                              )   Time:
                                                )   Courtroom:
24  _____   )

25

26

27

28

1   WHEREAS, on September 1, 2006, Plaintiff KinderStart.com LLC ("KinderStart") filed

2   a Second Amended Class Action Complaint ("SAC");

3   WHEREAS, on or before September 22, 2006, Defendant Google Inc. ("Google") will

4   file a Notice of Motion including moving and supporting papers to dismiss KinderStart's SAC,

5   after which KinderStart will file an Opposition, and Google will subsequently file a Reply;

6   WHEREAS, Civil L.R. 7-2(b) limits the length of a motion to no more than 25 pages,

7   Civil L.R. 7-3(a) limits the length of an opposition brief to no more than 25 pages, and Civil L.R.

8   7-3(c) limits the length of any reply brief to no more than 15 pages;

9   Pursuant to Civil L.R. 7-12, KinderStart and Google jointly submit this stipulation to

10  request the Court to permit Defendant Google to file a Motion to Dismiss Plaintiff's SAC not to

11  exceed 35 pages, to permit Plaintiff KinderStart to file an opposition brief not to exceed 35

12  pages, and to permit Defendant Google to file a reply brief not to exceed 20 pages.

13

14  Dated:  September 18, 2006                    WILSON SONSINI GOODRICH & ROSATI
                                                  Professional Corporation
15

16                                                By:_____/s/_____
                                                        David H. Kramer
17
                                                  Attorneys for Defendant Google Inc.
18

19  Dated:  September 18, 2006                    GLOBAL LAW GROUP

20

21                                                By:_____/s/_____
                                                        Gregory J. Yu
22
                                                  Attorneys for Plaintiff KinderStart.com LLC
23                                                    and for the Members of the Class

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO           -1-
EXCEED PAGE LIMITS FOR BRIEFING
Case No. 06-2057 JF (RS)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ECF CERTIFICATION

I, David H. Kramer, am the ECF User whose identification and password are being used to file this Joint Stipulation and [Proposed] Order to Exceed Page Limits for Briefing in Connection with Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint.  In compliance with General Order 45.X.B, I hereby attest that Gregory J. Yu has concurred in this filing.

Dated:  September 18, 2006

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: _____/s/_____
            David H. Kramer

Attorneys for Defendant Google Inc.

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The maximum page lengths for the respective briefs of the parties are hereby approved by the Court.


Dated: ___9/26/06_____

_____
The Honorable Jeremy Fogel
United States District Judge