1  Gregory J. Yu (State Bar No. 133955)
   GLOBAL LAW GROUP
2  2015 Pioneer Court, Suite P-1
   San Mateo, CA  94403
3  Telephone: (650) 570-4140
   Facsimile:  (650) 570-4142
4  E-mail:  glgroup [at] inreach [dot] com

5  Attorney for Plaintiffs and Proposed Class and Subclasses

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                                SAN JOSE DIVISION

11

| KINDERSTART.COM LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 06-2057 JF<br><br>**DECLARATION OF VICTOR B. GOODMAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO STRIKE UNDER CCP § 425.16** |
|---|---|

I, VICTOR GOODMAN, HEREBY DECLARE AS FOLLOWS:

1.  My name is Victor B. Goodman, and I am a resident of the City of Los Angeles, State of California.  I submit this Declaration in support of Plaintiff's opposition to defendant's motion to strike under California Code of Civil Procedure § 425.16.  This Declaration is based upon my personal knowledge and, where noted, on information and belief following a review of relevant business records or independent investigation, or both, as the case may be regarding the matters set forth below.

2.  I am member and a manager of KinderStart.com LLC, a California limited liability company ("KinderStart"), which is headquartered in Norwalk, California.  I have a Doctorate in Education from the University of California, Los Angeles, and have worked

DECLARATION OF VICTOR B. GOODMAN IN
SUPPORT OF PLAINTIFF'S OPPOSITION
TO MOTION TO STRIKE UNDER CCP § 425.16      -1-                          Case No. C 06-2057 JF

Dockets.Justia.com

1   extensively in Internet technology and as a teacher in the Los Angeles Unified Public School
2   District.
3     3. In 1999, Sara Lewis and I co-founded the site www.kinderstart.com.
4   This site is the largest, oldest and most organized indexed directory on the Internet with
5   information for parents, caregivers and perhaps teachers of children aged seven and under.  With
6   over 1,600 categories and sub-categories in its taxonomy, it remains as the Internet's easiest and
7   fastest way for parents to get a wealth and depth of information about subjects ranging from
8   child development, child health issues to issues of pregnancy birth, and education and care of
9   young children and infants.  At its peak, our site has had approximately 20,000 links to other
10  sites.
11    4. In or around 2001, we set up discussion forums to allow parents and caregivers to
12  share insight and ideas on various topics about infants, children and parenting.  These forums
13  received positive feedback and gained and circulated valuable content for other visitors and
14  participants to benefit from.   No parent or other interested visitor, no third party and no
15  employee at Google has ever warned or notified us directly at KinderStart about any posted
16  content, comments or links that might be deemed inappropriate for our site.  After I read several
17  third-party web blogs following the filing of Plaintiffs' complaint, I learned that some unnamed
18  contributors noted some posted links that seemed inappropriate.  Once I identified some of these
19  links, I had them removed from our site.  To the best of my knowledge, these inappropriate
20  contributions did not cause an artificial boost in the rankings or PageRank of
21  www.kinderstart.com.
22    5. Even with several of this inappropriate links intentionally getting dropped into
23  our forums, the contents behind these links *cannot be searched or read by using our customized*
24  *key word search bar.*  As of this date, when searching the word "sex" for example, 183 matches
25  come up that relate this word to education, children, health, child abuse and other relevant
26  topics.  *There is absolutely no way that a visitor or Google could view* www.kinderstart.com as a
27  site with indecent or objectionable material.
28

DECLARATION OF VICTOR B. GOODMAN IN
SUPPORT OF PLAINTIFF'S OPPOSITION
TO MOTION TO STRIKE UNDER CCP § 425.16 -2-    Case No. C 06-2057 JF

1    6.   Never has anyone at KinderStart allowed or moderated content and contributions on our forums for the purpose increasing the page views or results or rankings of www.kinderstart.com on a search engine.

7.   On information and belief, www.kinderstart.com was abruptly and intentionally removed from Google's Web Index on March 19, 2005 or later. Thereafter, no one at KinderStart, including myself never received any advance notice from Google about the occurrence, cause or reason for the Website's removal.

8.   The PageRank of www.kinderstart.com was increased from '0' to '7' on or about April 6, 2006. Our Page Rank remained at this level for three months. However, on or about July 13, 2006, our PageRank was dropped down again from '7' to '0'. No one from Google has ever explained or notified me of the cause for this sudden fall again in our PageRank. At that time until the current date, www.kinderstart.com has not in any way materially changed its content or linking that would cause a '0' PageRank. Since that time, the site has remained linked to a multitude of other websites but unsearchable through www.google.com.

I DECLARE UNDER PENALTY OF PERJURY, that the above is based on my personal knowledge.

Executed on this 12 day of October, 2006 in Los Angeles, California.

By: _____
VICTOR B. GOODMAN