1　Gregory J. Yu (State Bar No. 133955)
　　GLOBAL LAW GROUP
2　2015 Pioneer Court, Suite P-1
　　San Mateo, CA　94403
3　Telephone: (650) 570-4140
　　Facsimile: (650) 570-4142
4　E-mail: glgroup [at] inreach [dot] com

5　Attorney for Plaintiffs and Proposed Class and Subclasses

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| KINDERSTART.COM LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>　　　　Defendant. | Case No. C 06-2057 JF<br><br>**DECLARATION OF LINDA POMERANTZ IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE REQUEST REGARDING FILING OF OPPOSITION AND REPLY** |
|---|---|

I, LINDA POMERANTZ, HEREBY DECLARE AS FOLLOWS:

　　1.　I am sole proprietor of a word processing consulting firm located in Marin County, California.

　　2.　For the past 10 years, I have worked with numerous clients on word processing projects using MS Word. During 2006, I have been providing consulting assistance for Gregory J. Yu of Global Law Group on some documents for filing in this pending case before the court.

　　3.　Durng the business week of October 9, 2006, I reviewed and edited motion papers related to this case. In working on a draft in MS Word that was electronically mailed to me for review and editing, I determined that the document as prepared by Mr. Yu had some critical formatting errors. He and I determined that there were some issues in the version or copy of this software used in his office. After his reinstallation of the entire software in his computer and my

DECLARATION OF LINDA POMERANTZ IN
SUPPORT OF PLAINTIFFS' ADMINISTRATIVE
REQUEST REGARDING FILING OF OPPOSITION　-1-　　　　　　　　　　Case No. C 06-2057 JF

1 | ongoing assistance to correct the formatting problems, the issues were eventually resolved.
2 | Overall, these problems created some unexpected delays in finalizing the document into
3 | acceptable format.
4 |     I DECLARE UNDER PENALTY OF PERJURY, that the above is based on my personal
5 | knowledge.
6 |     Executed on this 17 day of October, 2006 in Sausalito, California.

By: *Linda Pomerantz*
LINDA POMERANTZ

DECLARATION OF LINDA POMERANTZ IN
SUPPORT OF PLAINTIFFS' ADMINISTRATIVE
REQUEST REGARDING FILING OF OPPOSITION   -2-                    Case No. C 06-2057 JF