1  Gregory J. Yu (State Bar No. 133955)
   GLOBAL LAW GROUP
2  2015 Pioneer Court, Suite P-1
   San Mateo, CA   94403
3  Telephone: (650) 570-4140
   Facsimile:  (650) 570-4142
4  E-mail:  glgroup [at] inreach [dot] com

5  Attorney for Plaintiffs and Proposed Class and Subclasses

6

7

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11 | KINDERSTART.COM LLC, a California limited liability company, on behalf of itself and all others similarly situated, | Case No. C 06-2057 JF |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER RE: PLAINTIFF'S MISCELLANEOUS ADMINISTRATIVE REQUEST UNDER LOCAL RULE 7-11 REGARDING FILING OF OPPOSITIONS TO MOTIONS** |
| v. | |
| GOOGLE, INC., a Delaware corporation, | |
| Defendant. | |

18      Having considered the administrative request of KinderStart.com LLC ("KinderStart")

19 under L.R. 7-11 regarding two pending motions of defendant Google, Inc. ("Google") and all

20 supporting documents and on any other documents on file herein, for good cause shown,

21      IT IS HEREBY ORDERED THAT the KinderStart's oppositions due on October 13,

22 2006, but filed on October 14, 2006, regarding defendant's motion to strike under California

23 Code of Civil Procedure § 425.16 and its motion to dismiss/strike under Federal Rule of Civil

24 Procedure 8, be permitted and considered by the court.  [The deadline for defendant Google to

25 reply to these two oppositions is now October 21, 2006 by no later than _____ a.m./p.m.]

26

27 Dated: _____, 2006      By:_____
                                            The Honorable Jeremy Fogel
28

[PROPOSED] ORDER RE DEFENDANT'S
MISCELLANEOUS ADMINISTRATIVE REQUEST
UNDER L.R. 7-11                                                    Case No. C 06-2057 JF