| | |
|---|---|
| 1 | DAVID H. KRAMER, State Bar No. 168452 |
|   | COLLEEN BAL, State Bar No. 167637 |
| 2 | LISA A. DAVIS, State Bar No. 179854 |
|   | BART E. VOLKMER, State Bar No. 223732 |
| 3 | WILSON SONSINI GOODRICH & ROSATI |
|   | Professional Corporation |
| 4 | 650 Page Mill Road |
|   | Palo Alto, CA 94304-1050 |
| 5 | Telephone: (650) 493-9300 |
|   | Facsimile: (650) 565-5100 |
| 6 | DKramer@wsgr.com |
| 7 | JONATHAN M. JACOBSON |
|   | WILSON SONSINI GOODRICH & ROSATI |
| 8 | Professional Corporation |
|   | 12 East 49th Street, 30th Floor |
| 9 | New York, NY 10017-8203 |
|   | Telephone: (212) 999-5800 |
| 10 | Facsimile: (212) 999-5899 |
|    | JJacobson@wsgr.com |
| 11 | |
|    | Attorneys for Defendant |
| 12 | Google Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KINDERSTART.COM, LLC, a California limited liability company, on behalf of itself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., a Delaware corporation, <br><br> Defendant. | CASE NO.: C 06-2057 JF (RS) <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE INC.'S MOTION FOR SANCTIONS AGAINST KINDERSTART.COM AND GREGORY J. YU PURSUANT TO FED. R. CIV. P. RULE 11** <br><br> Before: Hon. Jeremy Fogel <br> Date: December 8, 2006 <br> Time: 9:00am <br> Courtroom: 3, 5th Floor |

[PROPOSED] ORDER
CASE NO. C 06-2057 JF (RS)

1   Defendant Google Inc.'s ("Google") Motion for Sanctions against KinderStart.com, LLC
2   ("KinderStart") and Gregory J. Yu ("Mr. Yu") Pursuant to Fed. R. Civ. P. Rule 11 came on for
3   hearing before this Court on December 8, 2006 in Department 3, the Honorable Jeremy Fogel
4   presiding.  The Court has reviewed the parties' submissions and heard oral argument and good
5   cause appearing IT IS HEREBY ORDERED THAT Google's Motion for Sanctions is
6   GRANTED.
7   The following paragraphs from the Second Amended Complaint shall be stricken:
8   ¶¶ 60(c), 89, 99, 130, 131, 135, 136, 147, 166, 167, 238, 243, 257 and 266(f), and KinderStart
9   shall not include these allegations in any future pleadings.
10  KinderStart and Mr. Yu shall reimburse Google for reasonable attorneys' fees attributable
11  to the motion for sanctions, and a portion of the fees attributable to Google's motions to dismiss
12  and strike the SAC.  Google shall file a motion for attorney's fees under Civil L.R. 54-6 within
13  14 days of entry of this order.

15  Dated: _____, 2006                    _____
16                                                       The Honorable Jeremy Fogel

[PROPOSED] ORDER                          -1-                                    2975880_1.DOC
CASE NO. C 06-2057 JF (RS)