Dockets.Justia.com

EXHIBIT A

# Google

## Web Search Help Center

Google Help > Web Search Help > More About Google > Policies and principles

### Does Google censor search results?

It is Google's policy not to censor search results. However, in response to local laws, regulations, or policies, we may do so. When we remove search results for these reasons, we display a notice on our search results pages. Please note: For some older removals (before March 2005), we may not show a notice at this time.

**Was this information helpful?**
○ Yes  ○ No

**You may also be interested in...**
Does Google ever insert jokes or send messages by changing the order of its results?
Does Google censor search results?
Can I use the images I find through Google Images?

Can't find what you're looking for? Contact us

©2006 Google - Home - About Google - We're hiring - Site Map

- About Google
- Google Home

**Web Search Help**

**Search Guides**
Basics of Search
Advanced Search
Search Results Page
Setting Preferences

**Search Features**
Spell checker, calculator & more

**Services & Tools**
Desktop Search, Toolbar, News & more

Change Language: English 

**Search Help Center**

[Search]

**Learn from other Google users**
Find answers, ask questions, and share your expertise with others in the Google Web Search Help Group.