Dockets.Justia.com

EXHIBIT B

Sign in

# Google™

Web | Images | Video^New! | News | Maps | more »

xenu                                        [Search]
                                             Advanced Search
                                             Preferences

Web                                          Results 1 - 10 of about **1,370,000** for **xenu**. (0.05 seconds)

Tip: Save time by hitting the return key instead of clicking on "search"

**Operation Clambake - The Inner Secrets Of Scientology**
The Church of Scientology is a cult that destroys people, so it needs to be exposed. To back up this strong claim I need to collect some of their secret ...
www.**xenu**.net/ - 41k - Cached - Similar pages

**Operation Clambake presents: The XENU Leaflet**
There are cults out there that need to be exposed, because they destroy people. The Church of Scientology is such a cult, to back up this strong claim I ...
www.**xenu**.net/archive/leaflet/ - 15k - Cached - Similar pages

**Find broken links on your site with Xenu's Link Sleuth (TM)**
A free multi-threaded link checking software to analyze web sites to find broken links. Runs on Windows 95, 98, NT, 2000 and Windows XP.
home.snafu.de/tilman/**xenu**link.html - 43k - Cached - Similar pages

**The homepage of Tilman Hausherr**
Find broken links on your site with **Xenu's** Link Sleuth! The **Xenu** Bookstore · FAQ you ... **Xenu** is a sort of devil for customers of the Scientology cult. ...
home.snafu.de/tilman/ - 47k - Cached - Similar pages

**Xenu - Wikipedia, the free encyclopedia**
The story of **Xenu** is part of a much wider range of Scientology beliefs in ... Within Scientology, the **Xenu** story is referred to as "The Wall of Fire" or ...
en.wikipedia.org/wiki/**Xenu** - 102k - Cached - Similar pages

**XENU RULEZ !**
**XENU** IS COMING ! You probably want this instead: WWW.**XENU**.NET · Scientology cartoons · FACTnet info.
www.**xenu**.org/ - 1k - Cached - Similar pages

**XENU TV - Exposing Scientology Through Streaming Video**

**XENU** TV exposes the fraud and abuse built into Scientology by its founder, L. Ron Hubbard, with the use of streaming audio and video.
www.**xenu**tv.com/ - 13k - Cached - Similar pages

**OT III Scholarship Page**
This page contains one of the few appearances of the word "**Xenu**" in ... (1991) The Road to **Xenu**. The first three pages of OT III are quoted in chapter 13 ...
www.cs.cmu.edu/~dst/OTIII/ - 25k - Cached - Similar pages

**The Road to Xenu**
A narrative account of life in Scientology by Margery Wakefield.
www.cs.cmu.edu/~dst/Library/Shelf/**xenu**/ - 8k - Cached - Similar pages

**mozdev.org - habarixenu: index**
Habari **Xenu** was directly inspired by Aggreg8 which used to be the only free XUL-based news aggregator back in the day. Early versions of HX had a UI very ...
habari**xenu**.mozdev.org/ - 10k - Cached - Similar pages

In response to a complaint we received under the US Digital Millennium Copyright Act, we have removed 1 result(s) from this page. If you wish, you may read the DMCA complaint that caused the removal(s) at ChillingEffects.org.

[Case 5:06-cv-02057-JF    Document 6-3    Filed 10/20/2006    Page 3 of 3]

Goooooooooogle ▶
1 2 3 4 5 6 7 8 9 10    **Next**

Result Page:

[xenu]    [Search]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

Google Home - Advertising Programs - Business Solutions - About Google

©2006 Google