**\*\*E-filed 10/23/06\*\***

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**KINDERSTART.COM,**

     **Plaintiff,**

    **v.**

**GOOGLE,**

     **Defendant.**
_____

**No. C-06-2057-JF**

**Clerks's Notice**

**To: All Counsel and Parties in the above named action.**

**The Court has rescheduled the hearing time for the Motions and Case Management Conference currently scheduled for October 27, 2006 at 9:00 A.M. The new hearing time is 1:30 P.M.**

**Please to report on Friday October 27, 2006 to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.**

**Dated: 10/23/06**                     **For the Court,**
                                         **Richard W. Wieking, Clerk**

                                         **Diana Munz**
                                         **electronic signature**
                                         **Courtroom Deputy**