1  Gregory J. Yu (State Bar No. 133955)
   GLOBAL LAW GROUP
2  2015 Pioneer Court, Suite P-1
   San Mateo, CA   94403
3  Telephone: (650) 570-4140
   Facsimile:  (650) 570-4142
4  E-mail:  glgroup [at] inreach [dot] com

5  Attorney for Plaintiffs and Proposed Class and Subclasses

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

| KINDERSTART.COM LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 06-2057 JF<br><br>**SUPPLEMENTAL DOCUMENT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6)**<br><br>Judge:  Hon. Jeremy Fogel<br>Date:  October 27, 2006<br>Time:  1:30 p.m.<br>Courtroom: 5th Floor, Room 3 |
|---|---|

19        Plaintiff KinderStart.com LLC ("KinderStart"), by and through its attorney, hereby

20  requests the Court to consider the attached Declaration of Daniel D. Savage, attached hereto as

21  Exhibit 1.  The undersigned counsel represents that the substance of the attached declaration was

22  received only yesterday, October 26, 2006.  Counsel to Google, Inc. was advised by telephone

23  today that plaintiffs would be filing a supplemental declaration but did not indicate whether it

24  would accept its filing with the Court.

25        This request by KinderStart is to enable the Court to further assess one or more of the

26  following:  (1) the merits of the pending motion to dismiss this action under Federal Rule of

27  Civil Procedure 12(b)(6); (2) the availability and eligibility of one or more class representatives;

28

REQUEST RE SUPPLEMENTAL DECLARATION
IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
MOTION TO DISMISS UNDER RULE 12(b)(6)    -1-                Case No. C 06-2057 JF

1 and (3) the possibility of allowing, if deemed suitable or necessary in the Court's discretion, a
2 further amendment[1] of the complaint.
3 Dated: October 19, 2006                    GLOBAL LAW GROUP

5                                             By:     /s/ Gregory J. Yu
                                                    Gregory J. Yu, Esq.
6                                             Attorney for Plaintiff KinderStart.com LLC and
                                                    for the proposed Class and Subclasses

---

[1] In the Ninth Circuit, courts decide on further leaves to amend a pleading using factors such as "the presence or absence of undue delay, bad faith, dilatory motive, repeated failure to cure deficiencies by previous amendments, undue prejudice to the opposing party and futility of the proposed amendment." *Moore v. Kayport Package Express*, 885 F.2d 531, 538 (9th Cir. 1989).

REQUEST RE SUPPLEMENTAL DECLARATION
IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
MOTION TO DISMISS UNDER RULE 12(b)(6)      -2-                        Case No. C 06-2057 JF