**Case C 06-02057 JF**

**DECLARATION OF DANIEL D. SAVAGE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS UNDER FED.R.CIV.P. 12(b)(6)**

**Filed October 26, 2006**

# Declaration of Daniel D. Savage
# <u>Exhibit 1</u>

Gregory J. Yu (State Bar No. 133955)
GLOBAL LAW GROUP
2015 Pioneer Court, Suite P-1
San Mateo, CA   94403
Telephone: (650) 570-4140
Facsimile:  (650) 570-4142
E-mail:  glgroup [at] inreach [dot] com

Attorney for Plaintiffs and Proposed Class and Subclasses

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| KINDERSTART.COM LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 06-2057 JF<br><br>**DECLARATION OF DANIEL D. SAVAGE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO GOOGLE'S MOTION TO DISMISS UNDER FED.R.CIV.P. 12(B)(6)** |
|---|---|

I, DANIEL D. SAVAGE, HEREBY DECLARE AS FOLLOWS:

1. My name is Daniel D. Savage, and I am a resident of the City of New York, NY. I submit this Declaration in support of Plaintiffs' opposition to Google, Inc.'s motion to dismiss.

2. I have worked over 20 years in the publishing business. I am a graduate of Harvard College and obtained an MBA from Harvard Business School.

3. I am a member and a manager of TradeComet.com LLC, a Delaware limited liability company ("TradeComet"), which is headquartered in New York, NY. We launched a website known as www.sourcetool.com ("sourcetool.com") in November 2005. As an online information tool and advertiser, TradeComet competes against Google.

4. Our site, sourcetool.com, joined Google's AdWords and AdSense programs in November 2005. By March 2006, sourcetool.com was receiving over 600,000 daily visits.

5. To reach online audiences on the Internet, TradeComet has had no viable options besides search-led advertising where ads are matched to search results. TradeComet advertises this way using both Google (through AdWords) and MSN. Search-led advertising is crucial because search users see our ads at the very instant they are ready to view key information and make dynamic commercial decisions over the Web. TradeComet would not have launched sourcetool.com or succeeded as a B2B online business without using paid search advertising.

6. During the first quarter of 2006, TradeComet spent over $400,000 each month on AdWords for our site. During this same period, our revenues reached over $600,000 per month through AdSense from Google.

7. On or about July 13, 2006, sourcetool.com's minimum bids for key words under AdWords set by Google rose without warning by 10-fold. With such a massive price increase, TradeComet was not able to secure the funds or raise financing to meet these newly created minimum bids. As a result, from that date to present, sourcetool.com was forced to surrender at least 80% of our original monthly traffic and over $500,000 in monthly revenues per month.

8. On or about August 3, 2006, three executives of TradeComet, including myself, met with certain employees of Google in Mountain View, California. During the meeting, one Google employee stated that Google was hesitant to link to sites that also carried online paid advertising links as Google does.

9. The very first time I learned of this lawsuit and began considering to join Plaintiffs as a potential class member and representative was October 23, 2006. It is TradeComet's intention to join this class action as a co-representative plaintiff on behalf of the classes.

I DECLARE UNDER PENALTY OF PERJURY, that the above is based on my personal knowledge.

Executed on this 26th day of October, 2006, in New York, New York.

By:    s/s Daniel D. Savage                .
       DANIEL D. SAVAGE

DECLARATION OF DANIEL D. SAVAGE IN
SUPPORT OF PLAINTIFFS' OPPOSITION TO MTD  -2-                    Case No. C 06-2057 JF