UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, October 27, 2006
**Case Number:** CV-06-2057-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Peter Torreano

**TITLE:**            **KINDERSTART.COM  V.  GOOGLE**

**PLAINTIFF**                                **DEFENDANT**

**Attorneys Present:** Gregory Yu        **Attorneys Present:** Jonathan Jacobson, Colleen Bal
                                                                Bart Volkmer, David Kramer

PROCEEDINGS:
   Hearing on Motion for Preliminary Injunction, Motion to Dismiss and Motion to Strike held.
   The motions are taken under submission. The case management conference is not held.