KinderStart.com LLC v. Google, Inc.

C 06-2057 JF

# EXHBIT 1

Declaration of Titus Lin
In support of
Plaintiff's Motion for Sanctions
Against Google, Inc. and its Legal Counsel
under Rule 11

Gregory J. Yu (State Bar No. 133955)
GLOBAL LAW GROUP
2015 Pioneer Court, Suite P-1
San Mateo, CA   94403
Telephone: (650) 570-4140
Facsimile:  (650) 570-4142
E-mail:  glgroup [at] inreach [dot] com

Attorney for Plaintiffs and Proposed Class and Subclasses

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KINDERSTART.COM LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 06-2057 JF<br><br>**DECLARATION OF TITUS LIN IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS AGAINST DEFENDANT GOOGLE AND ITS COUNSEL DAVID H. KRAMER FOR VIOLATIONS OF FED. R. CIV. P. 11** |

I, TITUS LIN, HEREBY DECLARE AS FOLLOWS:

1. My name is Titus Lin and I am over 18 years of age. I am not a party to this litigation.

2. On October 12, 2006, I viewed a webpage on www.google.com regarding search results at http://www.google.com/support/bin/answer.py?answer=17795&topic=368. Attached is a true and correct copy of the screen that I viewed from my computer. The answer to the question, "Does Google censor search results? was as follows:

> It is Google's policy not to censor search results. However, in response to local laws, regulations or policies, we may do so. When we remove search results for these reasons, we display a notice on our search results.

1 As there was no further sentence or language to this answer, this was the complete content to the
2 answer provided to this question.
3     I DECLARE UNDER PENALTY OF PERJURY, that the above is based on my personal
4 knowledge.
5     Executed on this 19th day of October, 2006 in San Mateo, California.

By:   /s/ Titus Lin                        .
        TITUS LIN

DECLARATION OF TITUS LIN IN SUPPORT
OF PLAINTIFF'S MOTION FOR SANCTIONS
UNDER RULE 11              -2-              Case No. C 06-2057 JF