KinderStart.com LLC v. Google, Inc.

C 06-2057 JF

# EXHBIT 2

DECLARATION OF TITUS LIN
IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO
DEFENDANT'S MOTION FOR SANCTIONS
AGAINST PLAINTIFF AND ITS LEGAL COUNSEL
UNDER FED.R.CIV.P. 11

Gregory J. Yu (State Bar No. 133955)
GLOBAL LAW GROUP
2015 Pioneer Court, Suite P-1
San Mateo, CA   94403
Telephone: (650) 570-4140
Facsimile:  (650) 570-4142
E-mail:  glgroup [at] inreach [dot] com

Attorney for Plaintiffs and Proposed Class and Subclasses

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KINDERSTART.COM LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 06-2057 JF<br><br>**DECLARATION OF TITUS LIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SANCTIONS AGAINST KINDERSTART AND ITS COUNSEL UNDER FED. R. CIV. P. 11** |

I, TITUS LIN, HEREBY DECLARE AS FOLLOWS:

1.   My name is Titus Lin and I am over 18 years of age.  I am not a party to this litigation.

2.   On October 12, 2006, I viewed a webpage on www.google.com regarding search results at http://www.google.com/support/bin/answer.py?answer=17795&topic=368.  Attached is a true and correct copy of the screen that I viewed from my computer.  The answer to the question, "Does Google censor search results? was as follows:

> It is Google's policy not to censor search results.  However, in response to local laws, regulations or policies, we may do so.  When we remove search results for these reasons, we display a notice on our search results.

DECLARATION OF TITUS LIN IN SUPPORT
OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION FOR SANCTIONS UNDER RULE 11         1-                            Case No. C 06-2057 JF

As there was no further sentence or language to this answer, this was the complete content to the answer provided to this question.

I DECLARE UNDER PENALTY OF PERJURY, that the above is based on my personal knowledge.

Executed on this 16th day of November, 2006 in San Mateo, California.

By:   /s/ Titus Lin  .
      TITUS LIN