KinderStart.com LLC v. Google, Inc.

C 06-2057 JF

# EXHBIT 3

DECLARATION OF RANDALL McCARLEY
IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO
DEFENDANT'S MOTION FOR SANCTIONS
AGAINST PLAINTIFF AND ITS LEGAL COUNSEL
UNDER FED.R.CIV.P. 11

Gregory J. Yu (State Bar No. 133955)
GLOBAL LAW GROUP
2015 Pioneer Court, Suite P-1
San Mateo, CA  94403
Telephone: (650) 570-4140
Facsimile:  (650) 570-4142
E-mail:  glgroup [at] inreach [dot] com

Attorney for Plaintiffs and Proposed Class and Subclasses

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KINDERSTART.COM LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 06-2057 JF<br><br>**DECLARATION OF RANDALL McCARLEY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SANCTIONS AGAINST KINDERSTART AND ITS LEGAL COUNSEL UNDER FED. R. CIV. P. 11** |

I, RANDALL McCARLEY, HEREBY DECLARE AS FOLLOWS:

1.   I am sole proprietor of a firm called 14th Colony based in Sacramento, California.

2.   For the past 10 years, I have worked with numerous clients and their Websites to determine if their sites are designed in a way and manner to make them appealing, user-friendly, and accessible through a search engine.

3.   Since 1999, I have regularly used the search engine of Google at www.google.com multiple times each week on various topics. I have used the engine for both personal reasons and client-related reasons. For client work, I carefully examine key word search engine results pages generated by Google's engine. In all of my searches with Google's engine within the U.S., I have never seen on a search engine results page any notice that the certain search results

1  were removed from view because of censorship or violation of Webmaster guidelines.  Before
2  September 22, 2006, I communicated to Plaintiffs' counsel by telephone the foregoing
3  information about my search engine use and experience.
4      I DECLARE UNDER PENALTY OF PERJURY, that the above is based on my personal
5  knowledge, except for those matters above stated on information and belief.
6      Executed on this 16th day of November, 2006 in Sacramento, California.

By:___/s/ Randall McCarley_____
     RANDALL McCARLEY

DECLARATION OF RANDALL McCARLEY IN SUPPORT
OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S
MOTION FOR SANCTIONS UNDER RULE 11    -2-    Case No. C 06-2057 JF