**\*\*E-filed 11/22/06\*\***

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

KINDERSTART.COM,

                                No. C-06-2057-JF

   Plaintiff,

    v.                               Clerks's Notice

GOOGLE, INC.,

   Defendants.
_____

To: All Counsel and Parties in the above named action.

The Court has rescheduled Google's Rule 11 Motion currently scheduled for December 8, 2006. The new hearing date is Friday January 19, 2007, at 9:00 A.M. The briefing schedule remains unchanged.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 10/22/06                      For the Court,
                                      Richard W. Wieking, Clerk

                                      Diana Munz
                                      electronic signature
                                      Courtroom Deputy