1  DAVID H. KRAMER, State Bar No. 168452
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   650 Page Mill Road
3  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
4  Facsimile: (650) 565-5100
   DKramer@wsgr.com
5

6  Attorneys for Defendant
   Google Inc.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12 KINDERSTART.COM, LLC, a California            )  CASE NO.: C 06-2057 JF (RS)
   limited liability company, on behalf of itself and )
13 all others similarly situated,                 )  **[PROPOSED]**
                                                  )  **ORDER GRANTING DEFENDANT**
14              Plaintiffs,                       )  **GOOGLE INC.'S**
                                                  )  **ADMINISTRATIVE MOTION TO**
15       v.                                       )  **RELATE CASE**
                                                  )
16 GOOGLE Inc., a Delaware corporation,           )  Before:    Hon. Jeremy Fogel
                                                  )
17              Defendant.                        )
                                                  )
18                                                )
                                                  )
19 _____)

20

21

22

23

24

25

26

27

28

[PROPOSED]                                                                3003909_1.DOC
ORDER GRANTING DEF.'S ADM. MOTION
CASE NOS. C 06-2057 JF (RS), 06-7297 JCS

Dockets.Justia.com

1  Google Inc's Administrative Motion to Relate Case filed pursuant to Civil Local Rules 3-
2  12 and 7-11, was filed in this Court on December 1, 2006.  Having considered all relevant
3  papers, and good cause appearing,
4  THE COURT HEREBY GRANTS Defendants' Administrative Motion.  The matter
5  captioned *Person v. Google*, C 06-7297, shall be "Related" to the above-captioned action.
6  IT IS SO ORDERED.

8  Dated: _____     _____
                                The Honorable Jeremy Fogel
9                                United States District Court Judge

[PROPOSED]                                    -1-                              3003909_1.DOC
ORDER GRANTING DEF.'S ADM. MOTION
CASE NOS. C 06-2057 JF (RS), 06-7297 JCS