1  DAVID H. KRAMER, State Bar No. 168452
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   650 Page Mill Road
3  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
4  Facsimile: (650) 565-5100
   DKramer@wsgr.com
5
   Attorneys for Defendant
6  Google Inc.

7
                        UNITED STATES DISTRICT COURT
8
                       NORTHERN DISTRICT OF CALIFORNIA
9
                              SAN JOSE DIVISION
10

11

12  KINDERSTART.COM, LLC, a California       )   CASE NO.: C 06-2057 JF (RS)
    limited liability company, on behalf of itself )
    and all others similarly situated,        )
13                                            )   **CERTIFICATE OF SERVICE**
                   Plaintiffs,                )
14                                            )
         v.                                   )
15                                            )
    GOOGLE INC., a Delaware corporation,      )
16                                            )
                   Defendant.                 )
17                                            )
                                              )
18                                            )
                                              )
19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE                                                    2867947.3
CASE NO. C 06-2057 JF (RS)

Dockets.Justia.com

I, Deborah Grubbs, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

**1.    DEFENDANT GOOGLE INC.'S ADMINISTRATIVE MOTION RE: RELATED CASE**

**2.    DECLARATION OF DAVID H. KRAMER IN SUPPORT OF DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

**3.    [PROPOSED] ORDER GRANTING DEFENDANT GOOGLE INC.'S ADMINISTRATIVE MOTION TO RELATE CASE**

☒   By consigning the document(s) to a messenger for guaranteed hand delivery on this date to the following person(s):

The Honorable Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California on December 1, 2006.

/s/
Deborah Grubbs

CERTIFICATE OF SERVICE                    -1-
CASE NO. C 06-2057 JF (RS)