<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK)

     I, ROSE M. SEPULVEDA, being duly sworn, says I am over 18 years of age, not a party to this action, and I am employed by the law firm of Wilson Sonsini Goodrich & Rosati, P.C., with offices at 1301 Avenue of the Americas, New York, New York 10019.

     On December 1, 2006, I caused to be served the foregoing **Defendant Google Inc.'s Administrative Motion Re: Related Cases, Declaration of David H. Kramer in Support of Defendant's Administrative Motion to Consider Whether Cases Should Be Related and Proposed Order Granting Defendant Google Inc.'s Administrative Motion To Relate Case** on:

> Carl E. Person
> 325 W. 45th Street
> Suite 201
> New York, New York 10036

by hand delivering the documents to the above address. I also caused the foregoing documents to be served on the same individual by sending them via electronic mail to the following address:

       carlpers@ix.netcom.com

                                     _____
                                       ROSE M. SEPULVEDA

Sworn to before me this 1st day
of December, 2006

_____
Notary Public



MICHELLE DRUCKER
Notary Public - State of New York
NO. 01DR6114667
Qualified in Queens County
My Commission Expires 8/23/08