1  Gregory J. Yu (State Bar No. 133955)
   GLOBAL LAW GROUP
2  2015 Pioneer Court, Suite P-1
   San Mateo, CA  94403
3  Telephone: (650) 570-4140
   Facsimile:  (650) 570-4142
4  E-mail:  glgroup [at] inreach [dot] com

5  Attorney for Plaintiffs and Proposed Class and Subclasses

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                                SAN JOSE DIVISION

11 | KINDERSTART.COM LLC, a California limited liability company, on behalf of itself and all others similarly situated, | Case No. C 06-2057 JF |
12 | | **[PROPOSED] ORDER RE: GOOGLE'S MISCELLANEOUS ADMINISTRATIVE REQUEST UNDER LOCAL RULE 7-11 TO RELATE CASE OF *PERSON V. GOOGLE, INC.*, C 06-7297 JCS** |
13 | Plaintiffs, | |
14 | v. | |
15 | GOOGLE, INC., a Delaware corporation, | |
16 | Defendant. | |

17

18   Having considered the administrative request of Google, Inc. ("Google") under L.R.7-11

19   to relate the instant case with *Person v. Google, Inc.*, C 06-7297 JCS pending in this District

20   under L.R. 3-12, the opposition of KinderStart.com LLC and any other documents on file herein,

21   for good cause shown,

22       IT IS HEREBY ORDERED THAT the above-captioned case of *KinderStart.com LLC v.*

23   *Google, Inc.* and *Person v. Google, Inc.*, C 06-7297 JCS not be related under the Local Rules of

24   this District.

25

26   Dated: _____, 2006        By:_____
                                              The Honorable Jeremy Fogel
27

28

[PROPOSED] ORDER RE GOOGLE'S
MISCELLANEOUS ADMINISTRATIVE REQUEST
UNDER L.R. 7-11 ON RELATING CASES                                          Case No. C 06-2057 JF