1    Gregory J. Yu (State Bar No. 133955)
GLOBAL LAW GROUP
2    2015 Pioneer Court, Suite P-1
San Mateo, CA   94403
3    Telephone: (650) 570-4140
Facsimile:  (650) 570-4142
4    E-mail:  glgroup [at] inreach [dot] com

5    Attorney for Plaintiffs and Proposed Class and Subclasses

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| KINDERSTART.COM LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 06-2057 JF<br><br>**PROOF OF SERVICE<br>RE:  PLAINTIFF'S OPPOSITION TO GOOGLE'S ADMINISTRATIVE MOTION UNDER L.R. 3-12** |
|---|---|

I, GREGORY J. YU, HEREBY DECLARE AS FOLLOWS:

    I was at the time of service at least 18 years of age and not a party to this action.

Pursuant to F.R.Civ.P. 5(b)(2), on December 7, 2006, I served the following documents, by hand delivery,

    **PLAINTIFF'S OPPOSITION TO GOOGLE'S MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER RELATING CASES OF** *KINDERSTART.COM LLC V. GOOGLE, INC.* **AND** *PERSON V. GOOGLE, INC.* **C 06-7297 JCS;**

    **EXHIBIT 1 – DECLARATION OF GREGORY J. YU IN SUPPORT OF PLAINTIFF'S OPPOSITION; and**

    **[PROPOSED] ORDER DECLINING RELATING THE CASES WHETHER CASES SHOULD BE RELATED**

PROOF OF SERVICE RE PLAINTIFF'S
OPPOSITION TO GOOGLE'S
L.R. 3-12 RELATED CASE MOTION      -1-      Case No. C 06-2057 JF

1  to the following judge:

3  The Honorable Joseph C. Spero  The Honorable Jeremy Fogel
   United States District Court    United States District Judge
4  Northern District of California Northern District of California
   450 Golden Gate Ave., 16th Floor 280 South First Street, 2nd Floor
5  San Francisco, CA  94102        San Jose, CA  95113
   Re:  C 06-7297 JCS              Re:  C 06-2057 JF

Further, on December 6, 2006 at 9:50 p.m., I sent via electronic mail, a copy of the foregoing documents, and on December 7, 2006, I sent via overnight delivery, Federal Express a physical copy of the same, to the following party:

Carl E Person, Plaintiff
325 W. 45th St., Suite 201
New York, NY  10036-3803
carlpers@ix.netcom.com

I DECLARE UNDER PENALTY OF PERJURY, that the above is based on my personal knowledge.

Executed on this 7th day of December 2006 in San Mateo, California.

By:     s/s Gregory J. Yu
        GREGORY J. YU

PROOF OF SERVICE RE PLAINTIFF'S
OPPOSITION TO GOOGLE'S
L.R. 3-12 RELATED CASE MOTION          -2-                    Case No. C 06-2057 JF