| | |
|---|---|
| 1 | DAVID H. KRAMER, State Bar No. 168452 |
| | COLLEEN BAL, State Bar No. 167637 |
| 2 | BART E. VOLKMER, State Bar No. 223732 |
| | WILSON SONSINI GOODRICH & ROSATI |
| 3 | Professional Corporation |
| | 650 Page Mill Road |
| 4 | Palo Alto, CA 94304-1050 |
| | Telephone: (650) 493-9300 |
| 5 | Facsimile: (650) 565-5100 |
| | DKramer@wsgr.com |
| 6 | |
| | JONATHAN M. JACOBSON |
| 7 | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| 8 | 12 East 49th Street, 30th Floor |
| | New York, NY 10017-8203 |
| 9 | Telephone: (212) 999-5800 |
| | Facsimile: (212) 999-5899 |
| 10 | JJacobson@wsgr.com |
| 11 | Attorneys for Defendant |
| | Google Inc. |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| KINDERSTART.COM, LLC, a California limited liability company, on behalf of itself and all others similarly situated, | CASE NO.: C 06-2057 JF (RS) |
| Plaintiffs, | **[PROPOSED] ORDER DENYING KINDERSTART'S MOTION FOR SANCTIONS PURSUANT TO RULE 11** |
| v. | Before:     Hon. Jeremy Fogel |
| GOOGLE INC., a Delaware corporation, | Date:       January 19, 2007 |
| Defendant. | Time:       9:00 a.m. |
| | Courtroom:  3, 5th Floor |

[PROPOSED] ORDER DENYING
KINDERSTART'S RULE 11 MOTION
CASE NO. C-06-2057 JF (RS)

3016871_1.DOC

1  Plaintiff KinderStart.com LLC's ("KinderStart") Motion for Sanctions Against Google
2  Inc. ("Google") and its Legal Counsel David H. Kramer Pursuant to Fed. R. Civ. P. 11 came on
3  for hearing before this Court on January 19, 2007 in Department 3, the Honorable Jeremy Fogel
4  presiding.  The Court has reviewed the parties' submissions and heard oral argument and good
5  cause appearing IT IS HEREBY ORDERED THAT KinderStart's Motion for Sanctions is
6  DENIED.
7  The Court finds an award of attorneys' fees to Google be appropriate.  Google shall
8  submit evidence of its attorneys' fees reasonably incurred in opposing this motion within 10 days
9  of this order.
10
11
12  Dated: _____, 2006            _____
13                                              The Honorable Jeremy Fogel
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28