UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, January 19, 2007
**Case Number:** CV-06-2057-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Gina Galvan

**TITLE:**          **KINDERSTART.COM  V.  GOOGLE**

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| Attorneys Present:  Gregory Yu | Attorneys Present:  David Kramer |

PROCEEDINGS:

 Hearing on Motion for Sanctions held.  Parties are present.
 The motion is taken under submission, after in camera review.
 Mr. Yu shall provide documents to the Court within 15 days.

Dockets.Justia.com