1  Gregory J. Yu (State Bar No. 133955)
   GLOBAL LAW GROUP
2  2015 Pioneer Court, Suite P-1
   San Mateo, CA   94403
3  Telephone: (650) 570-4140
   Facsimile:  (650) 570-4142
4  E-mail:  glgroup [at] inreach [dot] com

5  Attorney for Plaintiffs and Proposed Class and Subclasses

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

| | |
|---|---|
| KINDERSTART.COM LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 06-2057 JF<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION UNDER LOCAL RULE 7-11 AND STIPULATION**<br>**(1) TO EXTEND PERIOD FOR PLAINTIFFS' SUBMISSION OF DECLARATIONS PER JANUARY 22, 2007 COURT ORDER AND**<br>**(2) TO OBTAIN PROTECTIVE ORDER** |

**PROCEDURAL SETTING FOR THIS MOTION**

On October 20, 2006, Defendant Google, Inc. ("Google") filed a motion for sanctions against Plaintiff KinderStart.com LLC ("KinderStart") and its legal counsel Gregory J. Yu for sanctions under Rule 11 ("Rule 11 Motion") of the Federal Rules of Civil Procedure (Fed. R. Civ. P.).  After a hearing on January 19, 2007 on the Rule 11 Motions, on January 22, 2007, the Court issued an order (the "Rule 11 Order") that Gregory J. Yu submit to the Court *in camera* declarations of witnesses by February 6, 2007.

KinderStart orally requested Google to stipulate to an extension of this deadline through February 20, 2007.  Google orally requested KinderStart to stipulate to a protective order to view copies the subject declarations if and when submitted to the Court.  This administrative request

PLAINTIFFS' ADMINISTRATIVE MOTION
UNDER L.R. 7-11 RE EXTENSION OF COURT
DEADLINE FOR RULE 11 DECLARATIONS          -1-                    Case No. C 06-2057 JF

under L.R. 7-11 seeks an order from the Court for regarding the stipulated extension and protective order.

**REASONS FOR EXTENSION OF DEADLINE FOR DECLARATIONS**

1. **Plaintiffs Have Acted Diligently to Secure Declarations.** Two days after the Rule 11 Order, on January 24, 2007, Plaintiffs' counsel Gregory Yu e-mailed a key witness to provide further assistance in this case, but he replied the next day that he was out of the country for business and for vacation and would not return until after February 8, 2007. On January 29, 2007, the witness further replied that he would not be able to act on a request for a written declaration until after his return to the United States and his consultation with independent legal counsel. On January 30, 2007, Gregory Yu and Google's legal counsel Bart Volkmer verbally agreed in principle to an extension of the deadline for the declaration and to a grant of access by Google's counsel to all submitted declarations. Declarations from all other witnesses are expected by the original court deadline of February 6, 2007.

2. **Previous Extensions Requested by the Parties.** The following extensions have been effected in this case as follows: By order on August 11, 2006, the Court granted in part KinderStart's request for an extension to file the SAC by September 1, 2006.

3. **Potential Effect on the Proceedings in this Case.** The motions of Google under Fed. R. Civ. P. 8, 12 and 15 and under Cal. Code Civ. P. § 425.16 are under submission to the Court. This case is subject to the discovery stay in effect. KinderStart believes that no genuine prejudice against Google and its legal counsel arises from a 14-day extension for Plaintiffs to submit the requested declarations for adjudication of the Rule 11 Motion.

Therefore, based on the above, Plaintiffs respectfully requests that the Court issue an order pursuant to the accompanying stipulation.

Dated: February 1, 2007                    GLOBAL LAW GROUP

By:     /s/ Gregory J. Yu
         Gregory J. Yu, Esq.
Attorney for Plaintiff KinderStart.com LLC and
          for the proposed Class and Subclasses

PLAINTIFFS' ADMINISTRATIVE MOTION
UNDER L.R. 7-11 RE EXTENSION OF COURT
DEADLINE FOR RULE 11 DECLARATIONS           -2-                    Case No. C 06-2057 JF