| | |
|---|---|
| 1 | DAVID H. KRAMER, State Bar No. 168452 |
|   | COLLEEN BAL, State Bar No. 167637 |
| 2 | BART E. VOLKMER, State Bar No. 223732 |
|   | WILSON SONSINI GOODRICH & ROSATI |
| 3 | Professional Corporation |
|   | 650 Page Mill Road |
| 4 | Palo Alto, CA 94304-1050 |
|   | Telephone: (650) 493-9300 |
| 5 | Facsimile: (650) 565-5100 |
|   | DKramer@wsgr.com |
| 6 | |
| 7 | JONATHAN M. JACOBSON |
|   | WILSON SONSINI GOODRICH & ROSATI |
| 8 | Professional Corporation |
|   | 12 East 49th Street, 30th Floor |
| 9 | New York, NY 10017-8203 |
|   | Telephone: (212) 999-5800 |
|   | Facsimile: (212) 999-5899 |
| 10 | JJacobson@wsgr.com |
| 11 | Attorneys for Defendant |
|    | Google Inc. |
| 12 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KINDERSTART.COM, LLC, a California limited liability company, on behalf of itself and all others similarly situated,

    Plaintiffs,

    v.

GOOGLE INC., a Delaware corporation,

    Defendant.

CASE NO.: C 06-2057 JF (RS)

**GOOGLE'S REQUEST FOR LEAVE TO FILE A STATEMENT OF RECENT DECISION UNDER CIVIL LOCAL RULE 7-3(D) & STATEMENT OF RECENT DECISION**

GOOGLE'S STATEMENT OF RECENT DECISION
CASE NO. C-06-2057 JF (RS)

3066423_1.DOC

# REQUEST FOR LEAVE

Pursuant to Civil L.R. 7-3(d), defendant Google Inc. ("Google") hereby requests leave to file the following "Statement of Recent Decision" in connection with its Motion to Dismiss KinderStart.com LLC's ("KinderStart") Second Amended Complaint ("SAC") and its Special Motion to Strike under Cal. Civ. Proc. Code § 425.16.

# STATEMENT OF RECENT DECISION

Google's motion to dismiss and to strike claims for relief from KinderStart's SAC was argued and submitted on October 27, 2006. *See* Doc. No. 67. On February 20, 2007, Judge Farnan in the District of Delaware issued an order relevant to Google's defenses under the First Amendment and Section 230(c)(2)(A) of the Communications Decency Act. That order is also relevant to KinderStart's affirmative First Amendment and state free speech claims against Google. The case citation is: *Langdon v. Google, Inc.*, ___ F. Supp. 2d ___, Case No. 06-319-JJF, 2007 WL 530156 (D. Del. Feb. 20, 2007). A copy of the order is attached hereto as Exhibit A.

Dated: February 28, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ David H. Kramer
     David H. Kramer

Attorneys for Defendant
Google Inc.