DAVID H. KRAMER, State Bar No. 168452
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
DKramer@wsgr.com

JONATHAN M. JACOBSON
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12 East 49th Street, 30th Floor
New York, NY 10017-8203
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
JJacobson@wsgr.com

Attorneys for Defendant
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KINDERSTART.COM, LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>　　　　　Defendant. | CASE NO.: C 06-2057 JF (RS)<br><br>**[PROPOSED] ORDER AWARDING ATTORNEY'S FEES PURSUANT TO FED. R. CIV. P. 11**<br><br>Before: Honorable Jeremy Fogel |

1  On March 16, 2007, this Court granted in part and denied in part Defendant Google Inc.'s Motion for Sanctions Pursuant to Rule 11 and directed Google to submit a request for the appropriate amount of attorney's fees to award to Google. Having considered the submissions of the parties and for good cause shown, it is HEREBY ORDERED:

1. Google reasonably incurred attorney's fees and costs in connection with the sanctionable allegations in KinderStart's Second Amended Complaint of no less than fourteen thousand two hundred and ninety-seven dollars ($14,297).

2. As a sanction under Federal Rule of Civil Procedure 11, to deter repetition of such conduct or comparable conduct by others similarly situated, KinderStart and its counsel, Gregory Yu, collectively, shall pay to Google, no later than 30 days after entry of this Order, $14,297.

IT IS SO ORDERED.

Date: _____        _____
                                    Honorable Jeremy Fogel
                                    United States District Court Judge