Dockets.Justia.com

# EXHIBIT B

Tuesday, March 27, 2007



U.S. and World News : Legal & Law News

# KinderStart says Federal Judge to Rule on Google's 'Right' to Limit Speech on the Internet

Published: Fri, 23 Jun 2006, 02:00:00 GMT
Edited by Christopher L. Simmons



LOS ANGELES, CA - June 23 (SEND2PRESS NEWSWIRE) -- At 9:00 a.m. on Friday, June 30, 2006 in United States Federal Court, 280 S. First Street, Courtroom #3, San Jose, California, a drama will play out between KinderStart.com (a site for kids zero to seven and their parents) and the giant of the Internet, Google, controlling up to 80% or more of 'Net searches worldwide.

The hearing is open to members of the press and the public. Cameras are not permitted in the courtroom.

If the Federal judge rules in favor of KinderStart on any of the nine counts, sunlight will finally begin to lift the dark and secret shroud that covers the Googleplex.

Google's co-founder Larry Page declared that a search engine should be "like the mind of God."

"It's clear Google is acting like god as they determine what we mortals shalt and shalt not see," stated Victor Goodman, Founder of KinderStart.com.

Goodman continues, "Is this company that censors speech and ideas in China now doing it in the USA? Google decides what news we get, what sites come up, and what sites disappear -- in effect, what we buy and think. This case is about far more than Kinderstart; it is about our freedom to know, speak and choose without a self-appointed Gatekeeper."

KinderStart.com is the lead plaintiff in a class action filed in Federal court on March 17, 2006.

Website: http://www.KinderStart.com

All trademarks acknowledged.

**NEWS SOURCE:** KinderStart.com

Send2Press® is the originating wire service for this story.

**More Information:**
For questions about this story, contact KinderStart.com

