**GLOBAL LAW GROUP**
2015 Pioneer Court, Suite P-1
San Mateo, California 94403

GREGORY J. YU
ADMITTED IN CALIFORNIA AND NEW YORK

(650) 570-4140 • Fax (650) 570-4142
E-MAIL: glgroup@inreach.com

April 3, 2007

**FILED VIA ECF**

The Honorable Jeremy Fogel
United States District Judge
United States District Court
280 S. First St., Courtroom 3, 5th Floor
San Jose, CA 95113

Re: *KinderStart.com LLC, et al. v. Google, Inc.*, C 06-02057 JF
Notice Re Plaintiff's Response to Defendant's March 30, 2007 Submission

To The Honorable Judge Fogel:

In its order of March 16, 2007 granting in part Google's Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11, the Court requested that defendant submit its motion for attorneys' fees within fourteen (14) days of the order. Such order further states that "[t]he Court will determine the amount of monetary sanctions after receiving Google's submission and Yu's response." Defendant electronically made its submission to the Court on March 30, 2007.

This is Plaintiffs' notice that its response to Google's submission will be made to the Court no later than April 13, 2007, which is fourteen (14) days after the date that defendant's submission was due.

Respectfully submitted,

*/s/ Gregory J. Yu*
Gregory J. Yu, Esq.
Attorney for Plaintiff KinderStart.com LLC