KinderStart.com LLC v. Google, Inc.

C 06-2057 JF

# EXHBIT 1

## TO DECLARATION OF GREGORY J. YU
## IN OPPOSITION TO
## DEFENDANT GOOGLE INC.'S
## MOTION FOR ATTORNEY FEES

**RE: 2006 FIRM REVENUES OF WILSON SONSINI GOODRICH & ROSATI**

- Law.com Home    • Newswire    • LawJobs    • CLE Center    • LawCatalog    • Our Sites    • Advertise






### #13. Wilson Sonsini Goodrich & Rosati

**Wilson Sonsini Goodrich & Rosati** is the quintessential Silicon Valley law firm, known since its 1961 inception for guiding high-tech entrepreneurs to their first investors and shepherding some of the area's best known technology companies to IPOs or massive mergers and beyond. The firm's 450 attorneys work out of three offices in California, five others across the country, and one in Shanghai.

|  | 2006 | % Change |
|---|---|---|
| **Gross revenue** | $460,000,000 | 12 |
| **Profits per equity partner** | $1,275,000 | 30 |
| **Revenue per Lawyer** | $790,000 | 5 |
| **Total number of lawyers** | 582 | 6 |
| **Number of equity partners** | 113 | -24 |
| **Number of non-equity partners** | 31 | N/A |

About ALM  |  Terms & Conditions  |  Privacy  |  Advertise  |  Help  |  About Cal Law
Copyright 2007 ALM Properties, Inc. All rights reserved.