KinderStart.com LLC v. Google, Inc.

C 06-2057 JF

# EXHBIT 2

### TO DECLARATION OF GREGORY J. YU
### IN OPPOSITION TO
### DEFENDANT GOOGLE INC.'S
### MOTION FOR ATTORNEY FEES

RE: 2006 MARKET CAPITALIZATION OF GOOGLE, INC.



| | | | |
|---|---|---|---|
| | **Investor Relations** | Search Google Investor Relations: | Search |

- **Investor Relations**
  Home
  Contact Us
  Receive Notifications
  Stockholder Services
- **Company Overview**
  About the Company
  Management Team
  Founders' Letters
  FAQs
- **Corporate Governance**
  CEO's Message
  Code of Conduct
  Guidelines
  Board of Directors
  Board Committees
  Certificate of Incorporation
  Bylaws
  Report Concerns
- **News from Google**
  What's New
  Financial Releases
  Press Center
  Webcasts and Events
- **Financial Info**
  Quarterly Earnings
  Stock Info
  Financial Tables
  SEC Filings
  Analyst Coverage

Google's innovative search technologies connect millions of people around the world with information every day. Founded in 1998 by Stanford Ph.D. students Larry Page and Sergey Brin, Google today is a top web property in all major global markets. Google's targeted advertising program provides businesses of all sizes with measurable results, while enhancing the overall web experience for users. Google is headquartered in Silicon Valley with offices throughout the Americas, Europe and Asia.

**Letters from our Founders**

Original IPO Letter
2004 Annual Report [PDF]
2005 Annual Report [PDF]

## What's New?

Google To Announce First Quarter 2007 Financial Results
04/10/2007

NEW Online Services for Stockholders
04/04/2007

Data Centers to be built in South Carolina
04/04/2007

Site Feed

## Featured Events

2007 Q1 Earnings Conference Call
Thursday, April 19
1:30 PM PT / 4:30 PM ET
Event Information

Bear Stearns 20th Annual Media Conference
March 6, 2007
5:45 AM PT / 8:45 AM ET
Event Information

More Webcasts and Events...

More What's New... | Financial Releases | Press Center

## Contact Us

Please fill out our contact form. Or send your inquiries to:

## Stock Information

**GOOG**
**467.39** **+2.86** (0.62%)   12 Apr at 01:00PM PT

| Open: 464.00 | Volume: 2,711,803 |
| High: 468.00 | Avg Vol: 5,087,000 |
| Low: 462.24 | Mkt Cap: 145.53B |

Nasdaq data delayed by 15 min. - Disclaimer

Google has not reviewed and does not endorse any third party opinions, estimates or forecasts regarding Google's