KinderStart.com LLC v. Google, Inc.

C 06-2057 JF

# EXHBIT C

## TO KINDERSTART.COM'S OPPOSITION TO DEFENDANT GOOGLE INC.'S MOTION FOR ATTORNEY FEES

**RE: DECLARATION OF LEE BUTTLE IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR ATTORNEY'S FEES PURSUANT TO COURT'S MARCH 16, 2007 ORDER**

Gregory J. Yu (State Bar No. 133955)
GLOBAL LAW GROUP
2015 Pioneer Court, Suite P-1
San Mateo, CA   94403
Telephone: (650) 570-4140
Facsimile:  (650) 570-4142
E-mail:  glgroup [at] inreach [dot] com

Attorney for Plaintiffs and Proposed Class and Subclasses

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KINDERSTART.COM LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 06-2057 JF<br><br>**DECLARATION OF LEE BUTTLE IN OPPOSITION TO DEFENDANT'S MOTION FOR ATTORNEY'S FEES PURSUANT TO COURT'S MARCH 16, 2007** |

I, LEE BUTTLE, HEREBY DECLARE AS FOLLOWS:

　　1.　　My name is Lee Buttle.  I have personal direct knowledge of the matters herein and if called as a witness, I could and would competently and truthfully testify as to each of the matters set forth herein.

　　2.　　I am a member and manager of plaintiff KinderStart.com LLC ("KinderStart"), a California limited liability company.  I manage and monitor the finances of KinderStart.

　　3.　　KinderStart does not have any paid employees or paid staff, and has no business operations other than maintaining its website www.kinderstart.com.

　　4.　　 In the calendar year of 2006, KinderStart derived 100% of its gross revenues from advertising.  In that year, cash remittances of revenues did not exceed $8,000, and the accrued revenues did not exceed $5,000.00.  During the calendar year of 2007 thus far, there has been no material increase in KinderStart's revenues or profits.

1  I DECLARE UNDER PENALTY OF PERJURY, that the above is based on my personal
2  knowledge.
3  Executed on this 13th day of April, 2007 in Norwalk, California.

By: _____
LEE BUTTLE

DECLARATION OF LEE BUTTLE IN
OPPOSITION TO DEFENDANT'S MOTION
FOR ATTORNEY'S FEES UNDER RULE 11         -2-                    Case No. C 06-2057 JF