1  Gregory J. Yu (State Bar No. 133955)
   GLOBAL LAW GROUP
2  2015 Pioneer Court, Suite P-1
   San Mateo, CA   94403
3  Telephone: (650) 570-4140
   Facsimile:  (650) 570-4142
4  E-mail:  glgroup [at] inreach [dot] com

5  Attorney for Plaintiffs and Proposed Class and Subclasses

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

| | |
|---|---|
| KINDERSTART.COM LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 06-2057 JF<br><br>**[PROPOSED] ORDER RE ATTORNEY'S FEES PURSUANT TO MARCH 16, 2007 ORDER** |

17    Having considered to the motion and opposition of the parties, and all other documents
18 and pleadings on file, for good cause shown,
19    IT IS HEREBY ORDERED THAT
20    In connection with the Court's March 16, 2007 order, KinderStart.com LLC and its legal
21 counsel Gregory J. Yu be sanctioned jointly and severally in the amount of $2,000.00.  This
22 amount will be remitted to Google's legal counsel within 30 days of the date of this order.
23    SO ORDERED.

25  Dated: _____, 2007      By:_____
                                              The Honorable Jeremy Fogel
26

[PROPOSED] ORDER RE ATTORNEY'S FEES
PURSUANT TO RULE 11 ORDER                                              Case No. C 06-2057 JF