1 | Gregory J. Yu (State Bar No. 133955)
GLOBAL LAW GROUP
2 | 2015 Pioneer Court, Suite P-1
San Mateo, CA   94403
3 | Telephone: (650) 570-4140
Facsimile:  (650) 570-4142
4 | E-mail:  glgroup [at] inreach [dot] com

5 | Attorney for Plaintiffs and Proposed Class and Subclasses

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KINDERSTART.COM LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 06-2057 JF<br><br>**ASSOCIATION OF COUNSEL** |

ASSOCIATION OF COUNSEL                    -1-                    Case No. C 06-2057 JF

1  KinderStart.com LLC, plaintiff in the above-named action, on behalf of itself and all
2  others similarly situated, hereby associates Hennefer Finley & Wood, LLP, James A.
3  Hennefer, and Joseph Wood, as additional counsel in the above-named action.

4  DATED: April 15, 2007                    GLOBAL LAW GROUP

6                                          By:    /s/ Gregory J. Yu_____
                                                  Gregory J. Yu, Esq.
7                                          Attorney for Plaintiff KinderStart.com LLC and
                                                  for the proposed Class and Subclasses
8

9  Association accepted.

10 DATED: April 15, 2007

11 HENNEFER FINLEY & WOOD, LLP

13    /s/ James A. Hennefer_____
   By:    James A. Hennefer
14

15    /s/ James A. Hennefer_____
16 James A. Hennefer

17

18    /s/ Joseph Wood_____
   Joseph Wood

ASSOCIATION OF COUNSEL              -2-                 Case No. C 06-2057 JF