**E-Filed 4/18/2007**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KINDERSTART.COM, LLC,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>GOOGLE, INC.,<br><br>　　　　Defendant. | Case Number C 06-2057 JF<br><br>JUDGMENT[1] |

　　　Defendant Google, Inc.'s motion to dismiss the complaint having been granted without leave to amend, and Defendant Google, Inc.'s motion for sanctions having been granted,

　　　IT IS HEREBY ORDERED that judgment be entered in favor of Defendant Google, Inc. Plaintiff KinderStart.com, LLC, shall take nothing by way of its complaint.  Pursuant to Fed. R. Civ. P. 11, KinderStart's counsel of record, Gregory J. Yu, shall pay sanctions to Defendant Google, Inc. in the sum of $7,500.00.

DATED: April 18, 2007.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 06-2057 JF
JUDGMENT
(JFLC1)

1 | Copies of this Judgment have been served upon the following persons:

2 | Colleen Bal — cbal@wsgr.com, eminjarez@wsgr.com

3 | James A. Hennefer — jhennefer@hennefer-wood.com

4 | David Harrison Kramer — dkramer@wsgr.com, dgrubbs@wsgr.com

5 | Bart Edward Volkmer , Esq — bvolkmer@wsgr.com

6 | Joseph Wood — jhcwlaw@yahoo.com

7 | Gregory John Yu — glgroup@inreach.com, gjy@abcye.com

2

Case No. C 06-2057 JF
JUDGMENT
(JFLC1)