UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 31 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KINDERSTART.COM, LLC, a California limited liability company, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> and <br><br> GREGORY JOHN YU, <br><br> Appellant, <br><br> v. <br><br> GOOGLE INC., a Delaware corporation, <br><br> Defendant - Appellee. | No. 07-15709 <br><br> D.C. No. CV-06-02057-JF <br> Northern District of California, <br> San Jose <br><br><br> ORDER |
| KINDERSTART.COM, LLC, a California limited liability company, on behalf of itself and all others similarly situated; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant - Appellant. | No. 07-15742 <br><br> D.C. No. CV-06-02057-JF <br> Northern District of California, <br> San Jose |



The parties have stipulated to the dismissal of No. 07-15709 under Fed. R. App. P. 42(b). No. 07-15709 is dismissed. The costs in connection with the appeal shall be allocated according to the provisions of the stipulation. A certified copy of this order sent to the district court shall act as and for the mandate of this court as to No. 07-15709 only.

The briefing schedule in No. 07-15742 is as follows: the opening brief is due August 16, 2007; the answering brief is due September 17, 2007; and the optional reply brief is due 14 days after service of the answering brief.

For the Court:

CATHY A. CATTERSON
Clerk of the Court:

Cathie A. Gottlieb
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
and Ninth Circuit 27-10

pro 7.23

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUL 31 2007

2

INTERNAL USE ONLY: Proceedings include all events.
07-15709 Yu, et al v. Google Inc.

| | |
|---|---|
| KINDERSTART.COM, LLC, a California limited liability company, on behalf of itself and all others similarly situated<br>    Plaintiff | Joseph Wood, Esq.<br>FAX 415/421-1815<br>415/421-6100<br>19th Floor<br>[COR LD NTC ret]<br>HENNEFER FINLEY & WOOD LLP<br>425 California St<br>San Francisco, CA 94104-2296<br><br>Gregory J. Yu<br>FAX 650/570-4142<br>650/570-4140<br>Suite P-1<br>[COR LD NTC ret]<br>GLOBAL LAW GROUP<br>2015 Pioneer Ct<br>San Mateo, CA 94403 |
| GREGORY JOHN YU<br>    Appellant | Joseph Wood, Esq.<br>(See above)<br>[COR LD NTC ret] |
| v. | |
| GOOGLE INC., a Delaware corporation<br>    Defendant - Appellee | David H. Kramer, Esq.<br>FAX          650<br>650/493-9300<br>[COR LD NTC ret]<br>WILSON SONSINI, ET AL<br>650 Page Mill Rd.<br>Palo Alto, CA 94304-1050 |