**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

August 3, 2007

CASE NUMBER: **CV 06-02057 JF**
CASE TITLE: **KINDERSTART.COM LLC-v- GOOGLE INC**
DATE MANDATE FILED: 8/2/2007

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

*Gordana Macic*

by: Gordana Macic
Case Systems Administrator

Distribution:   CIVIL   -   Counsel of Record

CRIMINAL   -   Counsel of Record
U.S. Marshal (Copy of Mandate)
U.S. Probation Office

NDC App-16