**FILED**

**JUL 3 1 2007**

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KINDERSTART.COM, LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant - Appellee. | No. 07-15707<br><br>D.C. No. CV-06-02057-JF<br>Northern District of California,<br>San Jose<br><br>ORDER |
| KINDERSTART.COM, LLC, a California limited liability company, on behalf of itself and all others similarly situated; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant - Appellant. | No. 07-15742<br><br>D.C. No. CV-06-02057-JF<br>Northern District of California,<br>San Jose |



The parties have stipulated to the dismissal of these appeals under Fed. R.

App. P. 42(b). These appeals are is dismissed. Costs shall be allocated according

to the provisions of the stipulation.

Nos. 07-15707, etc

A certified copy of this order sent to the district court shall act as and for the mandate of this court.

        For the Court:

        CATHY A. CATTERSON
        Clerk of the Court:

        Cathie A. Gottlieb
        Deputy Clerk
        Ninth Cir. R. 27-7/Advisory Note to Rule 27
        and Ninth Circuit 27-10

pro 7.30

```
A TRUE COPY    7/31/07
ATTEST

CATHY CATTERSON
Clerk of Court

by:_____
         Deputy Clerk

This certification does constitute the
mandate of the court.
```

INTERNAL USE ONLY: Proceedings include all events.
07-15707 Kinderstart.Com, LLC v. Google Inc.

| | |
|---|---|
| KINDERSTART.COM, LLC, a California limited liability company, on behalf of itself and all others similarly situated<br>    Plaintiff - Appellant | Joseph Wood, Esq.<br>FAX 415/421-1815<br>415/421-6100<br>19th Floor<br>[COR LD NTC ret]<br>HENNEFER FINLEY & WOOD LLP<br>425 California St<br>San Francisco, CA 94104-2296<br><br>Gregory J. Yu<br>FAX 650/570-4142<br>650/570-4140<br>Suite P-1<br>[COR LD NTC ret]<br>GLOBAL LAW GROUP<br>2015 Pioneer Ct<br>San Mateo, CA 94403 |
| v. | |
| GOOGLE INC.<br>    Defendant - Appellee | David H. Kramer, Esq.<br>FAX              650<br>650/493-9300<br>[COR LD NTC ret]<br>WILSON SONSINI, ET AL<br>650 Page Mill Rd.<br>Palo Alto, CA 94304-1050 |

INTERNAL USE ONLY: Proceedings include all events.
07-15742 Kinderstart.Com, LLC, et al v. Google Inc.

| | |
|---|---|
| KINDERSTART.COM, LLC, a California limited liability company, on behalf of itself and all others similarly situated<br>          Plaintiff - Appellee | James Hennefer, Esq.<br>415/421-6100<br>[COR LD ret]<br>LAW OFFICES OF JAMES A. HENNEFER<br>425 California Street<br>19th Floor<br>San Francisco, CA 94104<br><br>Joseph Wood, Esq.<br>FAX 415/421-1815<br>415/421-6100<br>19th Floor<br>[COR LD NTC ret]<br>HENNEFER FINLEY & WOOD LLP<br>425 California St<br>San Francisco, CA 94104-2296<br><br>Gregory J. Yu<br>FAX 650/570-4142<br>650/570-4140<br>Suite P-1<br>[COR LD NTC ret]<br>GLOBAL LAW GROUP<br>2015 Pioneer Ct<br>San Mateo, CA 94403 |
| GREGORY JOHN YU<br>          Plaintiff - Appellee | Gregory J. Yu<br>(See above)<br>[COR LD NTC prs] |
| v. | |
| GOOGLE INC.<br>          Defendant - Appellant | David H. Kramer, Esq.<br>FAX              650<br>650/493-9300<br>[COR LD NTC ret]<br>Bart E. Volkmer, Esq.<br>FAX 650/565-5100<br>650/493-9300<br>[COR LD ret]<br>Colleen Bal, Esq.<br>FAX 650/565-5100<br>650/493-9300<br>[COR LD ret]<br>WILSON SONSINI, ET AL<br>650 Page Mill Rd.<br>Palo Alto, CA 94304-1050<br><br>Jonathan M. Jacobson, Esq.<br>FAX 212/999-5899<br>212/999-5800<br>30th Floor |

INTERNAL USE ONLY: Proceedings include all events.
07-15742 Kinderstart.Com, LLC, et al v. Google Inc.

```
                              [COR LD NTC ret]
                              WILSON SONSINI GOODRICH &
                              ROSATI
                              12 E. 49th St.
                              New York, NY 10017-8203
```