**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

August 3, 2007

CASE NUMBER:   **CV 06-02057 JF**
CASE TITLE:   **KINDERSTART.COM LLC-v- GOOGLE INC**
DATE MANDATE FILED:   8/1/2007

TO COUNSEL OF RECORD:

      The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

      Sincerely,

      RICHARD W. WIEKING, Clerk

      by:  Gordana Macic
      Case Systems Administrator

Distribution:   CIVIL       -       Counsel of Record

             CRIMINAL    -       Counsel of Record
                                U.S. Marshal (Copy of Mandate)
                                U.S. Probation Office

NDC App-16